UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALDER SEACARRIER CORP.,

    Plaintiff,

-against-

VIKING MARINE S.A.,

    Defendant.

JUDGE KAPLAN

07 CIV 6520

RULE 7.1 STATEMENT

PLEASE TAKE NOTICE that GARTH S. WOLFSON, of the firm of MAHONEY & KEANE, LLP, attorneys of record for Plaintiff, CALDER SEACARRIER CORP., certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of CALDER SEACARRIER CORP.

Dated: New York, NY

    July 19, 2007

RECEIVED
JUL 19 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Respectfully submitted,

MAHONEY & KEANE, LLP.
Attorneys for Plaintiff
**CALDER SEACARRIER CORP.**

By: _____
Garth S. Wolfson (GW 7700)
111 Broadway, 10th Floor
New York, NY 10006
Tel. (212) 385-1422
Fax (212) 385-1605
Our File No. 12/3437

- 1 -

- 2 -

## SERVICE LIST

VIKING MARINE S.A.
c/o PRIAMOS MARITIME S.A., 72-74,
Marathonos Str., 16673 Panorama Voulas,
Athens, Greece