Xylas & Ziccardi, LLP
Attorneys for Defendant
Viking Marine S.A.
500 Fifth Avenue
New York, New York 10110
(212) 490-9352

Richard M. Ziccardi (RZ 6651)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
CALDER SEACARRIER CORP.,                07 Civ. 6520 (LAK)

       Plaintiff,

    -against-

VIKING MARINE S.A. and SINORICHES

GLOBAL LTD, a/k/a SGL SHIPPING

LIMITED,

       Defendants.
-------------------------------------------------------X

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FED. R. CIV. P.RULE 7.1

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant Viking Marine S.A. certifies that the following are corporate parents, subsidiaries, or affiliates of defendant Viking Marine S.A. that are publicly held:

                         NONE

Dated: New York, New York
          September 7, 2007

                       XYLAS & ZICCARDI, LLP
                       Attorneys for Defendant Viking Marine, S.A.

                       S/:_____

Richard M. Ziccardi (RZ 6651)  
500 Fifth Avenue  
New York, New York 10110  
(212) 490-9352  
ziccardilaw@aol.com

Electronically Filed