William R. Bennett, III (WB 1383)
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant
SINORCHES GLOBAL LTD.
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:  (646) 328-0120
Facsimile:   (646) 328-0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
CALDER SEACARRIER CORP.,

     Plaintiff,

 - against --

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD. a/k/a/ SGL SHIPPING LIMITED,

     Defendants.
----------------------------------------------------------X

07 CV 6520 (LAK)

DECLARATION OF
DENG JINJING

I, DENG JINJING, declare under the penalty of perjury under the laws of the United States that the following is true and correct:

1. I am the Director of defendant Sinoriches Global Ltd, ("Sinoriches"), (sued herein incorrectly as Sinoriches Global Ltd. a/k/a SGL Shipping Ltd.), and as such am fully familiar with the facts stated herein, as well as the allegations alleged in the complaint.

2. The nature of Sinoriches business is marine transportation.

3. Sinoriches works with brokers, who act independently and not as agents of Sinoriches, to assist Sinoriches with chartering of vessels. One of the brokers that Sinoriches has dealt with is a Greek company called Sea Pride Maritime.

4.  In June of 2007, Sea Pride Maritime brokered a charter party between Universal Cargo Lines S.A., as owner, and Sinoriches as charterer for the M/V Vera. Sea Pride Maritime was acting as agent for the owners of the M/V VERA at that time.

5.  A copy of the Fixture Recap is attached hereto as Exhibit A.

6.  Sinoriches never entered into a Fixture Note, or any other type of contract, with Calder Seacarrier Corp. or Viking Marine S.A.

7.  The alleged Fixture Note negotiated by Sea Pride Maritime and M/S CALDER SEACARRIER was not sent, received, or agreed to by Sinoriches.

8.  I have read the complaint filed by M/S CALDER SEACARRIER and believe the allegations referring and relating to Sinoriches are false.

Date:  _19_ day of September 2007
       Dalian, China

_____
DENG JINJING

# EXHIBIT A

```
                        recap for changshu cargo
=========================================================
     From: Seapride Maritime <seapride@otenet.gr>
       To: SINORICHES DALIAN <mail@sinoriches.com>
  Subject: Fw: mv vera / sinoriches  fixture recap
     Date: 2007-6-7 21:47:10
=========================================================



   SEA PRIDE M A R I T I M E
   145 kolokotroni str-185 36 piraeus
   tel 0030 2104186485/8956521
   fax 0030 2108995481
   mob 0030 6944657474
   Bimco reg nmbr 116552
   seapride@otenet.gr


=============================

         FIXTURE RECAP   ON M.TERMS AGREED

Sub  stem/shippers/rcvrs  to be lifted within tday piraeus cob

chrs :messrs sinoriches global ltd
ows:dispows universal cargo lines s.a


MV VERA (EX ERA}
BC , BLT JUNE'77 JAPAN , DWT 38,931 MTS AT 11,40 MTRS SUMMER DRFT
PANAMA FLAG   - LOA:185,363 M , LBPP: 175,00 MTRS , BREADTH: 27,80 M
DEPTH: 16,20 M - GRT/NRT   23,353/12,683
4 CRNS X 15 SWL TS,   Cranes outreach abt 8,7 mtrs
5 HO/HA , HA COVERS "ERMANS STEEL ROLLING"  - TPC:45,7
GRAIN/BALE :48.563 / 47.544 CBM ,
PANAMA GRT/NRT : 25006/18764 , CO2 FITTED.
HOLDS CUBIC BREAKDOWN
GRAIN M3      BALE M3
       1         8442          8244
       2        10056          9848
       3        10210          9981
       4        10045          9837
       5         9810          9634
TOTAL   G/B  48563/ 47544 m3 OR   IN CBFT : 1,714.990/1,679.000
 CO2 FITTED - SUEZ/PANAMA FITTED
 AUSSIE HOLD LADDER FITTED
DIMS OF HATCHES:
 H/1        - 15.07 X 11.20 M
 H/2,3,4,5  - 16.80 X 14.40 M
DIMS OF HOLDS:
 H/1=LENGTH 25,34m =BRDTH F/17,60-21,20m -BRDTH A/26,95m
 H/2=LENGTH/BREADTH (L/B): 27,20/26,95m
 H/3=L/B: 26,40/26,95m
 H/4=L/B: 27,20/26,95m
 H/5=L:27,20m -BRGDTH F/26,95m -BRGDTH A/22,75-26,75m

 HOLDS HEIGHT : UP TO COMINGS      - 13.91 M
 UP TO HATCH COVERS - 18.45 M

 TANKTOP CLEAR DEMENTIONS:
 H/1=L/24,65m -BREADTH F/A 10,00/20,80m
 H/2=L/B 25,80/20,80m
 H/3=L/B 25,30/20,80m
 H/4=L/B 25,80/20,80m
```

