UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
CALDER SEACARRIER CORP.,                    **07 Civ. 6520 (LAK)**

                    Plaintiff,           DECLARATION
          -against-

VIKING MARINE S.A. and SINORICHES
GLOBAL LTD, a/k/a SGL SHIPPING
LIMITED,

                    Defendants.
------------------------------------X


          I, Garth S. Wolfson, hereby declare as follows:

          1.   I am a partner with the firm of Mahoney & Keane,

LLP, counsel of record for plaintiff, CALDER SEACARRIER CORP.

(CALDER). Based upon my personal knowledge and my review of the

file maintained by my office, I am familiar with the

proceedings in this case.

          2.   Herewith attached are true copies of the following:

          Exhibit 1:    CALDER's Complaint;

          Exhibit 2:    Declaration of CALDER, by Captain
                        Panagiotis Mihalitsis, executed on
                        October 3, 2007, with attachments A
                        through F; and

          Exhibit 3:    Declaration of Seapride Marine
                        Services (Seapride), by Poulikos
                        Soukaras, executed on October 3,
                        2007, with attachments A through F.


                            - 1 -

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2007
New York, New York

                              MAHONEY & KEANE, LLP
                              Attorneys for Plaintiff

                   By: _____
                              Garth S. Wolfson (GW 7700)
                              111 Broadway, Tenth Floor
                              New York, New York 10006
                              (212) 385-1422

121343?

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CALDER SEACARRIER CORP.,

Plaintiff,

-against-

VIKING MARINE S.A. and SINORICHES

GLOBAL LTD, a/k/a SGL SHIPPING

LIMITED,

Defendants.

07 CV 6520 (LAK)

FIRST AMENDED COMPLAINT



RECEIVED
AUG 0 1 2007
U.S.D.C. S.D. N.Y.
CASHIERS

    **PLEASE TAKE NOTICE** that Plaintiff, CALDER SEACARRIER CORP., ("CALDER"), by its attorneys, MAHONEY & KEANE, LLP, as and for a Complaint against Defendants, VIKING MARINE S.A. ("VIKING") and SINORICHES GLOBAL LTD, a/k/a SGL SHIPPING LIMITED ("SINORICHES"), alleges, upon information and belief, as follows:

    1.    This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's diversity, pendent, supplementary and ancillary jurisdiction.

    2.    Plaintiff is a legal entity duly organized and existing pursuant to the laws of a foreign country.

    3.    Defendant VIKING is a business entity organized and existing pursuant to the laws of a foreign country with offices and a place of business located at c/o PRIAMOS MARITIME S.A., 72-74, Marathonos Str., 16673 Panorama Voulas, Athens, Greece.

    4.    Defendant SINORICHES is a business entity organized and existing pursuant to

- 1 -

the laws of a foreign country.

AS AND FOR CLAIMS AGAINST DEFENDANT VIKING

5.    On or about June 6, 2007, Plaintiff, as charterer, and Defendant VIKING, as owner, entered into a charter agreement for the use of the M/V VERA.

6.    Plaintiff complied with each and every requirement imposed by the agreement between the parties.

7.    Defendant VIKING wrongfully, willfully, negligently and/or fraudulently breached the terms of the subject charter agreement by, *inter alia*, failing to provide the said vessel, as per the terms of the charter agreement.

8.    Defendant VIKING wrongfully, willfully, negligently, and/or fraudulently interfered with Plaintiff's right to enter into contracts relating to the use of the M/V VERA

9.    As a result of Defendant's breach of the subject charter agreement and tortuous interference with Plaintiff's right to contract, Plaintiff has incurred, and will continue to incur, costs and expenses for which Defendant is liable under the terms of the charter agreement and at law.

10.    Plaintiff has placed Defendant on notice of its claim that Defendant has breached the subject charter agreement and violated Plaintiff's rights under the law.

11.    Despite Plaintiff's repeated demands, Defendant has failed to pay the Plaintiff's damages due and owing under the charter agreement and at law.

12.    Pursuant to the charter agreement, disputes are to be settled by arbitration, and arbitration between Plaintiff and Defendant is underway, accordingly.

13.    Under the rules of such arbitration, interest, costs, and attorneys' fees are routinely awarded to the prevailing party.

14.    As a result of Defendant's breach of the charter agreement and violation of Plaintiff's rights under the law, Plaintiff has sustained damages, and, as best as can now be estimated, Plaintiff expects to recover the following amounts, exclusive of interest, by way of arbitral award:

| Principal Claim | $721,286.31 |
| Attorneys' and Expert's Fees, | $250,000.00 |
| Arbitration Expenses | $100,000.00 |
| **Total** | **$1,071,286.31** |

15.     Plaintiff notes that the above claim figures constitute estimates derived from the information currently available and reserves the right to amend or adjust same in the event that newly discovered facts demand such amendment.

16.     Plaintiff sues on its own behalf and as agent and trustee on behalf of any other party who may now have or hereinafter acquire an interest in this action.

17.     All conditions precedent required of Plaintiff in the aforesaid charter agreement have been performed.

### AS AND FOR A CLAIM AGAINTS DEFENDANT SINORICHES

18.     On or about June 7, 2007, Plaintiff, as entitled to do so under its Charter with VIKING, and Defendant SINORICHES, as shipper, entered into a contract of affreightment ("fixture agreement") for the shipment of a cargo of steel products on board the M/V VERA.

19.     Plaintiff complied with each and every requirement imposed by the agreement between the parties.

20.     Defendant SINORICHES wrongfully, willfully, negligently and/or fraudulently breached the terms of the subject contract of affreightment by, *inter alia,* failing to pay freight, demurrage, port fees and other associated costs.

21.     As a result of Defendant's breach of the fixture agreement Plaintiff has incurred, and will continue to incur costs and expenses for which Defendant is liable under the terms of the charter agreement and at law.

22.     Plaintiff has placed Defendant on notice of its claim that Defendant has breached the subject fixture agreement and violated Plaintiff's rights under the law.

23.     Despite Plaintiff's repeated demands, Defendant has failed to pay the Plaintiff's

damages due and owing under the contract of affreightment and at law.

24.    Pursuant to the contract of affreightment, disputes are to be settled by arbitration, and arbitration between Plaintiff and Defendant has been commenced or will shortly be commenced.

25.    Under the rules of such arbitration, interest, costs, and attorneys' fees are routinely awarded to the prevailing party.

26.    As a result of Defendant's breach of the fixture agreement and violation of Plaintiff's rights under the law, Plaintiff has sustained damages, and, as best as can now be estimated, Plaintiff expects to recover the following amounts, exclusive of interest, by way of arbitral award:

| | |
|---|---|
| Principal Claim | $1,600,684.00 |
| Attorneys' and Expert's Fees, | $250,000.00 |
| Arbitration Expenses | $100,000.00 |
| **Total** | **$1,950,684.00** |

27.    Plaintiff notes that the above claim figures constitute estimates derived from the information currently available and reserves the right to amend or adjust same in the event that newly discovered facts demand such amendment.

28.    Plaintiff sues on its own behalf and as agent and trustee on behalf of any other party who may now have or hereinafter acquire an interest in this action.

29.    All conditions precedent required of Plaintiff in the aforesaid contract of affreightment have been performed.

AS AND FOR ALLEGATIONS IN SUPPORT OF RULE B ATTACHMENT

30.    Defendants VIKING and SINORICHES cannot be found, within the meaning of Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, within this District, but, upon information and belief, Defendants have or will have during the pendency of this action, assets within this District and subject to the

jurisdiction of this Court held in the hands of garnishees including, but not limited to, Bank of America, Bank of New York, Citibank, HSBC Bank USA N.A., J.P. Morgan Chase, Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank N.V. and/or DBS Bank Ltd, which are believed to be due and owing to Plaintiff.

31.     For the purpose of obtaining personal jurisdiction over Defendants and securing Plaintiff's claim as described above, Plaintiff seeks and order from this Court directing the Clerk of the Court to issue process of maritime attachment and garnishment pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims and the Federal Arbitration Act, 9 U.S.C. § 1 et seq., restraining and attaching any assets, cash, funds, credits, wire transfers, electronic funds transfers, accounts, letters of credit freights, sub-freights, charter hire, sub-charter hire, and/or other assets belonging to, due or for the benefit of Defendants, including but not limited to such assets as may be held, received or transferred in its own name or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking institutions including but not limited to the aforesaid garnishees and/or any other garnishee upon whom a copy of the Process of Maritime Attachment and Garnishment may be served.

WHEREFORE, Plaintiff prays:

A.      That process in due form of law issue against Defendants VIKING and SINORICHES, citing them to appear and answer under oath all and singular the matters alleged in the Complaint;

B.      That, since Defendants cannot be found in this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Court directs the Clerk of the Court to issue an order, pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims and the Federal Arbitration Act, 9 U.S.C. § 1 et seq., restraining and attaching all tangible or intangible property in whatever form or any other funds held by any garnishee, including but not limited to the Bank of America, Bank of New York, Citibank, HSBC Bank USA N.A., J.P. Morgan Chase,

Standard Chartered Bank, Siam Commercial Bank, Wachovia Bank N.A., Deutsche Bank AG, ABN AMRO Bank N.V., DBS Bank Ltd., and/or any other garnishee upon whom a copy of the Process of Maritime Attachment and Garnishment may be served, in the amount of **$1,071,286.31 (VIKING) and $1,950,684.00 (SINORICHES)** to secure Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and answer the matters alleged in the Complaint;

      C.    That the Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof.

      D.    That Plaintiff has such other and further relief as this Honorable Court may deem just and proper.

Dated: New York, NY

      August __/__, 2007

                        Respectfully submitted,

                        MAHONEY & KEANE, LLP.
                        Attorneys for Plaintiff
                        **CALDER SEACARRIER CORP.**

By: _____
                Garth S. Wolfson (GW 7700)
                111 Broadway, 10th Floor
                New York, NY 10006
                Tel. (212) 385-1422
                Fax (212) 385-1605
                Our File No. 12/3437

## SERVICE LIST

VIKING MARINE S.A.
c/o PRIAMOS MARITIME S.A., 72-74,
Marathonos Str., 16673 Panorama Voulas,
Athens, Greece

SINORICHES GLOBAL LTD a/k/a SGL
SHIPPING LIMITED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

CALDER SEACARRIER CORP.,                                  **07 CV 6520 (LAK)**

                                   Plaintiff,

            – against –

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD. a/k/a SGL SHIPPING LIMITED,

                                   Defendants.
------------------------------------------------------------X

I, Captain Panagiotis Mihalitsis, manager in the chartering department of Calder Seacarrier Corp., address 108 Vas. Paulou Ave, Voula, Athens-Greece, declare as follows:

**1.** I work as chartering manager in Calder Seacarrier Corp's office since January 2000. I am the person responsible to secure the cargoes to be loaded on board the Calder's chartered tonnage.

**2.** In this capacity I have many times concluded fixtures via the broking channel 'Seapride Maritime Services Piraeus' for all the Sinoriches' cargoes which for the reference I include here below and true copies of all these fixture recaps are attached to this declaration marked "Exhibit PM 1" to this declaration:

            a) m/v Sargodha

            b) m/v Asha Manan

            c) m/v Xuan De Men

d) m/v Fuzhou

e) m/v Trader

f) m/v Vera

**3.** Our last fixture with Sinoriches was the cargoes to be loaded on m/v Vera and the c/p between Calder and Sinoriches was concluded on the 7th June 2007 via the brokers 'Seapride Maritime Services Piraeus'.

**4.** 'Seapride Maritime Services Piraeus' was the Sinoriches broker who had always the Sinoriches' authority to conclude the charter party. All the fixtures were negotiated via emails or faxes and the same procedure was also followed for the last fixture with Sinoriches for m/v Vera.

Pursuant to 28 U.S.C.§1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed_____

At Athens this 3rd day of October 2007

# EXHIBIT PM 1

From: "Seapride" <seapride@otenet.gr>
To: "sinoriches shpg" <mail@sinoriches.com>
Subject: Re: MV SARGODHA
CC: "CALDER ATH" <calder@otenet.gr>
Date: Tue, 02 Mar 2004 18:46:19 +0200


CHARLIE/PAUL

THNKS YR BELLOW RECAP WHCH  OWS CONF
WE ARE AWAITING  YR  GOOD NEWS BY TMRROW

BRGRDS
++++++++++++++++++

----- Original Message -----
From: "sinoriches shpg" <mail@sinoriches.com>
To: "Seapride" <seapride@otenet.gr>
Sent: Tuesday, March 02, 2004 4:35 PM
Subject: MV SARGODHA


 Sinoriches Global Limited - Shipping Dept
 Tel:+86 411 2534389
Date :2004-03-02  Time:22:09:38
Ref  :SGL199547

 PAUL / CHARLIE

 REF: MV SARGODAH / SINORICHES

 RECAP MAIN WHICH WE FIXED ASF :

 CHRS: SINORICHES  ENTERPRISES  CO LTD  DALIAN
 D I S P . OWNERS  CALDER SEACARRIER CORP - ATHENS

 M/V SARGODHA      PAKISTAN FLG    TWEEN  BLT 1980
 -------
SDWAT  18.242  ON 9.745  DRAFT - LOA/BEAM  : 150.01M/ 23.00 M
GRT  / NRT : 12395 / 6747 - HO/ HA  : 4/7
GEAR CAPACITY : 4 X 20 DERRICKS + 2 X 22 CRANE IN COMBINATION 1 X 50
CLASS  : LR  -  PNI  STEAM SHIP MUTUAL UK.

