UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CALDER SEACARRIER CORP.,

            Plaintiff,

    -against-                               07 Civ. 6520 (LAK)

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD., a/k/a SGL SHIPPING LIMITED,

           Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hear oral argument on the pending Motion to Vacate Maritime Attachment on October 15, 2007 at 2:30 p.m.

        SO ORDERED.

Dated: October 10, 2007

                                                  Lewis A. Kaplan
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07