KAPLAN, J.

NOURSE & BOWLES, LLP
Attorneys for Defendant
SGL SHIPPING LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CALDER SEACARRIER CORP.,

                Plaintiff,   :   07 CV 6520 (LAK)

  - against -   :   ECF CASE

VIKING MARINE S.A. and SINORICHES   :   **ORDER TO SHOW CAUSE**
GLOBAL LTD, a/k/a SGL SHIPPING
LIMITED

                Defendants.
-----------------------------------------------------------X

    Upon the annexed affidavit of Armand M. Paré, Jr. and the declaration made under penalty of perjury pursuant to 28 U.S. Code § 1746 of Guoxian Yang, and the exhibits annexed thereto, the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein,

    ORDERED that, in accordance with Rule E(4)(f) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, the plaintiff show cause before this Court [on October 23, 2007 at 4:30 pm] why an Order should not be entered vacating the attachments levied in this case on electronic funds transfers made to or from SGL Shipping Limited, who appear by restricted appearance pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and

Maritime Claims of the Federal Rules of Civil Procedure, and dismissing the action against it and granting leave to apply for costs, disbursements, damages and attorneys' fees in connection with this motion and for such other and further relief as the Court may deem just and proper, and

IT IS FURTHER ORDERED that copies of this Order and all supporting papers shall be served *electronically via the Court's CM/ECF system* ~~by hand or by facsimile or e-mail~~ upon counsel for the plaintiff, Mahoney & Keane, 111 Broadway, New York, New York 10006, e-mail; gwolfson@mahoneykeane.com, fax 212-385-1605, on or before October 16, 2007 *at 12:00 noon* ~~o'clock~~ and that such service be deemed good and sufficient, that all papers in opposition must be served *and filed* ~~by hand or by facsimile or e-mail on Nourse & Bowles, LLP, One Exchange Plaza, At 55 Broadway, New York, NY 10006, e-mail jpare@nb-ny.com, and kjackson@nb-ny.com; fax 212-952-0345,~~ on or before *on October 19, 2007* ~~, 2007 by~~ *4 pm* ~~o'clock~~ and that all papers in reply must be served *and filed* ~~by hand or by facsimile or e-mail on Mahoney & Keane as above~~ *at or before 1 pm on October 22, 2007.* ~~described, and that a hearing will take place in Court Room ___ at ___ o'clock or as soon thereafter as counsel can be heard.~~

Dated: New York, New York
October 15, 2007

_____
U.S.D.J.