NOURSE & BOWLES, LLP
Attorneys for Defendant
SGL SHIPPING LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CALDER SEACARRIER CORP.,                  :
                                          :
                    Plaintiff,            :   07 CV 6520 (LAK)
                                          :
    - against -                           :   ECF CASE
                                          :
VIKING MARINE S.A. and SINORICHES         :   STATEMENT PURSUANT TO
GLOBAL LTD, a/k/a SGL SHIPPING            :   FED. R. CIV. P. 7.1
LIMITED                                   :
                                          :
                    Defendants.           :
-------------------------------------------------------------X

Pursuant to Fed. R. Civ. P. § 7.1(a), the undersigned attorney of record for

defendant, SGL SHIPPING LIMITED certifies that SGL SHIPPING LIMITED has no

parent corporation nor does any publicly held corporation own 10% or more of its stock.

Dated: New York, New York
       October 15, 2007

                                    NOURSE & BOWLES, LLP
                                    Attorneys for Defendant
                                    SGL SHIPPING LIMITED

                                    By: _____
                                        Armand M. Paré, Jr. (AP-8575)
                                        One Exchange Plaza
                                        At 55 Broadway
                                        New York, NY 10006
                                        (212) 952-6200