UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CALDER SEACARRIER CORP.,

                Plaintiff,

        -against-                          07 Civ. 6520 (LAK)

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD., a/k/a SGL SHIPPING LIMITED,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 10/16/2007 |

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      For the reasons stated on the record in open court on October 15, 2007, the
Motion to Vacate Maritime Attachment [docket item 11] and the Motion for Counter-Security
[docket item 5] are denied.

      SO ORDERED.

Dated: October 16, 2007

                                   Lewis A. Kaplan
                            United States District Judge