NOURSE & BOWLES, LLP
Attorneys for Defendant
SGL SHIPPING LIMITED
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CALDER SEACARRIER CORP.,                      :
                           Plaintiff,      :      07 CV 6520 (LAK)

    - against -                                  :      ECF CASE

VIKING MARINE S.A. and SINORICHES              :      **NOTICE OF APPEARANCE**
GLOBAL LTD, a/k/a SGL SHIPPING                 :
LIMITED                                        :
                           Defendants.     :
-----------------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for SGL Shipping Limited who appear by restricted appearance under Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and to receive ECF Notices in this matter. I certify that I am admitted to practice before this Honorable Court.

Dated: New York, New York
       October 16, 2007

                                         NOURSE & BOWLES, LLP
                                         Attorneys for Defendant
                                         SGL SHIPPING LIMITED

                                     By: _____
                                         Armand M. Paré, Jr. (AP-8575)
                                         One Exchange Plaza
                                         At 55 Broadway
                                         New York, NY 10006
                                         (212) 952-6200

TO:    MAHONEY & KEANE
Attorneys for Plaintiff
111 Broadway
New York, NY 10006
(212) 385-1422

XYLAS & ZICCARDI, LLP
Attorneys for Defendant
VIKING MARINE, S.A.
500 Fifth Avenue
New York, NY 10110
(516) 850-1198

BENNETT, GIULIANO, MCDONALD
 & PERRONE, LLP
Attorneys for Defendant
SINORICHES GLOBAL LTD.
225 West 34th Street
Suite 402
New York, NY 10122
(646) 328-0120