UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CALDER SEACARRIER CORP.,

            Plaintiff,

    -against-                              07 Civ. 6520 (LAK)

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD., a/k/a SGL SHIPPING LIMITED,

            Defendants.
------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        For the reasons stated on the record in open court on October 24, 2007, the Motion to Vacate Maritime Attachment and Dismiss Action Against SGL Shipping Limited [docket item 17] is granted to the extent that the attachment is vacated and the complaint dismissed with leave to replead and otherwise denied. The effect of this Order, insofar as it affects attachments already levied against SGL Shipping Limited pursuant to this Court's Order for Process of Maritime Attachment [docket item 4], is stayed to and including November 16, 2007. Plaintiff may amend its complaint and seek new process of maritime attachment and garnishment on or before November 9, 2007.

        SO ORDERED.

Dated: October 24, 2007

                                                        Lewis A. Kaplan
                                                 United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2007