UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CALDER SEACARRIER CORP.,

            Plaintiff,

    -against-                              07 Civ. 6520 (LAK)

VIKING MARINE, S.A., et al.,

            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### ORDER

LEWIS A. KAPLAN, *District Judge.*

       The motion of defendant Viking Marine, S.A., for countersecurity [docket item 32] is denied in the exercise of discretion without prejudice to renewal if and to the extent that plaintiff obtains and retains security from said defendant.

       SO ORDERED.

Dated:      November 28, 2007

                                                    _____
                                                            Lewis A. Kaplan
                                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07