William R. Bennett, III (WB 1383)
Bennett, Giuliano, McDonnell & Perrone, LLP
**Attorneys for Defendant**
**SINORCHES GLOBAL LTD.**
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:  (646) 328-0120
Facsimile:   (646) 328-0121

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CALDER SEACARRIER CORP.,

        Plaintiff,

07 CV 6520 (LAK)

- against –

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD. a/k/a/ SGL SHIPPING LIMITED,

        Defendants.
------------------------------------------------------------X

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | William R. Bennett, III<br>Bennett, Giuliano, McDonnell & Perrone, LLP<br>225 West 34th Street, Suite 402<br>New York, New York 10122<br>(646) 328-0120<br>(646) 328-0121 (Fax) |
| DATE and TIME: | Pursuant to Court Order. |
| PLACE: | United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, New York 10007 |
| SUPPORTING PAPERS: | 1.   Memorandum of Law |
| RELIEF DEMANDED: | 1.   Dismiss Complaint for failure to state a cause of action.<br>2.   Summary Judgment on issue of standing. |

Dated: New York, New York
December 26, 2007

        Bennett, Giuliano, McDonnell & Perrone, LLP
        Attorneys for Defendant Sinoriches Global, Ltd.

        */s/ William R. Bennett, III*
        William R. Bennett, III
        494 Eighth Avenue, 7th Floor
        New York, New York 10001
        Telephone:   (646) 328-0120

**TO:** Garth Wolfson, Esq.
Mahoney & Keane LLP
111 Broadway, 10th Flr.
New York, New York 10006

Richard M. Ziccardi, Esq.
Xylas & Ziccardi, LLP
500 Fifth Avenue
New York, New York 10110

**CERTIFICATE OF SERVICE**

I, WILLIAM R. BENNETT, III, an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certify that on December 26, 2007, I personally caused a copy of the foregoing NOTICE OF MOTION to be served on defendants:

Garth Wolfson, Esq.
Mahoney & Keane LLP
111 Broadway, 10th Flr.
New York, New York 10006

Richard M. Ziccardi, Esq.
Xylas & Ziccardi, LLP
500 Fifth Avenue
New York, New York 10110

by depositing a true copy of same enclosed in a properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

William R. Bennett, III

Z:\Documents\All Files\D697\Pleadings\NotMottoVacate-092607.kp.doc