Page 1

```
                          recap for changshu cargo
H/5=L/26,50m -BREADTH F/20,80m
        BREADTH M/19,60m (In distance of 14,4M fm fore bulkhead-frame NR 54)
        BREADTH A/14,40m

STRENGTH:
MAIN DECK  1,8 t/sq.m -Hcovers 0.2t/sqmtr
H/1 20,0 t/sq.m -H/2 N 4 16,80 t/sq.m -H/3 21,0 t/sq.m - H/5 17,7 t/sq.m

  =FULLY LOADED WITH DRAFT F/A 11,11/11,76m
   H/1 7,13m;   H/5 6,71m   A/DRAFT 35,48m
CLASS:R.R.S
IMO NR. 7533109
ADA   WOG

-part cgo bss
-1gsb changshu /1gsb ravenna
 owners berth bends n owner to satisfy with themselved both ends
-for  20.000/21.000 mt cgo steels prods at chopt
 Prelimitory breakdown:
 5000mt s.plate length:8-12m max weight:15mt;
 4500mt s.pipes length:5-11m,o/d:60-180mm,thick:16-30mm;
 5800mt s.pipes in bundles small o/d,length:6-12m;
 2500mt s.coils weight:7-15mt
 1200mt h-beam length:15m
 sub to know the full packing list of all  parcels. pls adv wether in bdls or loose
      (4500 mt pipes/h-beams)
 THE Actual qty to be confirmed one day prior arrival at lport.
-No tiers limitation
-laycan 13/19th june  (eta 13th  june wp)
-cqd be /detention usd 25.000 dly/prta -detention cl as per previous fixture
 chrs confirming 24 cons hours   loading operation   shincl
-frt usd 74 per mt or per cbm whatever is greater fios lsd payable 100pct in usa
curency
 to ows nom bank/acc within 5bd after compl loading.congenbill bs'l to be issued
 marked 'frt payable as per c/p'  fdeosdanrvaoclonl.
-clean bill tobe issue and any remarks in mates receipt to be covered by chtrs loi
to
 be counter signed by shippers in owenrs pni wording.
 chrs confirming that cgo is a new production and its not rusty or clearly
 damaged. for minor remarks only if any chrs to issue their loi in ows p+i club
 wording counter signed by shippers against  issuance of cob bs'l.
-free exins due her age
-ows agents be
-free taxes/dues on frt/cgo
-4w and nor even by cable be
-g.a & arbitration london/english law to apply
-owise gcn 94 with 3.75pct address .owise as per previous fixture 27th april mv
str.attractor
end

pls  confirm clean by return
reverting with lport agents nom after the lifting  of subs.
pls pass the full  packing lists.
pls adv shippers full style address

brgrds
nnnn
```

Page 2

Welcome to Standard Chartered Straight2Bank                                           Pagina 1 di 2

**Straight2Bank**  Print Page   Close Window                         Standard Chartered 

Telegraphic Transfer Printed On   12/07/2007

| | | | |
|---|---|---|---|
| **Status :** | Received | **Customer Reference :** | UNIVERSAL CARGO |
| **Payment Reference :** | Q0000136 | **Batch Reference :** | C0000134 |
| **Payment/Value Date :** | 12/07/2007 | **Import Reference :** | |
| **Debit Date :** | | **BO Reference :** | |
| **Input By :** | BEST75 | | |
| **Sub Batch Reference :** | | | |

**Debit Information**

| | |
|---|---|
| **Payment Center :** | HK-HKG |
| **Company Name :** | OD SHIPPING LIMITED |
| **Debit Account :** | 42900757961 |

**Payee/Beneficiary Information**

| | | | |
|---|---|---|---|
| **Payee/Beneficiary ID :** | UNIVERSAL CARGO | **Payee/BeneficiaryName :** | UNIVERSAL CARGO LINES S.A. |
| **Payment Center :** | HK-HKG | **Address 1 :** | |
| **Account Number :** | 5114032519273 | **Address 2 :** | |
| **Bank :** | PIREAUS BANK S A ATHENS | **Address 3 :** | |
| **Bank Code :** | PIRBGRAAXXX | **Fax Number :** | |
| **Branch Name :** | | **Email ID :** | |
| **Branch Code :** | | **Tax ID :** | |
| **Intermediary Bank Name :** | | **Local Language Information :** | |
| **Intermediary Bank Code :** | | **Payee/BeneficiaryName :** | UNIVERSAL CARGO LINES S.A. |
| **TT Beneficiary Bank Details :** | | **Address 1 :** | |
| | | **Address 2 :** | |
| | | **Address 3 :** | |
| | | **Address 4 :** | |

**Payment Details**

| | |
|---|---|
| | M/V VERA-SINORICHES FREIGHT |
| **Local Language :** | M/V VERA-SINORICHES FREIGHT |

**Payment Memos**

**Internal Memo :**
**External Memo :**

**Payment Amount**

| | | | |
|---|---|---|---|
| **Currency :** | USD | **Payment Amount :** | 131,261.13 |
| **Gross Amount :** | 131,261.13 | **Payee/Beneficiary Charge :** | 0.00 |
| **Tax & Discount :** | 0.00 | **Net Amount :** | 131,261.13 |

Discount & Tax Details

**Discount**

| | | | |
|---|---|---|---|
| **Gross Amount :** | 131,261.13 | | |
| **Type :** | | | |
| **Rate (%) :** | | | |
| **Discount :** | 0.00 | **Total Discount & Tax :** | 0.00 |

**Charges, Miscellaneous**

Local Charges : Me

Overseas Charges : Payee/Beneficiary

**FX Contract Details**

Rate Type : Not Applicable
Exchange Rate : 1
Debit Currency : USD
Debit Currency
Equivalent : 131,261.13
Contract Number :

**Instruction Codes**                                **Regulatory Reporting**