 HATCH OPENING
 H NO1  - L 12.8M XW 8.0
 H NO.2 - L 19.2M XW 8.0MX2
 H NO.3 - L 19.2M XW 8.0MX2
 H NO.4 - L 19.2M XW 8.0MX2

 HATCH NO 1
 LOWER HOLD. L19.4M W5.0 F 13 0 A H5.4M
 TWN DECK L 19.4  W5.6 M F 18.4M A  H3.2M UNDER COAMING,5.2M UPTO COAMING.
 HATCH NO2
 L.HOLD L25.2M W13.0M(FWD) 22.4 (AFT)H7.4M
 TWN.DECK L 28.4 W22.8 H3.3 UNDER COAMING 5.2 UPTO COAMING
 HATCH NO3
 L.HOLD L25.2M W18.0M H7.4M
 TWN.DECK L 28.4 W22.8 H 3.3 UNDER COAMING 5.2M UPTO COAMING
 HATCH NO 4
 L.HOLD L24.8 M W22.4M (FWD} 14.8M (AFT)H7.4M
 TWN.DECK L 27.8M W22.8M H 3.3M UNDER COAMING 5.2M UPTO COAMING.

 CAPACITY OF CARGO SPACE

                    GRAIN                        BALE

|  | C.M | | C.FT | C.M |
|---|---|---|---|---|
| C.FT | | | | |
| NO.1 TWN DK | 1311.1 | 46301 | 1213.6 | 42858 |
| NO1. HOLD | 1278.1 | 45136 | 1131.8 | 39970 |
| TOTAL | 2589.2 | 91437 | 2345.4 | 82828 |
|  |  |  |  |  |
| NO.2 TWN DK(P) | 1522.6 | 53771 | 1433.8 | 50635 |
| NO.2 TWN DK(S) | 1512.8 | 53425 | 1420.3 | 50158 |
| NO2. HOLD | 4050.7 | 143050 | 3782.5 | 133579 |
| TOTAL | 7086.1 | 250246 | 6636.6 | 234372 |
|  |  |  |  |  |
| NO.3 TWN DK | 3109.9 | 109826 | 2932.6 | 103565 |
| NO3. HOLD | 3519.3 | 124284 | 3497.7 | 123521 |
| TOTAL | 6629.2 | 234110 | 6430.3 | 227086 |
|  |  |  |  |  |
| NO.4 TWN DK | 3047.7 | 107630 | 2878.5 | 101654 |
| NO4. HOLD | 4207.6 | 148591 | 3962.4 | 139932 |
| TOTAL | 7255.3 | 256221 | 6840.9 | 241586 |
|  |  |  |  |  |
| GRAND TOTAL | 23559.8 | 832014 | 22253.2 | 785872 |

DTLS ABT  WOG

    -PART CGO BSS
-OWS BERTH  XINGANG / 1GSB ORAN (ALGERIA) AAAA BE
-FOR : 1.500 MT/MIN 4.000CBM IRON STEEL PIPES  LOOSE  WITH DIMMS
        L 6.15M,OUTER DIAMETER 1.05 MTR, UW 2.017 MT,STOW 6.78 CBM/MT
        TOTAL ABT 560 PCS - ALL PIPES ARE SAME.
    INCLUDING ABT 200CBM  PIPES SPARE PARTS IN SMALL  PIECES ....
    PLUS
    23/26 UNITS OF VARIOUS VEHICLES MAX UNIT 22MT , WITH DESCR AS FOLL:
    1 bulldozer  5.7x2.8x2.3M 22MT
    1 roadroller 6x2.3x2.3M   20MT
    2 truck     9.6x2.4x2.8M  6.3MT
    6 truck      8x2.4x2.5M   4.6MT
    3 mobile crane  8x2.4x2.4M   9.6MT
    1 elevitor      9x2.3x3 M   9.48MT
    6 bulldozer  6.58x4.03x3.54m  38MT
    3 payloader  11x2.75x2.97M   40MT
    3 roadloader  8.16X2.34X3.29M EACH 15.4MT
    VEHICLES SUBTOTAL  ABT12/1.500CBM
    SUB TO KNOW  THE TTL  QTY  IN MT/CBM RQSTD/UW OF THE  SPARE PARTS CASES.
    SUB TO KNOW THE FULL DIMMS/UW 'WHICH IS MISSING' OF THE LAST 3 VEHICLES.
    ALL UNITS (VEHICLES) TO BE LOADED  ON DECK ,  L/S/D
    AT CHRS/SHIPPERS  RISK , RESPONSIBILITY AND EXPENSES.
-LAYCAN 15/20TH MARCH
-FREE IN 'C Q D '  FOR   THE PIPES
    FLT FOR THE VEHICLES
    DETENTION OF USD  8.500  DLY/PRTA  TO APLY, IF CGO NOT READY AVLBLE
    UPON HER ARIVAL A/O IN THE ABSENCE  OF CHRS TO HV  SHIPPING DOCS READY
    ISSUED  A/O  IN THE ABSENCE OF RCVRS TO HV  EVERYTHING READY  INCL FULL
    TRUCKS  FOR  CONTINUING  AND UNINTERRUPTED DISCHARGING.
    DETENTION IF ANY  TO BE PAID BY CHRS EVERY 2 DAYS IN ARREAS.
-FRT  USD  70.- PCM  FILO 'UNDER HOOK'  L/S/D  FOR THE PIPES
    FRT USD  70.- PCM  FLT  HK/HK,  L/S/D AT SHIPPERS ACCOUNT
    'STOWED ON DECK' FOR THE  VEHICLES.
    F R T  PAYABLE IN USA CURENCY WITHIN 3BD S/R CONGENBILL BS'L TO OWS
NOMINATED
    BANK/ACC . FDEOSDANRVAOCLONL.
-FREE EXINS DUE HER AGE
-FREE TAXES/DUES  ON FRT/CGO
    -COMPULSORY TALLY IF ANY TOBE FOR OWRS ACCT
    -CHRS AGENTS AT  LOADING, BUT SUB D/AS AND WHCH TO BE BASED ON THE MINIMUM
    PORT'S TARRIFF REGULATION  INCL AGENCY FEES.
    CHRS TO PAY D/AS AT LPORT  AND DEDUCT SAME FROM FRT.
    OWS AGENTS AT DISPORT.
-GCN 94 C/P TO APPLY WITH LOGICAL AMENDMENTS AS EPR MAIN TERMS AGREED
    -COMM 2.5PCT ADD PLUS 1.25PCT TO SINGSUEES GLOBAL LTD

```
  SUB STEM ETC TO BE LIFTED  BY TMRROW   NOON GREEK TIME.
-G.A  + ARBITRATION  LONDON/ENGLISH LAW TO APPLY

 END RECAP

 PLS CONFIRM IN RDER BY RETURN ASAP. TKS.

B.rgds/ CW
Sinoriches Shipping Ltd
 Tel:86 411 2534389
Fax:86 411 2534098
E-mail: mail@sinoriches.com
NNNN
```

From: "Seapride" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: <No Subject>
CC: "CALDER ATH" <calder@otenet.gr>
Date: Mon, 08 Mar 2004 17:47:37 +0200


Sinoriches Global Limited - Shipping Department
 TEL :86 411 2534389
DATE:2004-03-03 18:05:07
REF :SGL199563

 PAUL / CHARLIE

 MV SARGODHA / XINGANG-ORAN

 chtrs finally got through the other shipper of vehicles ....

 PLEASED TO INFORM YOU THAT CHTRS CONFIRM TO LIFT SUBS BUT WITH BELOW
AMENDMENT:

- VARIOUSE VEHICLES MAX UNIT 40MT
 END

 PLS CONFIRM BY RETURN ASAP.

 B.RGDS/CW
AS BROKER ONLY

CHARLIE/PAUL
THNKS YR BELLOW RECAP WHICH  OWS CONF
WE ARE AWAITING  YR  GOOD NEWS BY TMRROW

BRGRDS
++++++++++++++++
---- Original Message -----
From: "sinoriches shpg" <mail@sinoriches.com>
To: "Seapride" <seapride@otenet.gr>
Sent: Tuesday, March 02, 2004 4:35 PM
Subject: MV SARGODHA

Sinoriches Global Limited - Shipping Dept
Tel:+86 411 2534389
Date :2004-03-02  Time:22:09:38
Ref  :SGL199547

PAUL / CHARLIE
REF: MV SARGODAH / SINORICHES

RECAP MAIN WHICH WE FIXED ASF :

CHRS: SINORICHES  ENTERPRISES  CO LTD  DALIAN
D I S P . OWNERS  CALDER SEACARRIER CORP - ATHENS
M/V SARGODHA      PAKISTAN FLG    TWEEN  BLT 1980
-------
SDWAT  18.242  ON 9.745  DRAFT - LOA/BEAM  : 150.01M/ 23.00 M
GRT  / NRT : 12395 / 6747  - HO/ HA  : 4/7
GEAR CAPACITY : 4 X 20 DERRICKS + 2 X 22 CRANE IN COMBINATION 1 X 50
CLASS  : LR  -  PNI  STEAM SHIP MUTUAL UK.

 HATCH OPENING
 H NO1  - L 12.8M XW 8.0
 H NO.2 - L 19.2M XW 8.0MX2
 H NO.3 - L 19.2M XW 8.0MX2
 H NO.4 - L 19.2M XW 8.0MX2

HATCH NO 1
LOWER HOLD. L19.4M W5.0 F 13 0 A H5.4M
TWN DECK L 19.4  W5.6 M F 18.4M A  H3.2M UNDER COAMING,5.2M UPTO COAMING.
HATCH NO2
L.HOLD L25.2M W13.0M(FWD) 22.4 (AFT)H7.4M
TWN.DECK L 28.4 W22.8 H3.3 UNDER COAMING 5.2 UPTO COAMING
HATCH NO3
L.HOLD L25.2M W18.0M H7.4M
TWN.DECK L 28.4 W22.8 H 3.3 UNDER COAMING 5.2M UPTO COAMING
> > HATCH NO 4
> > L.HOLD L24.8 M W22.4M (FWD) 14.8M (AFT)H7.4M
> > TWN.DECK L 27.8M W22.8M H 3.3M UNDER COAMING 5.2M UPTO COAMING.
> >
> > CAPACITY OF CARGO SPACE
> >
> >                  GRAIN                          BALE
> >                                C.M              C.FT            C.M
> >C.FT
> >NO.1 TWN DK      1311.1        46301          1213.6     42858
> >NO1. HOLD        1278.1        45136          1131.8     39970
> >TOTAL            2589.2        91437          2345.4     82828
> >
> >NO.2 TWN DK(P)   1522.6        53771          1433.8     50635
> >NO.2 TWN DK(S)   1512.8        53425          1420.3     50158
> >NO2. HOLD        4050.7        143050         3782.5     133579
> >  TOTAL          7086.1        250246         6636.6     234372
> >
> > NO.3 TWN DK     3109.9        109826         2932.6     103565
> >NO3. HOLD        3519.3        124284         3497.7     123521
> >TOTAL            6629.2        234110         6430.3     227086
> >
> > NO.4 TWN DK     3047.7        107630         2878.5     101654
> >NO4. HOLD        4207.6        148591         3962.4     139932
> >TOTAL            7255.3        256221         6840.9     241586
> >
> >GRAND TOTAL      23559.8       832014         22253.2    785872
> > DTLS ABT  WOG
> >
> > -PART CGO BSS
> >-OWS BERTH  XINGANG / 1GSB ORAN (ALGERIA) AAAA BE
> >-FOR : 1.500 MT/MIN 4.000CBM IRON STEEL PIPES  LOOSE  WITH DIMMS
> >             L 6.15M,OUTER DIAMETER 1.05 MTR, UW 2.017 MT,STOW 6.78 CBM/MT
> >             TOTAL ABT 560 PCS - ALL PIPES ARE SAME.
> >  INCLUDING ABT 200CBM  PIPES SPARE PARTS IN SMALL  PIECES ....
> >  PLUS
> > 23/26 UNITS OF VARIOUS VEHICLES MAX UNIT 22MT , WITH DESCR AS FOLL:
> > 1 bulldozer  5.7x2.8x2.3M 22MT
> > 1 roadroller 6x2.3x2.3M  20MT
> > 2 truck     9.6x2.4x2.8M  6.3MT
> > 6 truck     8x2.4x2.5M   4.6MT
> > 3 mobile crane   8x2.4x2.4M   9.6MT
> > 1 elevitor     9x2.3x3 M    9.48MT
> > 6 bulldozer  6.58x4.03x3.54m  38MT
> > 3 payloader  11x2.75x2.97M   40MT
> > 3 roadloader  8.16X2.34X3.29M  EACH 15.4MT
> > VEHICLES SUBTOTAL  ABT12/1.500CBM
> > SUB TO KNOW  THE TTL  QTY  IN MT/CBM RQSTD/UW OF THE  SPARE PARTS
CASES.
> > SUB TO KNOW THE FULL DIMMS/UW 'WHICH IS MISSING' OF THE LAST 3
VEHICLES.
> > ALL UNITS (VEHICLES) TO BE LOADED  ON DECK ,  L/S/D
> > AT CHRS/SHIPPERS  RISK , RESPONSIBILITY  AND EXPENSES.
> >-LAYCAN 15/20TH MARCH
> >-FREE IN 'C Q D '  FOR   THE PIPES
> > FLT  FOR THE VEHICLES
      DETENTION OF USD  8.500  DLY/PRTA  TO APLY  IF CGO NOT READY AVLBLE

```
> >  UPON HER ARIVAL A/O IN THE ABSENCE  OF CHRS TO HV  SHIPPING DOCS READY
> >  ISSUED  A/O  IN THE ABSENCE OF RCVRS TO HV  EVERYTHING READY  INCL FULL
> >  TRUCKS  FOR  CONTINUING  AND UNINTERRUPTED DISCHARGING.
> >  DETENTION IF ANY  TO BE PAID BY CHRS EVERY 2 DAYS IN ARREAS.
> >-FRT  USD  70.- PCM  FILO 'UNDER HOOK'   L/S/D  FOR THE PIPES
> >  FRT  USD  70.- PCM  FLT  HK/HK,  L/S/D AT SHIPPERS ACCOUNT
> >  'STOWED ON DECK' FOR THE  VEHICLES.
> >  F R T  PAYABLE IN USA CURENCY WITHIN 3BD S/R CONGENBILL BS'L TO OWS
> >NOMINATED
> >  BANK/ACC . FDEOSDANRVAOCLONL.
> >-FREE EXINS DUE HER AGE
> >-FREE TAXES/DUES  ON FRT/CGO
> >  -COMPULSORY TALLY IF ANY TOBE FOR OWRS ACCT
> >  -CHRS AGENTS AT  LOADING, BUT SUB D/AS AND WHCH TO BE BASED ON THE
MINIMUM
> >  PORT'S TARRIFF REGULATION  INCL AGENCY FEES.
> >  CHRS TO PAY D/AS AT LPORT  AND DEDUCT SAME FROM FRT.
> >  OWS AGENTS AT DISPORT.
> >-GCN 94 C/P TO APPLY WITH LOGICAL AMENDMENTS AS EPR MAIN TERMS AGREED
> >  -COMM 2.5PCT ADD PLUS 1.25PCT TO SINORICHES GLOBAL LTD
> >  SUB STEM ETC TO BE LIFTED  BY TMRROW   NOON GREEK TIME.
> >-G.A  + ARBITRATION  LONDON/ENGLISH LAW TO APPLY
> >
> > END RECAP
> >
> > PLS CONFIRM IN RDER BY RETURN ASAP. TKS.
> >
> >B.rgds/ CW
> >Sinoriches Shipping Ltd
> > Tel:86 411 2534389
> >Fax:86 411 2534098
> >E-mail: mail@sinoriches.com
> >NNNN
```

From: "Seapride" <seapride@otenet.gr>
To: "sinoriches shpg" <mail@sinoriches.com>
Subject: Fw: Fw: Fw: mv sargodha/sinoriches
CC: "CALDER ATH" <calder@otenet.gr>
Date: Wed, 10 Mar 2004 12:05:37 +0200


CHARLIE/PAUL

THNKS CHRS   BELLOW CONF , WHICH OWS RECONFIRM THUS WE ARE ALSO FULLY/CLEAN
FIXED FOR THE ADD 26 PCS.-

thnks so far
BRGRDS
NNNN
++++++++++++++++

----- Original Message -----
From: sinoriches shpg
To: Seapride
Sent: Wednesday, March 10, 2004 10:22 AM
Subject: Re: Fw: Fw: mv sargodha/sinoriches


Paul / Charlie

Had very long chat with chtrs , finally they agree to pay lashing/securing
/dunnage .

And also chtrs agent accept owrs last on PDA . Pls appoint it accordingly.

Plsd to hear.

B.rgds/ CW


======= 2004-03-09 19:00:00 ΑίΤΪ__ΠΒΦΠΠ____Ι =======
NNNN

From: "Sea Pride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: Fw: Fw: GENS xingang/MOSTAGANEM  recap
CC: <No CC specified>
Date: Mon, 23 May 2005 14:05:56 -0700


 paul /c harlie

 tks yrs. we confirm below in order.  kindly pls adv owners agent full style
in xingang asap.
tks vm.
b.rgds/ charlie wang

sea pride maritime - piraeus
     tel 0030 210  4186484/5 -8956521 fax  4532580
     tlx  214237 SEA GR - seapride@otenet.gr  - Bimco  Members
     mob 0030 6944657474


chrs         sinoriches


fixture recap  / gcn 94 c/p dtd 23th  may 05

M/V ASHA MANAN  DWAT 'summer' 16.146 ON 9.534 MTR
BLT 1981 /CONTAINER ORIENTED GENERAL CARGO
ST.VINCENT FLAG / CLASS LRS + 100 A1
P&I CLUB: NORTH OF ENGLAND
LOA / LBP :- 152 /145 MTRS.
BREADTH 22.90 MTRS / DEPTH :- 13.30 MTRS.
GRT / NRT :- 12648 / 6738
CRANES 4 X 15MT SWL, DERRICKS 2 X 10MT, IN U.P. 5 MT (SERVING HOLD NO 1)
GEMINI CRANE COMBINABLE TO 30MT (BETWEEN HOLD NO 3 & 4)
HOLD / HA :- 5 / 8
GRAIN / BALE :- 24029 CBM / 22607 CBM
ABT 11KTS
MCGREGOR TYPE HATCH COVERS RESTING ON CL BEAMS AT MDK AND TDK LEVELS
CRANES OUTREACH:
CRANE NO 1 and 4: 7.10 METRES
CRANE NO 2 AND 3: 10.50 METRES
HATCH DIMENSIONS:
NO.1 8.3 X 7.98 /  NO.2 13.16 X 10.38
NOS 3 & 4  19.96 X 7.95(P/S) /  NO.5 12.46 X 7.95(P/S)

HOLD LOAD DENS& DIMENSIONS (L X B FWD / B AFT)
NO 1 9.52 14 .0 X 5.16 / 14.15
NO 2 9.52 19.2 X 10.62 / 19.50
NO 3 9.52 27.20 X 19.50 / 17.35
NO 4 9.52 27.20 X 17.35 / 17.35
NO 5 9.52 17.60 X 19.51 / 13.13
INDIVIDUAL HOLD CAPACITIES  G/B
          CU MTRS    CU MTRS
NO1LH    692       607
NO2LH  2919     2640
NO3LH  3711     3623
NO4LH  3715     3627
NO5LH  2904     2688
NO1TDK 851      781
NO2TDK1736   1620
NO3TDK 2842  2659
NO4TDK 2839  2650
NO5TDK 1820  1712
TOTAL : 24029 / 22607 CBM
CLEAR HIGHTS:

IN TWEEN DKS:3.50 MTRS IN WINGS /5.03 MTRS IN CENTRE

STRENGTHS : IN MT/ SQ.MTRS
TANKTOP : 9.52
TWEEN DECK: NO1-2.80 , NO2-2.73, NO3 / 4 / 5 : 2.66
TWEEN DECK HATCH COVERS : 3.20
MAIN DECK HATCH COVERS      : 1.75
MAIN DECK : NO 1/2 - 0.86,  NO 3 / 4  - 1.75
FROM KEEL TO RADAR MAST: 43.50 METRES
ADA WOG

dispows:calder seacarrier corp
chrs :sinoriches enterprises co ltd

-PART CGO BSS
-FOR  2.951 MT/ABT 4.220 CBM  'AS PER  YR BELLOW PACKING LIST'  U/O DECK.
 THE UNDERDECK  CGO IS FULLY STACKABLE/DECK CGO  IS   PARTLY STACKABLE.

| commadities | quantity | wieght(KG) | L(M) | B(M) | H(M) |
|---|---|---|---|---|---|
| REMARKS | | | | | |
| SILO | 1 | 6670 | 5.6 | 3.2 | 3.55 |
| SILO | 1 | 6670 | 5.6 | 3.2 | 3.55 |
| AIR COMPRESSOR | 1 | 1850 | 5 | 2.15 | 3 |
| CUTTING BOTTLE | 1 | 3500 | 2.4 | 1.4 | 2 |
| CONTAINER | 1 | 19000 | 6 | 2.438 | 2.438 |
| CONTAINER | 1 | 19000 | 6 | 2.438 | 2.438 |
| CEMENT | 1200 | 1200000 | 1 | 1 | 1 |
| UNDER DECK STOW ONLY | | | | | |
| G60S NORMAL CHEMICAL | 12 | 12240 | 1.25 | 1.1 | 1.1 |
| UNDER DECK STOW ONLY | | | | | |
| C61S NORMAL CHEMICAL | 120 | 31200 | 0.87 | 0.87 | 0.9 |
| UNDER DECK STOW ONLY | | | | | |
| CA9035 NORMAL CHEMICAL | 240 | 62400 | 1 | 1 | 1 |
| UNDER DECK STOW ONLY | | | | | |
| PZW-A NORMAL CHEMICAL | 15 | 15300 | 1 | 1 | 1 |
| UNDER DECK STOW ONLY | | | | | |
| PZW-A NORMAL CHEMICAL | 270 | 137700 | 0.72 | 0.72 | 1.35 |
| UNDER DECK STOW ONLY | | | | | |
| C603  NORMAL CHEMICAL | 3 | 1620 | 1.03 | 1.68 | 0.58 |
| UNDER DECK STOW ONLY | | | | | |
| SLURRY STUFF | 67 | 43000 | TOTAL M3: | 80.3M3 | |
| UNDER DECK STOW ONLY | | | | | |
| SLURRY STUFF | | 548000 | TOTAL M3: | 93.0M3 | |
| BARRACKS | 1 | 8500 | 12.6 | 3 | 2.75 |
| WOOD CASES | 9 | 20000 | | | |
| 180CBM | | | | | |
| STEEL PIPES | 900CBM | 900MT | 6.0 | | |
| UNDER DECK STOW ONLY | | | | | |

TOTAL:              2951MT                    ABT:4219M3

-1GSB XINGANG/1GSB  MOSTAGANEM 4A BE
-1/10TH JUNE
 ·LOAD  CQD
  CHRS CONF THAT ALL CGO  FIXED WILL BE READY AVAILABLE UPON HER ARRIVAL
  AND ALL CGO DOCS ARE IN GOOD ORDER , FAILLING OF WHICH  A DETENTION
  OF USD 10.000  DLY-PRTA TO APPLY &  PAY TGTHER WITH  THE FRT.
  CHRS UNDERTAKE/CONF TO EMPLOY MIN 2 GANGS PER WWD  OF 24 CONS H SHINCL
   DISCH LINER OUT 'UNDER SHIP'S RAILS'
   CGO WILL BE LDD  IN ONE OR 2 HOLDS PLUS DECK SPACE AT OWS OPTION.
 -FRT USD 72.- PCM  FILO LSD PAYABLE 100PCT IN USA CURENCY  WITHIN 6BD AFTER
  COMPLETION LOADING  AND S/R CONGENBILL BS'L MARKED
  'FRT PAYABLE AS PER C/P' FDEOSDANRVAOCLONL.
  IF FRT PPD  BS'L SAME TO BE RLSED UPON FRT RCVD TO OWS NOM BANK/ACC.
 -FREE OF EXINS DUE HER AGE
 -FREE TAXES/DUES ON FRT/CGO - COMPULSORY TALLY IF ANY  OWS ACC.

-FOR DECK CGO , BS'L TO BE MARKED ACCORDINGLY AT  CHRS/SHIPPERS
RISK/RESPONSIBILITY
-OWS AGENTS BE
-GA& ARBITRATION LONDON -ENGLISH LAW TO APPLY
-GCN 94 WITH 3.75PCT TTL YRS INCL ADDRESS
END

PLS RECONFIRM  + ADV  SHIPPERS FULL STYLE ADDRESS

BRGRDS
NNNN

From: "Sea Pride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: Fw: mv xuan de men /CGO DTLS
CC: <No CC specified>
Date: Tue, 20 Sep 2005 20:19:25 -0700

PLS FIND THE NEW REVISED RECAP AS FOLL :

MV XUAN DE MEN EX. JOANA BONITA
BLT 1979 PANAMA FLAG  -DWT 22,656 MT ON 10.309M
LOA/BM 166/26.40M - GRT/NRT 16130/8637T
4H/7H  TWEENDECKER  - GRN/BAL 31495/29319CBM
CRANE 4X 16T (COMBINE TO 2X32T),OUTREACH 8.8M
2X26T (COMBINE TO  1X52T),OUTREACH 10.8M
HATCH SIZE:
NO.1 - 19.6 X 10.4M
NO.2- 26.35X10.1M (P/S)
NO.3- 26.35X10.4M (P/S)
NO.4- 13.6X10.4M (P/S)
HOLD BREAKDOWN(FLAT FLOOR SPACE):
L X F*B/A*B X H (H.COAM1NG/COVER)       GRAIN      BALE
L.H-NO.1-     25.4X3.0/13.5X5.34M              1865      1525
      NO.2-        32.6X8.15/10.8X6.2M(P/S)       5537      4889
      NO.3-        32.2X12.3/12.1X6.1M(P/S)       5519      4932
      NO.4-     17.4X8.6/5.9X6.3M(P/S)              2462      2069
                       SUB TTL: 15,303    13,415
T.D-NO. 1 -24.6X8.1/21.65X4.5/5.5M              2798        2619
      NO.2-33.3X 12.0/12.4X4.55/5.55M (P/S)   5222          5269
      NO.3-33.4X 12.3/12.1X4.4/5.7M (P/S)         5236        5241
      NO.4-17.5X12.4/1 1.5X4.7/6.0M (P/S)            2856        2775
                       SUB TTL: 16,112    15,904
MAXIMUM ALLOWABLE UNIFORM LOAD
TANK TOP   11.7T/WEATHER DECK 2.0T/HATCH COVER  3.0T
TWEENDECKER/COVER   5.0T
CLASS: NK
P&I : PICC/WEST OF ENGLAND
SPEED &CONSUMPTION:ABT 12KNTS.

CHRS   SINORICHES GLOBAL LTD
DISPOWS CALDER SEACARRIER CORP

part cgo bss
-1gsb shanghai plus 1gsb xingang /1gsb mostaganem plus 1gsb oran aaaa be
 (disport rotation at ows option)
-laycan  22/30th sept  bss 1st 1port shanghai
 vsl's eta shanghai 20th sept wp
-for:
 shangai cgo:
1.200 cbm machinery/Abt 800 mt  as per packing list  to be disch
 at oran or mostaganem at ows option. under/on deck at ows option.
 plus
1.298 mt pipes in bdls with 1  from 8 to 13 mtr for mostaganem
 chrs confirming that cgo stows 1cbm/1 mt
 and if the cgo volume exceeding the mt , then frt will paid pcm.-
 see packing list(the actual packing list with bdles dimms not available)
-xingang cgo:
1.979 cbm  machinery  for oran 'as per packing list'
 including bellow vehicles which should be stowed under deck.
 8 exvacutors  9.1x2.7x3.1m    20mt each
 10 trucks    7.5x2.5x2.7m    10mt each

chrs may rqst more pieces to be loaded  under deck
reverting with more informations.-
plus
3000 cbm vehicles for mostaganem 'as per packing list'to ldd on deck..
-bs'l to be marked for the deck cgo ,at chrs/shippers risk,the ows not being
responsible for loss or damage howsoever arising.
The ttl cubics to be ascertained by join survey.cost of surveyor to be
shared equaly between ows/chrs.
-free in /cqd
chrs confirming that all qty will be ready available for shipment
upon her arrival at the port and all cgo docs are in good order failing of
which  detention of usd  9.500 dly/prta to apply and be paid tgther with
the frt.
chrs to employ full gangs in accordance with master's rqst bsd on 24h
shincl.
-liner out 'under hook'
-lashging/securing/dunnaging at chrs acc
-congenbill bs'l to be issued , marked 'frt payable as per c/p'

end

BRGRDS
NNNN


<ATTACHMENT(S) Written to: F:\SOFT32\ATTMAIL>
F:\SOFT32\ATTMAIL\CARGO LIST 1.tif
F:\SOFT32\ATTMAIL\1 2.xls
F:\SOFT32\ATTMAIL\2 1.xls
F:\SOFT32\ATTMAIL\packing list 1 1.tif

```
From: "Sea Pride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: fuzhou/fixture recap
CC: <No CC specified>
Date: Tue, 10 Jan 2006 16:41:41 +0200
```

MESSRS     SINORICHES DALIAN
DISPOWS    CALDER SEACARRIER CORP


                    FIXTURE RECAP
M/V FUZHOU/ XINGANG - ALGERIA  C/P  DTD 10TH JAN 06


ALL SUBS ARE LIFTED/VSL IS FULLY-CLEAN FIXED

MV FUZHOU -B/C -FLAG  PANAMA-BLT 82
DWAT 24.735 ON 10.18 SW - LOA/BEAM 160.38/24.60
IMO NO.8109905-CLASS RS
GRT/NRT 14314/8760
CARGO HOLD CAPACITIES
HOLD NO.    GRAIN(CM)    BALE(CM)
NO.1  6,728.53    6,388.74
NO.2  8,200.61    7,805.98
NO.3  8,204.58    7,809.44
NO.4  8,103.42    7,840.14
TOTALS      31,237.14   29,844.30
CARGO HATCH DIMENSIONS LXB
NO.1  18.40 X 12.80 M /NOS 2+3+4  20.00 X 12.80 M
3 EL.HYCRAULIC CRANES +1 DER X 25T
MCGREGOR FOLDING/TPI 84
STRENGTHS:HOLDS 10.64/M.DECK 3.30/HCOVERS 2.40
ADA


Pls adv chrs name/domicile etc..

 part cgo bss
-1gsb xingang / 1gsb skikda plus 1gsb alger  rotation ows option aaaa.
-Laycan 16/21th jan
 (chrs to do their utmost to hv all cgo ready the soonest possible)
-SKIKDA CARGO :
 FOR  7200 mt steel pipes
 brief descr as foll :
 2500mt dia 21.3mm to 88.9mm Length 10 to 12.2m
 3000mt dia 273mm            Length 10 to 12m
 200 mt dia 168mm            Length 10 to 12m
 1500mt dia 73mm             Length 9 to 11m
 All pipe in bundle.Figures are given in good faith and without guarantee .

Quantity would be increased  to 8000mt the latest by 18th jan 2006.
sub to ows approval.ows to immy notify chrs in writing if space not sufficient
available for this additional cgo of 800 mt.-
All the pipes surface were pained by ployester so should be stowed  away from
sharp cgoes and broken glass.
FIOS  terms lsd.
PLUS
2 bulldozers  to be discharged  at skikda
SIZE:6796x3725x3472mm/24ton each FLT hk/hk

-ALGER CARGO:
 354CBM/EQUIPMENT  with dimms
    3750 x 2460 x 2940      3750 x2460 x 2940
    3270 x 2380 x 2820      2500 x840 x 3020
    3650 x 2190 x 3050      40 x 3020 x 2660

```
3630 x 2200 x 2160      3040 x 1750 x 3160
3710 x 1500 x 2580      4700 x 2800 x 3080
3850 x 850 x 2560       3750 x 850 x 2560
4600 x 2150 x 2000      3050 x 2250 x 2520
3650 x 2200 x 2200      1300 x 7000 x 1100
2900 x 1100 x 1000
```

Total: 19 unite / 66mt - under deck stowage only - FLT
all in wooden cases Fully stackable.
PLUS
About 566mt/1491 cbm machinery , as per packing list of 9th jan
stowed on deck at  owners option - FLT
Stackable 'h' & 'c'  as per packing list
-cqd be
 chrs confirming that all cgo fixed will be ready avlble at the port for loading
 and all cgo docs are in good order failing of which a detention
 of usd  8000 dly/prta to apply - same detention to apply at disport  if cgo
docs
 not ready available  a/o in the absence of rcvrs to take immy dely of cgo upon
 her berthing.
 chrs agree that loading operation will be bsd on 24 cons h shincl.
-FRT :For pipes usd 52.50 pmt or pcm  whatever is greater  fios lsd
         for machinery/equipments usd 75 pcm full liner terms h/h
 frt payable  in full  in usa curency to ows nominated bank/acc within 5bd
 after compl loading  and s/r congenbill bs'l  marked 'frt payable as per c/p'
 fdeosdanrvaoclonl.
 if ppd bs'l needed same to be kept with agents and be rlsed  upon frt rcvd by
ows.
-Free exins due her age
-free taxes/dues on frt/cgo
-feisa agents lport/ barwill at skikda sub d/as -ows agents at alger
-ows gtee  transit time 50d  wp force majeur excepted for calling skikda second
or
 55d  for calling skikda 3rd.chrs to deduct usd 10.000  from the frt as penalty
which
 to be charged  usd 4000 dly/prta for vsl's exceeding the abv period.if vsl
arriving well
 in time, chrs to remit the abv amount to ows prior to commencmt discharge.-
-ga & arbitration london / english law to apply
-gcn 94  with 3.75pct ttl yr end - dtls as per previous fixture..

end
brgrds
nnnn

```
From: "Seapride Maritime" <seapride@otenet.gr>
To: "SINORICHES DALIAN" <mail@sinoriches.com>
Subject: Fw: xingang/genoa
CC: "CALDER ATH" <calder@otenet.gr>
Date: Wed, 03 Jan 2007 11:37:10 +0200


   SEA PRIDE M A R I T I M E
   145 kolokotroni str-185 36 piraeus
   tel 0030 2104186485/8956521
   fax 0030 2108995481
   mob 0030 6944657474
   Bimco reg nmbr 116552
   seapride@otenet.gr
===========================


FIXTURE RECAP  - C/P DATED  2TH JAN 07

chrs sinoriches  global ltd
dispows calder seacarrier corp


MV TRADER
  =========
  (All details about)
  Type:      Single Deck Bulk Carrier
  Flag:      Greek
  Built:     1984
  DWT:       35,311 MT on 10.67 Meters
  LOA/Beam:  177.51 / 29.50 Meters
  GT/NT:     21309 / 13027
  HO/HA:     5/5
  Grain/Bale: 1523723 / 1478873
  1) 5873 / 5683
  2) 9523 / 9243
  3) 8873 / 8589
  4) 9477 / 9183
  5) 9401 / 9179
  Gear:      4x 15  tons cranes
  Class:     Highest RINA
  P & I:     The American Club



FIXTURE IS CLEAN/ALL SUBS LIFTED

 part cgo bss / first in
-lgsb xingang/lgsb genoa aaaa be
-for ABT 12.500 mt steels with brief desc:
 12.00MT STEEL PIPES IN LOOSE/BUNDLES    LENGTH : 12M   1.5-2MT PER BUNDLE
 DIAMETER 4"-9.5",PER UNIT  -S.F DWT WOG
 PLUS
ABT 500MT STEEL DE -BAR IN BUNDLES  LENGTH :12M    2MT PER BUNDLE
 S.F 0.6 WOG

PLS NOTE VSLS HA AND HO DIMS AS FOLLOWS:

HATCH DIMENSIONS
No1 : 13,015 m x 10,3 meters
No2-5: 19,55 x 15,1 meters

HOLDS DIMENSIONS
No1      :20m x 29.46m Aft -14m F(about)
No2-4    :26,20m x 29,46m (about)
No 5     :27.50m x 29.46m F-34.20m Aft (about)
```

THE OWS WILL ALLOCATE THE FOLL SPACE FOR THE CGO TO BE
LOADED:

NO2 LH AFT    12 MTRS LENGTH X 29 M WIDTH BY 13 M HIGH
NO3 LH AFT    SIMILAR TO ABOVE
NO4 LH AFT    SIMILAR TO ABOVE

DUE TO CGO STOWAGE DWT NO OTHER SPACE EXCEPT THE ABVE
WILL BE ALLOCATED FOR THIS CGO.

-laycan 4/10th jan 'ETA 5TH JAN' (open rizhao  spot)
-cqd be - no tiers limitation.
 chrs gtee 24 cons hours loading operation shincl
 detention of usd 20.000 dly/prta to apply in case that  cgo not ready available
a/o cgo docs
 not ready issued  a/o in the absence of bs'l at disport a/o in the absence of
rcvrs
 to take dely of cgo upon her arrival.
 detention if any to be paid  at lport  tgther with the frt
 at disport day by day..
-frt usd 70 per wm bsd on bdls gross dimmentions (per mt or per cbm whatever is
greater)
 fios l/s/d  payable 100pct  to ows nom bank/acc in usa curency within 5bd after
compl loading
 s/r congenbill bs'l marked frt payable as per c/p . fdeosdanrvaoclonl.
 if chrs ellect frt ppd bs'l same to be kept with ows agents and be rlsed after
frt rcvd to ows bank/acc.
-free exins due her age
-free taxes/dues on frt/cgo
-agents feisa lport sub d/as -ows agents at disport.
-OWNERS AGENT IN D/PORT WHICH TOBE DECLARE  W/I 15 DAYS AFTER COMPL
 OF LOADING.
-SHIPSIDE TALLY , IF COMPULSORY ,TOBE FOR OWNERS ACCT
-SHORESIDE TALLY ,IF COMPULSORY, TOBE FOR CHTRS ACCT
-ga/arbitration london - english law to apply
-owise gcn 94  with 3.75pct ttl yr end
end

thnks and for this fixture/hope much more within 2007

brgrds
nnnn

From: "Seapride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: NEW FIXTURE NOTE
CC: <No CC specified>
Date: Fri, 02 Feb 2007 11:32:18 +0200

  SEA PRIDE M A R I T I M E
  145 kolokotroni str-185 36 piraeus
  tel 0030 2104186485/8956521
  fax 0030 2108995481
  mob 0030 6944657474
  Bimco reg nmbr 116552
  seapride@otenet.gr
=========================

pls sign and return back to us

 FIXTURE NOTE  DATED  2TH FEBR  2007
            M/V TRADER

CHRS:SINORICHES GLOBAL LTD
DISPOWS:CALDER SEACARRIER CORP

-FOR ABT 3.316 CBM  MACHINERY/PIPES TO MAINTAIN AS PER OUR PREVIOUS FIXTURE
 PLUS
 1.149 CBM MACHINERY  AND 2.697 CBM TRUCKS(48 PCS)
 TOTAL 7.162 CBM  ABT
-SPOT LOADING  FROM THE SAME BERTH AT XINGANG IN DIRECT CONTINUATION
-DISCHARGING 1GSB SKIKDA OR ORAN AT OWNERS OPTION
-FRT USD 85 PCM FILO  L/S/D
-OTHERWISE AS PER OUR PREVIOUS FIXTURE


THE OWNERS                    THE CHARTERERS

From: "Seapride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: Fw: mv vera / sinoriches fixture recap
CC: <No CC specified>
Date: Thu, 07 Jun 2007 15:15:20 +0300


   SEA PRIDE M A R I T I M E
   145 kolokotroni str-185 36 piraeus
   tel 0030 2104186485/8956521
   fax 0030 2108995481
   mob 0030 6944657474
   Bimco reg nmbr 116552
   seapride@otenet.gr


   ==========================

        FIXTURE RECAP   ON M.TERMS AGREED

Sub  stem/shippers/rcvrs  to be lifted within tday piraeus cob

chrs :messrs sinoriches global ltd
dispows calder seacarrier corp.

-part cgo bss
-1gsb changshu /1gsb ravenna
 owners berth bends n owner to satisfy with themselved both ends
-for  20.000/21.000 mt cgo steels prods at chopt
 Prelimitory breakdown:
 5000mt s.plate length:8-12m max weight:15mt;
 4500mt s.pipes length:5-11m,o/d:60-180mm,thick:16-30mm;
 5800mt s.pipes in bundles small o/d,length:6-12m;
 2500mt s.coils weigth:7-15mt
 1200mt h-beam length:15m
 sub to know the full packing list of all  parcels. pls adv wether in
bdls or loose
      (4500 mt pipes/h-beams)
 THE Actual qty to be confirmed one day prior arrival at lport.
-No tiers limitation
-laycan 13/19th june
-cqd be /detention usd 25.000 dly/prta -detention cl as per previous
fixture
 chrs confirming 24 cons hours  loading operation  shincl
-frt usd 74 per mt or per cbm whatever is greater fios lsd payable
100pct in usa curency
 to ows nom bank/acc within 5bd after compl loading.congenbill bs'l to
be issued
 marked 'frt payable as per c/p'  fdeosdanrvaoclonl.
-clean bill tobe issue and any remarks in mates receipt to be covered
by chtrs loi to
 be counter signed by shippers in owenrs pni wording.
 chrs confirming that cgo is a new production and its not rusty or
clearly
 damaged. for minor remarks only if any chrs to issue their loi in ows
p+i club
 wording counter signed by shippers against  issuance of cob bs'l.
-free exins due her age

.

```
-ows agents be
-free taxes/dues on frt/cgo
-4w and nor even by cable be
-g.a & arbitration london/english law to apply
-owise gcn 94 with 3.75pct address .owise as per previous fixture 27th
april mv str.attractor
end

pls  confirm clean by return
Vsl's eta  lport 15th june  wp
reverting with lport agents nom after the lifting  of subs.
pls pass the full  packing lists.

brgrds
nnnn


vsl's name/paticulars
------------------------------
MV VERA {EX ERA}                    .

BC , BLT JUNE'77 JAPAN , DWT 38,931 MTS AT 11,40 MTRS SUMMER DRFT
PANAMA FLAG  - LOA:185,363 M , LBPP: 175,00 MTRS , BREADTH: 27,80 M
DEPTH: 16,20 M - GRT/NRT  23,353/12,683
4 CRNS X 15 SWL TS,  Cranes outreach abt 8,7 mtrs
5 HO/HA , HA COVERS "ERMANS STEEL ROLLING"  - TPC:45,7
GRAIN/BALE :48.563 / 47.544 CBM ,
PANAMA GRT/NRT : 25006/18764 , CO2 FITTED.
HOLDS CUBIC BREAKDOWN
GRAIN M3    BALE M3
     1          8442        8244
     2         10056        9848
     3         10210        9981
     4         10045        9837
     5          9810        9634
TOTAL   G/B  48563/ 47544 m3 OR  IN CBFT : 1,714.990/1,679.000
 CO2 FITTED - SUEZ/PANAMA FITTED
 AUSSIE HOLD LADDER FITTED
DIMS OF HATCHES:
H/1        - 15.07 X 11.20 M
H/2,3,4,5  - 16.80 X 14.40 M
DIMS OF HOLDS:
 H/1=LENGTH 25,34m =BRDTH F/17,60-21,20m -BRDTH A/26,95m
 H/2=LENGTH/BREADTH (L/B): 27,20/26,95m
 H/3=L/B: 26,40/26,95m
 H/4=L/B: 27,20/26,95m
 H/5=L:27,20m -BRGDTH F/26,95m -BRGDTH A/22,75-26,75m

 HOLDS HEIGHT : UP TO COMINGS     - 13.91 M
 UP TO HATCH COVERS - 18.45 M

 TANKTOP CLEAR DEMENTIONS:
 H/1=L/24,65m -BREADTH F/A 10,00/20,80m
 H/2=L/B 25,80/20,80m
 H/3=L/B 25,30/20,80m
 H/4=L/B 25,80/20,80m
```

```
  H/5=L/26,50m -BREADTH F/20,80m
         BREADTH M/19,60m (In distance of 14,4M fm fore bulkhead-frame
NR 54)
         BREADTH A/14,40m

 STRENGTH:
 MAIN DECK  1,8 t/sq.m -Hcovers 0.2t/sqmtr
 H/1 20,0 t/sq.m -H/2 N 4 16,80 t/sq.m -H/3 21,0 t/sq.m - H/5 17,7
 t/sq.m

  =FULLY LOADED WITH DRAFT F/A 11,11/11,76m
  H/1 7,13m;   H/5 6,71m   A/DRAFT 35,48m

CLASS:R.R.S
IMO NR. 7533109
ADA  WOG

END
GLAD TO HEAR
BRGRDS
NNNN
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X

CALDER SEACARRIER CORP.,                          **07 CV 6520 (LAK)**

Plaintiff,

- against –

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD. a/k/a SGL SHIPPING LIMITED,

Defendants.
------------------------------------------------------X

I, Poulikos Soukaras, shipbroker of Seapride Maritime Services, address 145

Kolokotroni Str., Piraeus-Greece, declare as follows:

**1.** I am employed at Seapride Maritime Services for the last 25 years and I

am in charge of all the chartering activities being the managing director of

this broking company.

**2.** I have been fixing the cargoes of Sinoriches Dalian for a long time and I

have concluded the fixture of their cargoes with Calder Seacarrier Corp. which

I refer as follows:

        a)  m/v Sargodha

        b)  m/v Asha Manan

        c)  m/v Xuan De Men

        d)  m/v Fuzhou

        e)  m/v Trader

        f)  m/v Vera

True copies of the recap of the above mentioned fixtures are hereby attached to this declaration marked "Exhibit PS 1".

**3.** I was personally involved in all the fixtures acting as an intermediate broker and the most recent fixture was the m/v Vera c/p between Sinoriches and Calder which was concluded on the 7th June 2007.

**4.** I always had the Sinoriches' authority to act as the intermediate broker in order to fix their cargoes with the chartered tonnage of Calder Seacarrier Corp. and all the negotiations that lead to the fixtures between Sinoriches and Calder were done through our company 'Seapride Maritime Services Piraeus'.
I was all the time communicating with mr.Charlie Wang of Sinoriches for all the fixtures concluded between Sinoriches and Calder including the fixture of m/v Vera the negotiations of which were commenced on the 6th of June 2007.

Pursuant to 28 U.S.C.§1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed

At Piraeus this 3rd day of October 2007

# EXHIBIT PS 1

From: "Seapride" <seapride@otenet.gr>
To: "sinoriches shpg" <mail@sinoriches.com>
Subject: Re: MV SARGODHA
CC: "CALDER ATH" <calder@otenet.gr>     .
Date: Tue, 02 Mar 2004 18:46:19 +0200


CHARLIE/PAUL

THNKS YR BELLOW RECAP WHCH  OWS CONF
WE ARE AWAITING  YR  GOOD NEWS BY TMRROW

BRGRDS
++++++++++++++++

----- Original Message -----
From: "sinoriches shpg" <mail@sinoriches.com>
To: "Seapride" <seapride@otenet.gr>
Sent: Tuesday, March 02, 2004 4:35 PM
Subject: MV SARGODHA


 Sinoriches Global Limited - Shipping Dept
 Tel:+86 411 2534389
Date :2004-03-02  Time:22:09:38
Ref  :SGL199547

 PAUL / CHARLIE                        .

 REF: MV SARGODAH / SINORICHES

 RECAP MAIN WHICH WE FIXED ASF :

 CHRS: SINORICHES  ENTERPRISES  CO LTD  DALIAN
 D I S P . OWNERS  CALDER SEACARRIER CORP - ATHENS

 M/V SARGODHA      PAKISTAN FLG   TWEEN  BLT 1980
 -------
 SDWAT  18.242  ON 9.745  DRAFT - LOA/BEAM  : 150.01M/ 23.00 M
 GRT  / NRT : 12395 / 6747 - HO/ HA  : 4/7
 GEAR CAPACITY : 4 X 20 DERRICKS + 2 X 22 CRANE IN COMBINATION 1 X 50
 CLASS  : LR  -  PNI   STEAM SHIP MUTUAL UK.

 HATCH OPENING
 H NO1   - L 12.8M XW 8.0
 H NO.2 - L 19.2M XW 8.0MX2
 H NO.3 - L 19.2M XW 8.0MX2
 H NO.4 - L 19.2M XW 8.0MX2

 HATCH NO 1
 LOWER HOLD. L19.4M W5.0 F 13 O A H5.4M
 TWN DECK L 19.4  W5.6 M F 18.4M A  H3.2M UNDER COAMING,5.2M UPTO COAMING.
 HATCH NO2
 L.HOLD L25.2M W13.0M(FWD) 22.4 (AFT)H7.4M
 TWN.DECK L 28.4 W22.8 H3.3 UNDER COAMING 5.2 UPTO COAMING
 HATCH NO3
 L.HOLD L25.2M W18.0M H7.4M
 TWN.DECK L 28.4 W22.8 H 3.3 UNDER COAMING 5.2M UPTO COAMING
 HATCH NO 4
 L.HOLD L24.8 M W22.4M (FWD) 14.8M (AFT)H7.4M
 TWN.DECK L 27.8M W22.8M H 3.3M UNDER COAMING 5.2M UPTO COAMING.

CAPACITY OF CARGO SPACE

                         GRAIN                         BALE

```
                                    C.M              C.FT              C.M
      C.FT
NO.1 TWN DK      1311.1          46301         1213.6      42858
NO1. HOLD        1278.1          45136         1131.8      39970
TOTAL              2589.2          91437         2345.4      82828

NO.2 TWN DK(P)   1522.6          53771         1433.8      50635
NO.2 TWN DK(S)   1512.8          53425         1420.3      50158
NO2. HOLD        4050.7       143050         3782.5    133579
   TOTAL            7086.1        250246         6636.6    234372

NO.3 TWN DK      3109.9       109826         2932.6    103565
NO3. HOLD        3519.3       124284         3497.7    123521
TOTAL              6629.2        234110         6430.3    227086

NO.4 TWN DK      3047.7       107630         2878.5    101654
NO4. HOLD        4207.6       148591         3962.4    139932
TOTAL              7255.3        256221         6840.9    241586

GRAND TOTAL     23559.8       832014       22253.2    785872
DTLS ABT  WOG
```

-PART CGO BSS
-OWS BERTH  XINGANG / 1GSB ORAN (ALGERIA) AAAA BE
-FOR : 1.500 MT/MIN 4.000CBM IRON STEEL PIPES  LOOSE  WITH DIMMS
          L 6.15M,OUTER DIAMETER 1.05 MTR, UW 2.017 MT,STOW 6.78 CBM/MT
          TOTAL ABT 560 PCS - ALL PIPES ARE SAME.
  INCLUDING ABT 200CBM  PIPES SPARE PARTS IN SMALL  PIECES ....
  PLUS
23/26 UNITS OF VARIOUS VEHICLES MAX UNIT 22MT , WITH DESCR AS FOLL:
1 bulldozer  5.7x2.8x2.3M 22MT
1 roadroller 6x2.3x2.3M   20MT
2 truck      9.6x2.4x2.8M  6.3MT
6 truck       8x2.4x2.5M    4.6MT
3 mobile crane  8x2.4x2.4M   9.6MT
1 elevitor     9x2.3x3 M    9.48MT
6 bulldozer 6.58x4.03x3.54m 38MT
3 payloader  11x2.75x2.97M   40MT
3 roadloader 8.16X2.34X3.29M EACH 15.4MT
VEHICLES SUBTOTAL ABT12/1.500CBM
SUB TO KNOW  THE TTL  QTY  IN MT/CBM RQSTD/UW OF THE  SPARE PARTS CASES.
SUB TO KNOW THE FULL DIMMS/UW 'WHICH IS MISSING' OF THE LAST 3 VEHICLES.
ALL UNITS (VEHICLES) TO BE LOADED  ON DECK ,  L/S/D
AT CHRS/SHIPPERS  RISK , RESPONSIBILITY  AND EXPENSES.
-LAYCAN 15/20TH MARCH
-FREE IN 'C Q D '   FOR   THE PIPES
  FLT  FOR THE VEHICLES
  DETENTION OF USD  8.500  DLY/PRTA  TO APLY, IF CGO NOT READY AVLBLE
  UPON HER ARIVAL A/O IN THE ABSENCE  OF CHRS TO HV  SHIPPING DOCS READY
  ISSUED  A/O  IN THE ABSENCE OF RCVRS TO HV  EVERYTHING READY  INCL FULL
  TRUCKS  FOR  CONTINUING  AND UNINTERRUPTED DISCHARGING.
  DETENTION IF ANY  TO BE PAID BY CHRS EVERY 2 DAYS IN ARREAS.
-FRT  USD  70.- PCM FILO 'UNDER HOOK'  L/S/D  FOR THE PIPES
  FRT  USD  70.- PCM FLT HK/HK,  L/S/D AT SHIPPERS ACCOUNT
  'STOWED ON DECK' FOR THE  VEHICLES.
  F R T  PAYABLE IN USA CURENCY WITHIN 3BD S/R CONGENBILL BS'L TO OWS
NOMINATED
  BANK/ACC . FDEOSDANRVAOCLONL.
-FREE EXINS DUE HER AGE
-FREE TAXES/DUES  ON FRT/CGO
 -COMPULSORY TALLY IF ANY TOBE FOR OWRS ACCT
 -CHRS AGENTS AT  LOADING, BUT SUB D/AS AND WHCH TO BE BASED ON THE MINIMUM
  PORT'S TARRIFF REGULATION  INCL AGENCY FEES.
  CHRS TO PAY D/AS AT LPORT  AND DEDUCT SAME FROM FRT.
  OWS AGENTS AT DISPORT.
-GCN 94 C/P TO APPLY WITH LOGICAL AMENDMENTS AS EPR MAIN TERMS AGREED
 -COMM 2.5PCT ADD PLUS 1.25PCT TO SINORICHES GLOBAL LTD

SUB STEM ETC TO BE LIFTED  BY TMRROW   NOON GREEK TIME.
-G.A  + ARBITRATION  LONDON/ENGLISH LAW TO APPLY

END RECAP

PLS CONFIRM IN RDER BY RETURN ASAP. TKS.

B.rgds/ CW
Sinoriches Shipping Ltd
 Tel:86 411 2534389
Fax:86 411 2534098
E-mail: mail@sinoriches.com
NNNN

From: "Seapride" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: <No Subject>
CC: "CALDER ATH" <calder@otenet.gr>
Date: Mon, 08 Mar 2004 17:47:37 +0200


Sinoriches Global Limited - Shipping Department
 TEL :86 411 2534389
DATE:2004-03-03 18:05:07
REF :SGL199563

 PAUL / CHARLIE

 MV SARGODHA / XINGANG-ORAN

 chtrs finally got through the other shipper of vehicles ....

 PLEASED TO INFORM YOU THAT CHTRS CONFIRM TO LIFT SUBS BUT WITH BELOW
AMENDMENT:

 - VARIOUSE VEHICLES MAX UNIT 40MT
  END

 PLS CONFIRM BY RETURN ASAP.

 B.RGDS/CW
AS BROKER ONLY

CHARLIE/PAUL
THNKS YR BELLOW RECAP WHCH  OWS CONF
WE ARE AWAITING  YR  GOOD NEWS BY TMRROW

BRGRDS
+++++++++++++++
---- Original Message -----
From: "sinoriches shpg" <mail@sinoriches.com>
To: "Seapride" <seapride@otenet.gr>
Sent: Tuesday, March 02, 2004 4:35 PM
Subject: MV SARGODHA

Sinoriches Global Limited - Shipping Dept
Tel:+86 411 2534389
Date :2004-03-02  Time:22:09:38
Ref  :SGL199547

PAUL / CHARLIE
REF: MV SARGODAH / SINORICHES

RECAP MAIN WHICH WE FIXED ASF :

CHRS: SINORICHES  ENTERPRISES  CO LTD  DALIAN
D I S P . OWNERS  CALDER SEACARRIER CORP - ATHENS
M/V SARGODHA     PAKISTAN FLG   TWEEN  BLT 1980
-------
SDWAT  18.242  ON 9.745  DRAFT - LOA/BEAM : 150.01M/ 23.00 M
GRT  / NRT : 12395 / 6747 - HO/ HA  : 4/7
GEAR CAPACITY : 4 X 20 DERRICKS + 2 X 22 CRANE IN COMBINATION 1 X 50
CLASS  : LR  -  PNI  STEAM SHIP MUTUAL UK.

 HATCH OPENING
 H NO1  - L 12.8M XW 8.0
 H NO.2 - L 19.2M XW 8.0MX2
 H NO.3 - L 19.2M XW 8.0MX2
 H NO.4 - L 19.2M XW 8.0MX2

.

```
HATCH NO 1
LOWER HOLD. L19.4M W5.0 F 13 0 A H5.4M
TWN DECK L 19.4  W5.6 F 18.4M A  H3.2M UNDER COAMING,5.2M UPTO COAMING.
HATCH NO2
L.HOLD L25.2M W13.0M(FWD) 22.4 (AFT)H7.4M
TWN.DECK L 28.4 W22.8 H3.3 UNDER COAMING 5.2 UPTO COAMING
HATCH NO3
L.HOLD L25.2M W18.0M H7.4M
TWN.DECK L 28.4 W22.8 H 3.3 UNDER COAMING 5.2M UPTO COAMING
> > HATCH NO 4
> > L.HOLD L24.8 M W22.4M (FWD) 14.8M (AFT)H7.4M
> > TWN.DECK L 27.8M W22.8M H 3.3M UNDER COAMING 5.2M UPTO COAMING.
> >
> > CAPACITY OF CARGO SPACE
> >
> >                   GRAIN                          BALE
> >                              C.M            C.FT          C.M
> >C.FT
> >NO.1 TWN DK      1311.1       46301        1213.6     42858
> >NO1. HOLD         1278.1      45136         1131.8    39970
> >TOTAL             2589.2      91437         2345.4   82828
> >
> >NO.2 TWN DK(P)   1522.6       53771        1433.8    50635
> >NO.2 TWN DK(S)   1512.8       53425        1420.3    50158
> >NO2. HOLD         4050.7      143050        3782.5   133579
> >  TOTAL           7086.1      250246        6636.6   234372
> >
> > NO.3 TWN DK     3109.9       109826        2932.6   103565
> >NO3. HOLD         3519.3      124284        3497.7   123521
> >TOTAL             6629.2      234110        6430.3   227086
> >
> > NO.4 TWN DK     3047.7       107630        2878.5   101654
> >NO4. HOLD         4207.6      148591        3962.4   139932
> >TOTAL             7255.3      256221        6840.9   241586
> >
> >GRAND TOTAL    23559.8        832014       22253.2   785872
> > DTLS ABT  WOG
> >
> > -PART CGO BSS
> >-OWS BERTH  XINGANG / 1GSB ORAN (ALGERIA) AAAA BE
> >-FOR : 1.500 MT/MIN 4.000CBM IRON STEEL PIPES  LOOSE  WITH DIMMS
> >          L 6.15M,OUTER DIAMETER 1.05 MTR, UW 2.017 MT,STOW 6.78 CBM/MT
> >          TOTAL ABT 560 PCS - ALL PIPES ARE SAME.
> >  INCLUDING ABT 200CBM  PIPES SPARE PARTS IN SMALL  PIECES ....
> >  PLUS
> >  23/26 UNITS OF VARIOUS VEHICLES MAX UNIT 22MT , WITH DESCR AS FOLL:
> >  1 bulldozer  5.7x2.8x2.3M 22MT
> >  1 roadroller 6x2.3x2.3M   20MT
> >  2 truck      9.6x2.4x2.8M  6.3MT
> >  6 truck      8x2.4x2.5M    4.6MT
> >  3 mobile crane  8x2.4x2.4M   9.6MT
> >  1 elevitor    9x2.3x3 M    9.48MT
> >  6 bulldozer  6.58x4.03x3.54m  38MT
> >  3 payloader  11x2.75x2.97M   40MT
> >  3 roadloader  8.16X2.34X3.29M  EACH 15.4MT
> >  VEHICLES SUBTOTAL  ABT12/1.500CBM
> >  SUB TO KNOW  THE TTL  QTY  IN MT/CBM RQSTD/UW OF THE  SPARE PARTS
CASES.
> >  SUB TO KNOW THE FULL DIMMS/UW 'WHICH IS MISSING' OF THE LAST 3
VEHICLES.
> >  ALL UNITS (VEHICLES) TO BE LOADED  ON DECK ,  L/S/D
> >  AT CHRS/SHIPPERS  RISK , RESPONSIBILITY  AND EXPENSES.
> >-LAYCAN 15/20TH MARCH
> >-FREE IN 'C Q D '   FOR   THE PIPES
> >  FLT  FOR THE VEHICLES
> > DETENTION OF USD  8.500  DLY/PRTA  TO APLY, IF CGO NOT READY AVLBLE
```

```
> > UPON HER ARIVAL A/O IN THE ABSENCE OF CHRS TO HV  SHIPPING DOCS READY
> > ISSUED A/O IN THE ABSENCE OF RCVRS TO HV  EVERYTHING READY  INCL FULL
> > TRUCKS FOR  CONTINUING  AND UNINTERRUPTED DISCHARGING.
> > DETENTION IF ANY  TO BE PAID BY CHRS EVERY 2 DAYS IN ARREAS.
> >-FRT  USD  70.- PCM  FILO 'UNDER HOOK'   L/S/D  FOR THE PIPES
> >  FRT  USD  70.- PCM FLT  HK/HK,  L/S/D AT SHIPPERS ACCOUNT
> > 'STOWED ON DECK' FOR THE  VEHICLES.
> >  F R T  PAYABLE IN USA CURENCY WITHIN 3BD S/R CONGENBILL BS'L TO OWS
> >NOMINATED
> >  BANK/ACC . FDEOSDANRVAOCLONL.
> >-FREE EXINS DUE HER AGE
> >-FREE TAXES/DUES  ON FRT/CGO
> > -COMPULSORY TALLY IF ANY TOBE FOR OWRS ACCT
> > -CHRS AGENTS AT  LOADING, BUT SUB D/AS AND WHCH TO BE BASED ON THE
MINIMUM
> >  PORT'S TARRIFF REGULATION  INCL AGENCY FEES.
> >  CHRS TO PAY D/AS AT LPORT  AND DEDUCT SAME FROM FRT.
> >  OWS AGENTS AT DISPORT.
> >-GCN 94 C/P TO APPLY WITH LOGICAL AMENDMENTS AS EPR MAIN TERMS AGREED
> > -COMM 2.5PCT ADD PLUS 1.25PCT TO SINORICHES GLOBAL LTD
> >  SUB STEM ETC TO BE LIFTED  BY TMRROW   NOON GREEK TIME.
> >-G.A  + ARBITRATION  LONDON/ENGLISH LAW TO APPLY
> >
> > END RECAP
> >
> > PLS CONFIRM IN RDER BY RETURN ASAP. TKS.
> >
> >B.rgds/ CW
> >Sinoriches Shipping Ltd
> > Tel:86 411 2534389
> >Fax:86 411 2534098
> >E-mail: mail@sinoriches.com
> >NNNN
```

From: "Seapride" <seapride@otenet.gr>
To: "sinoriches shpg" <mail@sinoriches.com>
Subject: Fw: Fw: Fw: mv sargodha/sinoriches
CC: "CALDER ATH" <calder@otenet.gr>
Date: Wed, 10 Mar 2004 12:05:37 +0200


CHARLIE/PAUL

THNKS CHRS   BELLOW CONF , WHICH OWS RECONFIRM THUS WE ARE ALSO FULLY/CLEAN
FIXED FOR THE ADD 26 PCS.-

thnks so far
BRGRDS
NNNN
++++++++++++++++++

----- Original Message -----
From: sinoriches shpg
To: Seapride
Sent: Wednesday, March 10, 2004 10:22 AM
Subject: Re: Fw: Fw: mv sargodha/sinoriches


Paul / Charlie

Had very long chat with chtrs , finally they agree to pay lashing/securing
/dunnage .

And also chtrs agent accept owrs last on PDA . Pls appoint it accordingly.

Plsd to hear.

B.rgds/ CW
'
_____

======= 2004-03-09 19:00:00 ΔΙΤΙ__ΠΕΦΠΠ____Ι =======
NNNN

From: "Sea Pride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: Fw: Fw: GENS xingang/MOSTAGANEM  recap
CC: <No CC specified>
Date: Mon, 23 May 2005 14:05:56 -0700 .


 paul /c harlie

 tks yrs. we confirm below in order.  kindly pls adv owners agent full style
in xingang asap.
tks vm.
b.rgds/ charlie wang

sea pride maritime - piraeus
     tel 0030 210  4186484/5 -8956521 fax  4532580
     tlx  214237 SEA GR - seapride@otenet.gr  - Bimco  Members
     mob 0030 6944657474


chrs        sinoriches


fixture recap  / gen 94 c/p dtd 23th  may 05

M/V ASHA MANAN  DWAT 'summer' 16.146 ON 9.534 MTR
BLT 1981 /CONTAINER ORIENTED GENERAL CARGO
ST.VINCENT FLAG / CLASS LRS + 100 A1
P&I CLUB: NORTH OF ENGLAND
LOA / LBP :- 152 /145 MTRS.
BREADTH 22.90 MTRS / DEPTH :- 13.30 MTRS.
GRT / NRT :- 12648 / 6738
CRANES 4 X 15MT SWL, DERRICKS 2 X 10MT, IN U.P. 5 MT (SERVING HOLD NO 1)
GEMINI CRANE COMBINABLE TO 30MT (BETWEEN HOLD NO 3 & 4)
HOLD / HA :- 5 / 8
GRAIN / BALE :- 24029 CBM / 22607 CBM
ABT 11KTS
MCGREGOR TYPE HATCH COVERS RESTING ON CL BEAMS AT MDK AND TDK LEVELS
CRANES OUTREACH:
CRANE NO 1 and 4: 7.10 METRES
CRANE NO 2 AND 3: 10.50 METRES
HATCH DIMENSIONS:
NO.1 8.3 X 7.98 /  NO.2 13.16 X 10.38
NOS 3 & 4  19.96 X 7.95(P/S) /  NO.5 12.46 X 7.95(P/S)

HOLD LOAD DENS& DIMENSIONS (L X B FWD / B AFT)
NO 1 9.52 14 .0 X 5.16 / 14.15
NO 2 9.52 19.2 X 10.62 / 19.50
NO 3 9.52 27.20 X 19.50 / 17.35
NO 4 9.52 27.20 X 17.35 / 17.35
NO 5 9.52 17.60 X 19.51 / 13.13
INDIVIDUAL HOLD CAPACITIES  G/B
          CU MTRS      CU MTRS
NO1LH     692          607
NO2LH   2919         2640
NO3LH   3711         3623
NO4LH   3715         3627
NO5LH   2904         2688
NO1TDK  851          781
NO2TDK 1736         1620
NO3TDK 2842         2659
NO4TDK 2839         2650
NO5TDK 1820         1712
TOTAL : 24029 / 22607 CBM
CLEAR HIGHTS:

IN TWEEN DKS:3.50 MTRS IN WINGS /5.03 MTRS IN CENTRE

STRENGTHS : IN MT/ SQ.MTRS
TANKTOP : 9.52
TWEEN DECK: NO1-2.80 , NO2-2.73, NO3 / 4 / 5 : 2.66
TWEEN DECK HATCH COVERS : 3.20
MAIN DECK HATCH COVERS    : 1.75
MAIN DECK : NO 1/2 - 0.86,  NO 3 / 4  - 1.75
FROM KEEL TO RADAR MAST: 43.50 METRES
ADA WOG

dispows:calder seacarrier corp
chrs :sinoriches enterprises co ltd

-PART CGO BSS
-FOR  2.951 MT/ABT 4.220 CBM  'AS PER  YR BELLOW PACKING LIST'  U/O DECK.
 THE UNDERDECK  CGO IS FULLY STACKABLE/DECK CGO  IS  PARTLY STACKABLE.

| commadities | quantity | wieght(KG) | L(M) | B(M) | H(M) |
|---|---|---|---|---|---|
| REMARKS | | | | | |
| SILO | 1 | 6670 | 5.6 | 3.2 | 3.55 |
| SILO | 1 | 6670 | 5.6 | 3.2 | 3.55 |
| AIR COMPRESSOR | 1 | 1850 | 5 | 2.15 | 3 |
| CUTTING BOTTLE | 1 | 3500 | 2.4 | 1.4 | 2 |
| CONTAINER | 1 | 19000 | 6 | 2.438 | 2.438 |
| CONTAINER | 1 | 19000 | 6 | 2.438 | 2.438 |
| CEMENT | 1200 | 1200000 | 1 | 1 | 1 |
| UNDER DECK STOW ONLY | | | | | |
| G60S NORMAL CHEMICAL | 12 | 12240 | 1.25 | 1.1 | 1.1 |
| UNDER DECK STOW ONLY | | | | | |
| C61S NORMAL CHEMICAL | 120 | 31200 | 0.87 | 0.87 | 0.9 |
| UNDER DECK STOW ONLY | | | | | |
| CA9035 NORMAL CHEMICAL | 240 | 62400 | 1 | 1 | 1 |
| UNDER DECK STOW ONLY | | | | | |
| PZW-A NORMAL CHEMICAL | 15 | 15300 | 1 | 1 | 1 |
| UNDER DECK STOW ONLY | | | | | |
| PZW-A NORMAL CHEMICAL | 270 | 137700 | 0.72 | 0.72 | 1.35 |
| UNDER DECK STOW ONLY | | | | | |
| C603  NORMAL CHEMICAL | 3 | 1620 | 1.03 | 1.68 | 0.58 |
| UNDER DECK STOW ONLY | | | | | |
| SLURRY STUFF | 67 | 43000 | TOTAL M3: | 80.3M3 | |
| UNDER DECK STOW ONLY | | | | | |
| SLURRY STUFF | | 548000 | TOTAL M3: | 93.0M3 | |
| BARRACKS | 1 | 8500 | 12.6 | 3 | 2.75 |
| WOOD CASES | 9 | 20000 | | | |
| 180CBM | | | | | |
| STEEL PIPES | 900CBM | 900MT | 6.0 | | |
| UNDER DECK STOW ONLY | | | | | |

TOTAL:            2951MT                    ABT:4219M3

-1GSB XINGANG/1GSB  MOSTAGANEM 4A BE
-1/10TH JUNE
-LOAD  CQD
 CHRS CONF THAT ALL CGO  FIXED WILL BE READY AVAILABLE UPON HER ARRIVAL
 AND ALL CGO DOCS ARE IN GOOD ORDER , FAILLING OF WHICH  A DETENTION
 OF USD 10,000  DLY-PRTA TO APPLY &  PAY TGTHER WITH  THE FRT.
 CHRS UNDERTAKE/CONF TO EMPLOY MIN 2 GANGS PER WWD  OF 24 CONS H SHINCL
  DISCH LINER OUT 'UNDER SHIP'S RAILS'
  CGO WILL BE LDD  IN ONE OR 2 HOLDS PLUS DECK SPACE AT OWS OPTION.
-FRT USD 72.- PCM  FILO LSD PAYABLE 100PCT IN USA CURENCY  WITHIN 6BD AFTER
 COMPLETION LOADING  AND S/R CONGENBILL  BS'L MARKED
 'FRT PAYABLE AS PER C/P' FDEOSDANRVAOCLONL.
 IF FRT PPD  BS'L SAME TO BE RLSED UPON FRT RCVD TO OWS NOM BANK/ACC.
-FREE OF EXINS DUE HER AGE
-FREE TAXES/DUES ON FRT/CGO - COMPULSORY TALLY IF ANY  OWS ACC.

```
-FOR DECK CGO , BS'L TO BE MARKED ACCORDINGLY AT  CHRS/SHIPPERS
RISK/RESPONSIBILITY
-OWS AGENTS BE
-GA& ARBITRATION LONDON -ENGLISH LAW TO APPLY
-GCN 94 WITH 3.75PCT TTL YRS INCL ADDRESS
END

PLS RECONFIRM  + ADV  SHIPPERS FULL STYLE ADDRESS

BRGRDS
NNNN
```

From: "Sea Pride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: Fw: mv xuan de men /CGO DTLS
CC: <No CC specified>
Date: Tue, 20 Sep 2005 20:19:25 -0700

PLS FIND THE NEW REVISED RECAP AS FOLL :

MV XUAN DE MEN EX. JOANA BONITA
BLT 1979 PANAMA FLAG  -DWT 22,656 MT ON 10.309M
LOA/BM 166/26.40M - GRT/NRT 16130/8637T
4H/7H  TWEENDECKER  - GRN/BAL 31495/29319CBM
CRANE 4X 16T (COMBINE TO 2X32T),OUTREACH 8.8M
2X26T (COMBINE TO  1X52T),OUTREACH 10.8M
HATCH SIZE:
NO.1 - 19.6 X 10.4M
NO.2- 26.35X10.1M (P/S)
NO.3- 26.35X10.4M (P/S)
NO.4- 13.6X10.4M (P/S)
HOLD BREAKDOWN(FLAT FLOOR SPACE):

| L X F*B/A*B X H (H.COAM1NG/COVER) | GRAIN | BALE |
|---|---|---|
| L.H-NO.1-      25.4X3.0/13.5X5.34M | 1865 | 1525 |
| NO.2-      32.6X8.15/10.8X6.2M(P/S) | 5537 | 4889 |
| NO.3-      32.2X12.3/12.1X6.1M(P/S) | 5519 | 4932 |
| NO.4-      17.4X8.6/5.9X6.3M(P/S) | 2462 | 2069 |
| SUB TTL: 15,383 | 13,415 | |
| T.D-NO. 1 -24.6X8.1/21.65X4.5/5.5M | 2798 | 2619 |
| NO.2-33.3X 12.0/12.4X4.55/5.55M (P/S) | 5222 | 5269 |
| NO.3-33.4X 12.3/12.1X4.4/5.7M (P/S) | 5236 | 5241 |
| NO.4-17.5X12.4/1 1.5X4.7/6.0M (P/S) | 2856 | 2775 |
| SUB TTL: 16,112 | 15,904 | |

MAXIMUM ALLOWABLE UNIFORM LOAD
TANK TOP   11.7T/WEATHER DECK 2.0T/HATCH COVER  3.0T
TWEENDECKER/COVER   5.0T
CLASS: NK
P&I : PICC/WEST OF ENGLAND
SPEED &CONSUMPTION:ABT 12KNTS.

CHRS   SINORICHES GLOBAL LTD
DISPOWS CALDER SEACARRIER CORP

part cgo bss
-1gsb shanghai plus 1gsb xingang /1gsb mostaganem plus 1gsb oran aaaa be
 (disport rotation at ows option)
-laycan  22/30th sept  bss 1st lport shanghai
 vsl's eta shanghai 20th sept wp
-for:
 shangai cgo:
1.200 cbm machinery/Abt 800 mt  as per packing list  to be disch
 at oran or mostaganem at ows option. under/on deck at ows option.
 plus
1.298 mt pipes in bdls with 1  from 8 to 13 mtr for mostaganem
 chrs confirming that cgo stows 1cbm/1 mt
 and if the cgo volume exceeding the mt , then frt will paid pcm.-
 see packing list(the actual packing list with bdles dimms not available)
-xingang cgo:
1.979 cbm  machinery  for oran 'as per packing list'
 including bellow vehicles which should be stowed under deck.
 8 exvacutors  9.1x2.7x3.1m    20mt each
 10 trucks    7.5x2.5x2.7m   10mt each

chrs may rqst more pieces to be loaded  under deck
reverting with more informations.-
plus
3000 cbm vehicles for mostaganem 'as per packing list'to ldd on deck..
-bs'l to be marked for the deck cgo ,at chrs/shippers risk,the ows not being
responsible for loss or damage howsoever arising.
 The ttl cubics to be ascertained by join survey.cost of surveyor to be
 shared equally between ows/chrs.
-free in /cqd
 chrs confirming that all qty will be ready available for shipment
 upon her arrival at the port and all cgo docs are in good order failing of
 which  detention of usd  9.500 dly/prta to apply and be paid tgther with
the frt.
 chrs to employ full gangs in accordance with master's rqst bsd on 24h
 shincl.
-liner out 'under hook'
-lashging/securing/dunnaging at chrs acc
-congenbill bs'l to be issued , marked 'frt payable as per c/p'

 end

 BRGRDS
 NNNN

<ATTACHMENT(S) Written to: F:\SOFT32\ATTMAIL>
F:\SOFT32\ATTMAIL\CARGO LIST 1.tif
F:\SOFT32\ATTMAIL\1 2.xls
F:\SOFT32\ATTMAIL\2 1.xls
F:\SOFT32\ATTMAIL\packing list 1 1.tif

From: "Sea Pride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: fuzhou/fixture recap
CC: <No CC specified>
Date: Tue, 10 Jan 2006 16:41:41 +0200


MESSRS      SINORICHES DALIAN
DISPOWS     CALDER SEACARRIER CORP


                    FIXTURE RECAP
   M/V  FUZHOU/ XINGANG - ALGERIA  C/P  DTD 10TH JAN 06

   ALL SUBS ARE LIFTED/VSL IS FULLY-CLEAN FIXED

MV FUZHOU -B/C -FLAG  PANAMA-BLT 82
DWAT 24.735 ON 10.18 SW - LOA/BEAM 160.38/24.60
IMO NO.8109905-CLASS RS
GRT/NRT 14314/8760
CARGO HOLD CAPACITIES
HOLD NO.    GRAIN(CM)    BALE(CM)
NO.1  6,728.53    6,388.74
NO.2  8,200.61    7,805.98
NO.3  8,204.58    7,809.44
NO.4  8,103.42    7,840.14
TOTALS       31,237.14   29,844.30
CARGO HATCH DIMENSIONS LXB
NO.1  18.40 X 12.80 M /NOS 2+3+4  20.00 X 12.80 M
3 EL.HYCRAULIC CRANES +1 DER X 25T
MCGREGOR FOLDING/TPI 84
STRENGTHS:HOLDS 10.64/M.DECK 3.30/HCOVERS 2.40
ADA


Pls adv chrs name/domicile etc..

 part cgo bss
-1gsb xingang / 1gsb skikda plus 1gsb alger  rotation ows option aaaa.
-Laycan 16/21th jan
 (chrs to do their utmost to hv all cgo ready the soonest possible)
-SKIKDA CARGO :
 FOR  7200 mt steel pipes
 brief descr as foll :
 2500mt dia 21.3mm to 88.9mm Length 10 to 12.2m
 3000mt dia 273mm          Length 10 to 12m
 200 mt dia 168mm          Length 10 to 12m
 1500mt dia 73mm           Length 9 to 11m
 All pipe in bundle.Figures are given in good faith and without guarantee .

Quantity would be increased  to 8000mt the latest by 18th jan 2006.
sub to ows approval.ows to immy notify chrs in writing if space not sufficient
available for this additional cgo of 800 mt.-
All the pipes surface were pained by ployester so should be stowed  away from
sharp cgoes and broken glass.
FIOS  terms lsd.
PLUS
2 bulldozers  to be discharged  at skikda
SIZE:6796x3725x3472mm/24ton each FLT hk/hk

-ALGER CARGO:
 354CBM/EQUIPMENT  with dimms
    3750 x 2460 x 2940     3750 x2460 x 2940
    3270 x 2380 x 2820     2500 x840 x 3020
    3650 x 2190 x 3050     40 x 3020 x 2660

```
      3630 x 2200 x 2160      3040 x 1750 x 3160
      3710 x 1500 x 2580      4700 x 2800 x 3080
      3850 x  850 x 2560      3750 x  850 x 2560
      4600 x 2150 x 2000      3050 x 2250 x 2520
      3650 x 2200 x 2200      1300 x 7000 x 1100
      2900 x 1100 x 1000
```

Total: 19 unite / 66mt - under deck stowage only - FLT
all in wooden cases Fully stackable.
PLUS
About 566mt/1491 cbm machinery , as per packing list of 9th jan
stowed on deck at  owners option - FLT
Stackable 'h' & 'c'  as per packing list
-cqd be
 chrs confirming that all cgo fixed will be ready avlble at the port for loading
 and all cgo docs are in good order failing of which a detention
 of usd  8000 dly/prta to apply - same detention to apply at disport  if cgo docs
 not ready available  a/o in the absence of rcvrs to take immy dely of cgo upon
 her berthing.
 chrs gtee that loading operation will be bsd on 24 cons h shincl.
-FRT :For pipes usd 52.50 pmt or pcm  whatever is greater  fios lsd
         for machinery/equipments usd 75 pcm full liner terms h/h
 frt payable  in full  in usa curency to ows nominated bank/acc within 5bd
 after compl loading  and s/r congenbill bs'l  marked 'frt payable as per c/p'
 fdeosdanrvaoclonl.
 if ppd bs'l needed same to be kept with agents and be rlsed  upon frt rcvd by ows.
-Free exins due her age
-free taxes/dues on frt/cgo
-feisa agents lport/ barwill at skikda sub d/as -ows agents at alger
-ows gtee  transit time 50d  wp force majeur excepted for calling skikda second or
 55d  for calling skikda 3rd.chrs to deduct usd 10.000  from the frt as penalty which
 to be charged  usd 4000 dly/prta for vsl's exceeding the abv period.if vsl arriving well
 in time, chrs to remit the abv amount to ows prior to commencmt discharge.-
-ga & arbitration london / english law to apply
-gcn 94  with 3.75pct ttl yr end - dtls as per previous fixture..


end
brgrds
nnnn

From: "Seapride Maritime" <seapride@otenet.gr>
To: "SINORICHES DALIAN" <mail@sinoriches.com>
Subject: Fw: xingang/genoa
CC: "CALDER ATH" <calder@otenet.gr>
Date: Wed, 03 Jan 2007 11:37:10 +0200


  SEA PRIDE M A R I T I M E
  145 kolokotroni str-185 36 piraeus
  tel 0030 2104186485/8956521
  fax 0030 2108995481
  mob 0030 6944657474
  Bimco reg nmbr 116552
  seapride@otenet.gr
===========================


FIXTURE RECAP  - C/P DATED  2TH JAN 07

chrs sinoriches  global ltd
dispows calder seacarrier corp


MV TRADER
  =========
  (All details about)
  Type:     Single Deck Bulk Carrier
  Flag:     Greek
  Built:    1984
  DWT:      35,311 MT on 10.67 Meters
  LOA/Beam: 177.51 / 29.50 Meters
  GT/NT:    21309 / 13027
  HO/HA:    5/5
  Grain/Bale: 1523723 / 1478873
  1) 5873 / 5683
  2) 9523 / 9243
  3) 8873 / 8589
  4) 9477 / 9183
  5) 9401 / 9179
  Gear:     4x 15  tons cranes
  Class:    Highest RINA
  P & I:    The American Club


FIXTURE IS CLEAN/ALL SUBS LIFTED

 part cgo bss / first in
-1gsb xingang/1gsb genoa aaaa be
-for ABT 12.500 mt steels with brief desc:
 12.00MT STEEL PIPES IN LOOSE/BUNDLES    LENGTH : 12M    1.5-2MT PER BUNDLE
 DIAMETER 4"-9.5", PER UNIT  -S.F DWT WOG
 PLUS
ABT 500MT STEEL DE -BAR IN BUNDLES   LENGTH :12M    2MT PER BUNDLE
 S.F 0.6 WOG

PLS NOTE VSLS HA AND HO DIMS AS FOLLOWS:

HATCH DIMENSIONS
No1 : 13,015 m x 10,3 meters
No2-5: 19,55 x 15,1 meters

HOLDS DIMENSIONS
No1    :20m x 29.46m Aft -14m F(about)
No2-4  :26,20m x 29,46m (about)
No 5   :27.50m x 29.46m F-24.20m Aft(about)

THE OWS WILL ALLOCATE THE FOLL SPACE FOR THE CGO TO BE
LOADED:

NO2 LH AFT    12 MTRS LENGTH X 29 M WIDTH BY 13 M HIGH
NO3 LH AFT    SIMILAR TO ABOVE
NO4 LH AFT    SIMILAR TO ABOVE

DUE TO CGO STOWAGE DWT NO OTHER SPACE EXCEPT THE ABVE
WILL BE ALLOCATED FOR THIS CGO.

-laycan 4/10th jan 'ETA 5TH JAN' (open rizhao  spot)
-cqd be - no tiers limitation.
 chrs gtee 24 cons hours loading operation shincl
 detention of usd 20.000 dly/prta to apply in case that  cgo not ready available
a/o cgo docs
 not ready issued  a/o in the absence of bs'l at disport a/o in the absence of
rcvrs
 to take dely of cgo upon her arrival.
 detention if any to be paid  at lport  tgther with the frt
 at disport day by day..
-frt usd 70 per wm bsd on bdls gross dimmentions (per mt or per cbm whatever is
greater)
 fios l/s/d  payable 100pct  to ows nom bank/acc in usa curency within 5bd after
compl loading
 s/r congenbill bs'l marked frt payable as per c/p . fdeosdanrvaoclonl.
 if chrs ellect frt ppd bs'l same to be kept with ows agents and be rlsed after
frt rcvd to ows bank/acc.
-free exins due her age
-free taxes/dues on frt/cgo
-agents feisa lport sub d/as -ows agents at disport.
-OWNERS AGENT IN D/PORT WHICH TOBE DECLARE  W/I 15 DAYS AFTER COMPL
 OF LOADING.
-SHIPSIDE TALLY , IF COMPULSORY ,TOBE FOR OWNERS ACCT
-SHORESIDE TALLY ,IF COMPULSORY, TOBE FOR CHTRS ACCT
-ga/arbitration london - english law to apply
-owise gcn 94  with 3.75pct ttl yr end
cnd

thnks and for this fixture/hope much more within 2007

brgrds
nnnn

From: "Seapride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: NEW FIXTURE NOTE
CC: <No CC specified>
Date: Fri, 02 Feb 2007 11:32:18 +0200


SEA PRIDE M A R I T I M E
145 kolokotroni str-185 36 piraeus
tel 0030 2104186485/8956521
fax 0030 2108995481
mob 0030 6944657474
Bimco reg nmbr 116552
seapride@otenet.gr
===========================


pls sign and return back to us

FIXTURE NOTE  DATED  2TH FEBR  2007
              M/V TRADER

CHRS:SINORICHES GLOBAL LTD
DISPOWS:CALDER SEACARRIER CORP

-FOR ABT 3.316 CBM  MACHINERY/PIPES TO MAINTAIN AS PER OUR PREVIOUS FIXTURE
PLUS
1.149 CBM MACHINERY  AND 2.697 CBM TRUCKS(48 PCS)
TOTAL 7.162 CBM  ABT
-SPOT LOADING  FROM THE SAME BERTH AT XINGANG IN DIRECT CONTINUATION
-DISCHARGING 1GSB SKIKDA OR ORAN AT OWNERS OPTION
-FRT USD 85 PCM FILO  L/S/D
-OTHERWISE AS PER OUR PREVIOUS FIXTURE


THE OWNERS                        THE CHARTERERS

.

From: "Seapride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: Fw: mv vera / sinoriches  fixture recap
CC: <No CC specified>
Date: Thu, 07 Jun 2007 15:15:20 +0300

  SEA PRIDE M A R I T I M E
  145 kolokotroni str-185 36 piraeus
  tel 0030 2104186485/8956521
  fax 0030 2108995481
  mob 0030 6944657474
  Bimco reg nmbr 116552
  seapride@otenet.gr


  ===========================

     FIXTURE RECAP   ON M.TERMS AGREED

Sub  stem/shippers/rcvrs  to be lifted within tday piraeus cob

chrs :messrs sinoriches global ltd
dispows calder seacarrier corp.

-part cgo bss
-1gsb changshu /1gsb ravenna
 owners berth bends n owner to satisfy with themselved both ends
-for  20.000/21.000 mt cgo steels prods at chopt
 Prelimitory breakdown:
 5000mt s.plate length:8-12m max weight:15mt;
 4500mt s.pipes length:5-11m,o/d:60-180mm,thick:16-30mm;
 5800mt s.pipes in bundles small o/d,length:6-12m;
 2500mt s.coils weigth:7-15mt
 1200mt h-beam length:15m
 sub to know the full packing list of all  parcels. pls adv wether in
bdls or loose
     (4500 mt pipes/h-beams)
 THE Actual qty to be confirmed one day prior arrival at lport.
-No tiers limitation
-laycan 13/19th june
-cqd be /detention usd 25.000 dly/prta -detention cl as per previous
fixture
 chrs confirming 24 cons hours  loading operation  shincl
-frt usd 74 per mt or per cbm whatever is greater fios lsd payable
100pct in usa curency
 to ows nom bank/acc within 5bd after compl loading.congenbill bs'l to
be issued
 marked 'frt payable as per c/p'  fdeosdanrvaoclonl.
-clean bill tobe issue and any remarks in mates receipt to be covered
by chtrs loi to
 be counter signed by shippers in owenrs pni wording.
 chrs confirming that cgo is a new production and its not rusty or
clearly
 damaged. for minor remarks only if any chrs to issue their loi in ows
pni club
 wording counter signed by shippers against  issuance of cob bs'l.
-free exins due her age

-ows agents be
-free taxes/dues on frt/cgo
-4w and nor even by cable be
-g.a & arbitration london/english law to apply
-owise gcn 94 with 3.75pct address .owise as per previous fixture 27th
april mv str.attractor
end

pls  confirm clean by return
Vsl's eta  lport 15th june  wp
reverting with lport agents nom after the lifting  of subs.
pls pass the full  packing lists.

brgrds
nnnn


vsl's name/paticulars
--------------------------------
MV VERA (EX ERA)

BC , BLT JUNE'77 JAPAN , DWT 38,931 MTS AT 11,40 MTRS SUMMER DRFT
PANAMA FLAG  - LOA:185,363 M , LBPP: 175,00 MTRS , BREADTH: 27,80 M
DEPTH: 16,20 M - GRT/NRT  23,353/12,683
4 CRNS X 15 SWL TS,  Cranes outreach abt 8,7 mtrs
5 HO/HA , HA COVERS "ERMANS STEEL ROLLING"  - TPC:45,7
GRAIN/BALE :48.563 / 47.544 CBM ,
PANAMA GRT/NRT : 25006/18764 , CO2 FITTED.
HOLDS CUBIC BREAKDOWN
GRAIN M3    BALE M3
      1          8442        8244
      2         10056        9848
      3         10210        9981
      4         10045        9837
      5          9810        9634
TOTAL   G/B  48563/ 47544 m3 OR  IN CBFT : 1,714.990/1,679.000
 CO2 FITTED - SUEZ/PANAMA FITTED
 AUSSIE HOLD LADDER FITTED
DIMS OF HATCHES:
H/1       - 15.07 X 11.20 M
H/2,3,4,5  - 16.80 X 14.40 M
DIMS OF HOLDS:
 H/1=LENGTH 25,34m =BRDTH F/17,60-21,20m -BRDTH A/26,95m
 H/2=LENGTH/BREADTH (L/B): 27,20/26,95m
 H/3=L/B: 26,40/26,95m
 H/4=L/B: 27,20/26,95m
 H/5=L:27,20m -BRGDTH F/26,95m -BRGDTH A/22,75-26,75m

 HOLDS HEIGHT : UP TO COMINGS      - 13.91 M
 UP TO HATCH COVERS - 18.45 M

 TANKTOP CLEAR DEMENTIONS:
 H/1=L/24,65m -BREADTH F/A 10,00/20,80m
 H/2=L/B 25,80/20,80m
 H/3=L/B 25,30/20,80m
 H/4=L/B 25,80/20,80m

```
 H/5=L/26,50m -BREADTH F/20,80m
       BREADTH M/19,60m (In distance of 14,4M fm fore bulkhead-frame
NR 54)
       BREADTH A/14,40m

 STRENGTH:
 MAIN DECK  1,8 t/sq.m -Hcovers 0.2t/sqmtr
 H/1 20,0 t/sq.m -H/2 N 4 16,80 t/sq.m -H/3 21,0 t/sq.m - H/5 17,7
 t/sq.m

  =FULLY LOADED WITH DRAFT F/A 11,11/11,76m
  H/1 7,13m;   H/5 6,71m   A/DRAFT 35,48m

CLASS:R.R.S
IMO NR. 7533109
ADA  WOG

END
GLAD TO HEAR
BRGRDS
NNNN
```