UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CALDER SEACARRIER CORP.,

                    Plaintiff,                    07 CV 6520 (LAK)

    - against --

VIKING MARINE S.A. and SINORICHES GLOBAL
LTD. a/k/a SGL SHIPPING LIMITED,

                    Defendants.
-----------------------------------------------------------------X

This is the paginated bundle, exhibit "KS 2" referred to in the declaration of KISHORE SHARMA herein dated 4th January 2008

Signed _____
    KISHORE SHARMA

At 72 Leonard Street, London, EC2A 4QX, United Kingdom, this 4th day of January 2008

From: anchorchart.ge@campostano.com
To: calder@otenet.gr
Subject: MV VERA - ABT 35000 MTS - 1/3 CHINA/SPORE RGE TO
CC: <No CC specified>
Date: Wed, 06 Jun 2007 17:52:49 +0200


TO: CALDER

FM: ANCHOR CHARTERING GENOA
Ponte Somalia Ponente, 16149 Genoa Sampierdarena - Italy phone (0039) 010659851
fax   (0039) 010 6458465
intranet fax (0039) 010 4694610
E-mail : anchorchart.ge(at)campostano.com website : www.campostano.com for privacy
informative report pls consult our web site www.campostano.com/english/privacy.htm

GD AFT

GEORGE/GIANCARLO

RE: MV VERA - ABT 35000 MTS - 1/3 CHINA/SPORE RGE TO DISCH
    1/3 MED - A/C CALDER - CP DTD 06/06/07
----
PLS NOTE HEREUNDER REVISED AND CORRECT RECAP AS FOLLOWS:

F I X T U R E   C O N F I R M A T I O N
==========================================

1)- A/C CALDER SEACARRIER CORP.-
    OPERATIONL OFFICE, NAME OF THE PIC:
    CALDER SEACARRIER CORP.
    108 VAS. PAULOU STR.
    ATHENS - GREECE
    PIC: CAPT PANOU

CALDER SEACARRIER CORP.
=======================
THE COMPANY HAS BEEN OPERATING SINCE HER ESTABLISHMENT IN 1992
TRANSPORTING CARGOES OF MAINLY STEEL PRODS/GENERALS AND MINERALS FROM
FEAST TO MED AND VICE VERSA.

PLS FIND BELOW CHRTS RECENT FIXTURES ALONG WITH CONTACT NUMBERS:

SEAPRIDE MARITIME PIRAEUS
TEL: +30210 4186485
ATT:MR.PAUL SOUKARAS
(MV NOVA)

J. NIU & CO. TAIPEI
TEL: +88622305 4233
ATT:MR.JACK NIU
(MV DUCKY SINCERE)

01

LINK SHIPPING, HAMBURG
TEL: +49 4106 71288
ATT:MR.DIETER LINK
(MV ABEER)

BULK ATLANTIC INC
TEL: 0090-212-358 38 17
ATT:MR.SERHAT
(MV AYYILDIZ 5)


MV DUCKY SINCERE    17,000 TNER MPP
MV NOVA          6,000 TNER RO/RO
MV ABEER         12,000 TNER MPP
MV AYYILDIZ 5     17,000 TNER SDBC


MV VERA:
MV VERA (EX ERA}
============================
BC , BLT ON OCT 77 JAPAN , DWT 38,931 MTS AT 11,40 MTRS SUMMER DRFT ,PANAMA FLAG ,
LOA:185,363 M , LBPP: 175,00 MTRS , BREADTH: 27,80 M , DEPTH: 16,20 M ,GRT/NRT :23,353/12,683 , 4 CRNS X 15 SWL TS , 5 HO/HA , HA COVERS "ERMANS STEEL ROLLING" , TPC:45,7 , MAIN ENGINE :6RND68-ULZER ,GRAIN/BALE :48.563 / 47.544 CBM , SUEZ GRT/NRT : 4022.43/20304.58 PANAMA GRT/NRT : 25006/18764 , CO2 FITTED, ADA WOG .

HOLDS CUBIC BREAKDOWN
GRAIN M3   BALE M3
   1      8442      8244
   2     10056      9848
   3     10210      9981
   4     10045      9837
   5      9810      9634
TOTAL    48563     47544
GRAIN / BALE IN CBFT : 1,714.990/1,679.000
NO CARGO BATTENS FITTED
NO ELECTRIC VENTILATION
CO2 FITTED
SUEZ/PANAMA FITTED
AUSSIE HOLD LADDER FITTED
ABOUT 11 KNOTS ON ABOUT 29 MT LADEN / 27 MT BALLAST IN GOOD WEATHER AND SMOOTH SEAS PLUS 2,4 MT MDO

CALL SIGN :9HFP6

- VSL'S CONTACT DETAILS ASF:
MASTER'S NAME : PANFILOV YURIY AFANASIEVICH
TELEX: 00581 435792910 /435792911
PHONE/FAX: 00870 764 6081 48/ 00870 764 6081 50
E-MAIL: VERA@SKYFILE.COM

- LAST DD 04/02/05
- LAST SS 05/11/02

2

DIMS OF HATCHES:
H/1    - 15.07 X 11.20 M
H/2,3,4,5 - 16.80 X 14.40 M
DIMS OF HOLDS:
  H/1=LENGTH 25,34m
   =BRDTH F/17,60-21,20m
   =BRDTH A/26,95m
  H/2=LENGTH/BREADTH (L/B): 27,20/26,95m
  H/3=L/B: 26,40/26,95m
  H/4=L/B: 27,20/26,95m
  H/5=L:27,20m
   =BRGDTH F/26,95m
   =BRGDTH A/22,75-26,75m

  HOLDS HEIGHT : UP TO COMINGS    - 13.91 M
               UP TO HATCH COVERS - 18.45 M

  TANKTOP CLEAR DEMENTIONS:
  H/1=L/24,65m
   =BREADTH F/A 10,00/20,80m
  H/2=L/B 25,80/20,80m
  H/3=L/B 25,30/20,80m
  H/4=L/B 25,80/20,80m
  H/5=L/26,50m
   =BREADTH F/20,80m
   =BREADTH M/19,60m (In distance of 14,4M fm fore bulkhead-frame NR 54)
   =BREADTH A/14,40m

  STRENGTH:
  =MAIN DECK  1,8 t/sq.m, no cargo allowed to put on top of the hatches.
  =H/1 20,0 t/sq.m
  =H/2 N 4 16,80 t/sq.m
  =H/3 21,0 t/sq.m
  =H/5 17,7 t/sq.m

  DISTANCE FM WL TO H/COAMINGS N AIR DRAFT:
  =IN BALLAST (INCL IN HOLD 3) WITH DRAFT F/A 6,80/7,10m
   H/1 11,47m; H/5 11,21m  A/DRAFT 39,77m
  =IN BALLAST (W/O HOLD 3) WITH DRAFT F/A 4,06/6,27m
   H/1 14,02m;  H/5 12,56m  A/DRAFT 40,59m

  =FULLY LOADED WITH DRAFT F/A 11,11/11,76m
   H/1 7,13m;  H/5 6,71m  A/DRAFT 35,48m

 ORIGINAL OWNERS:"VIKING MARINE SA"
MANAGERS/OPERATORS:PRIAMOS MARITIME SA
H+M:"INGOSTRAKH" , USD 4 MILL
P+I :ingostrach moscow
CLASS:R.R.S
IMO NR. 7533109
MMSI NR. 357 929 000

Cranes outreach abt 8,7 mtrs

03

LAST 4 CGOES: BGD RICE KAKINADA-W.AFRICA/ ACC NOVEL BLK SUGAR ACC CARGILL SANTOS/TUAPSE, BLK WHT NOVO/LIBIYA ACC ASTON, BLK FERTS ANNABA/F.EAST ACC GETAX CERTS BY FAX WILL FOLL.
02. 1/3 SPS IN CHOP, CHINA/SPORE RANGE, IN LOGICAL GEO ROT.- AAAA BENDS

INTENDED LOADPORTS: SHANGHAI, HUANGPU, ZHANJIANG

03. 1/3 SPS IN CHOP, MED IN LOGICAL GEO ROT.

INTENDED DISPORTS: DAMIETTA, TUNIS, CAGLIARI

LOGICAL GEOGRAPHICAL ROTATION MEANS THE GEOGRAPHICAL ROTATION IN ACCORDANCE WITH GOOD SEAMANSHIP ROUTE

INDEPENDENTLY FM ABOVE OUTLINED DISTRIBUTION OF LOAD-DISCH PORTS CHRS HV THE RIGHT TO CALL UNDER THIS C/P TO A TTL OF 7 PORTS,SPLITTED IN CHRS OPTION. CHRTRS HAVE NOMINAT ALL DISCH PORTS LATEST W/I 3 DAYS AFTER COMPLETION OF THE LOADING.

04. 1/2 SBS(S) S.A., AA AA AT EACH PORT, SHIFTING EXP CHRS ACCT , TIME
    TO COUNT AS LAYTIME
    - CHRS  TO NOMINATE ALL DISCH PORTS  LATEST WI 3 DAYS AFTER COMPLETION
    OF THE LOADING

05. UP TO FULL AND COMPLETE CGO OF LAWFULL
    GENS/FOODSTUFF/MINS/STEELS. OWS GUARANTEE 37.000 MTONS DWCC AND CBC
    CAPACITY OF 1,714.990/1,679.000 CUFT GRAIN/BALE IN CLEAR
    UNOBSTRUCTED HOLDS SUITABLE FOR GRABS DISCHARGE. DECK CGO AT CHOPT

    INTENDED CARGOES B/D AS FOLLOWS:

    -15,000 MTS STEEL COILS
    -14,000 MTS PIPES AND DEBARS
    - 6,000 MTS MACHINERY AND EQUIPMENT


06. LAYCAN 12/18 JUNE 2007 BSS N.CHINA

07. 25 TTL WWDS OF 24 CONSEC HRS AT BE
TIME FM FRI 5 PM  OR 5 PM PREHOLIDAYS TILL 8 AM MON OR 8 AM NEXT W.D.
NOT TO COUNT AS LAYTIME E.I.U. EXCEPT FOR
- EGYPT /TUNISIA THU 1700/SAT 0800 NTC EIU


08. TIME COUNTING AT 1ST LP/1ST DISP 2PM/8AM W.W.W.W. TIME COUNTING
    AT ALL EXTRA PORTS IMMLY ON VSLS ARRIVAL IF DURING ORDINARY WORKING
    HRS, OTHERWISE FROM FIRST OFFICIAL RESUMPTION OF WORK AFTER ARRIVAL
    (UNLESS VSL ON DEM WHICH CASE TIME COUNTING IMMLY ON ARRIVAL),
    W.W.W.W.

09. FREIGHT USD 2,622,500
FREIGHT AS ABOVE LUMPSUM FIOST L-S-D FREE  OF ALL ORDINARY PORTS
DISBURSEMENT AT BOTH ENDS.
FRT PAYABLE 95 PCT, LESS ADC N BROKERAGE , WI 5 EUROPEAN BANKING DS FM
COMPL OF LOADING S/R B/LS MARKED 'FRT PAYABLE AS X C/P' AT EACH PORT
PROPORTIONALLY FOR THE QTY LOADED AT THAT PORT.

IF ' FRT PREAPID' B/LS REQUIRED THEN SAME TO REMAIN UNDER AGNETS CUSTODY
AND TO BE RELEASED ON CHRS BANK WRITTEN CONFIRMATION TT FRT HAS BEEN
PAID TO OWS.
BALANCE + DEM/-DESPATCH TO BE SETTLED W/I 20 DAYS AFTER COMPLETION DISCH
LAST DISCH PORT AND RCPT OF OWS FINAL FREIGHT ACC, SOF T/S AND NOR OF ALL
PORTS, FAX COPES ARE ACCEPTABLE.

10. DEMURRAGE USD 16.000 PDPR/HDWTSBE.

11. ANY TAXES/DUES/WHARFAGES ON CGO/FRT TO BE FOR CHRS ACCT.

12. FREE EXTRA INSURANCE OWING TO VSLS AGE

13. RIVER TOLLS/COMPULSORY PILOTS, PERTINENT TO ACCESS-DEPARTURE
    LOAD/DISCH TO BE FOR CHRS ACCT, THOSE PERTINENT TO NAVIGATION
    (FOR EXAMPLE SUEZ CANAL) TO BE FOR OWS ACCT.

14. CHABE (FREE D/A B.E

15. GENCON C/P BASED CHRS PROFORMA SUB DETS 2,50 PCT ADC TO CHARTERERS
PLUS 1,25 ANCHOR TO BE DEDUCTED FROM FRT CHRS HAVE TO INSURE THE CARGO
WITH  THE FIRST CLASS INS COMPANY AND ALL THE CARGO  CLAIMS {IF ANY} WILL BE
SETTLED DIRECTLY BETWEEN THE CHRTRS AND OWNERS INSURANCE COMPANIES.
SUB DETS

ADDITIONAL:
A) DECK CARGO : CHRS RISK AND EXPENSE AND SAME TO BE INSERTED INTO
   BSL.
   DECK CARGO. HATCH COVERS IS A COMBINATION OF THE STEEL PONTOONS
   CONNECTED BY THE RUBBER. THE STRENGHT OF THEM A MIN - 0,20 MT ONN SQ/M
   DECK CARGO TO BE LOADED UPTO PERMISSIBLE STRENGHT.

   OWS CONFIRM THAT THE SLIDES ON THE MAIN DECK ARE FREE OF ANY OBSTACLES,
   ======================================================================
   FRAMES ETC ...AND THAT SUCH SPACE IS CLEAR/FREE.
   =================================================

- OWISE AS PER CHRS CP PROFORMA MV ABEER S WITH LOGICAL AMMENDEMENTS
  A/O ALTERATIONS AS PER MAIN TERMS PLUS:

- Cl. 7 War Risk '93: to be reinstated

- Cl.20 on first line insert : ....for freight, deadfreight ,demurrage

also on last line insert : ....and after payment of freight, deadfreight and demurrage.

- Cl. 22 3rd para 3rdline insert :  W/W/W/W  last para insert : ....cargo stowed, trimmed, lashed ,
secured and dunnaged....

- Cl. 23 to read:

  on arrival at 1st loading port ows warrant vsl's holds to be
  watertight, clean and dry, washed and free of smell and obstacles
  and in every respect suitable and fit and ready to load the cargo,

failing which time not to count or to count prorata to number
of holds rejected and restart immediately after failed holds are
passed again. n.o.r validity will not be subject of holds rejection
with initial n.o.r. tendered to be still in force.
n.o.r. to be tendered on arrival at 1st loading port and to be
valid thruout. in the event of dispute an independent qualified
surveyor to be appointed, costs of same to be equally shared
between owners and the charterers/shippers. hose test on
vsl's hatchcovers to be carried out if required by the
shippers and cost of same to be for chrts' acc.


- Cl. 25 to be add at the end

8th line and this refer to loading of steel cargo. if broken
and/or missing bands will make the cargo loose same to be
fixed/replaced by the shippers prior sailing.

to add : no liner or through bs/l to be issued

bs/l to be always Congenbill 1994 edition

bs/l to have the remark : " All terms and conditions , liberties and exceptions of the Charterparty
dated .... , including the English Law and arbitration Clause are herewith incorporated."

if other form than congebill then same sub to ows approval which not to be unreasonably been
withheld.

- Cl. 26

pls refer to cl 25 which is clearly stating 'master has the right to reject prior loading on board
clearly damaged cargo and shippers to replace same  with sounbd one' , so no need for ows
additional wording for the same issue.
cl 26 refers to he dispute if asny at loadport to be settled between vsl's pandi club and chrs
surveyor


- Cl. 27

ows ref re master's approval  refer to forklift trucks and same to be inserted after
.............mechanical apparatus...

- Cl. 29

3rd line to add : .. supply running gears , gins, blocks, fall and runners as available on board....

- Cl. 30

2nd para 1st line to add : Any lashing/securing/dunnage.....

- Cl. 31

to delete : Owners to be responsible .....(till)...of any change in ship's position.

- Cl. 34

2nd line to adjust : 7/5 days notice

- Cl. 35 to remain as per chrs cp proforma


- Cl. 39

to add : Any Compulsory tally as customary in loading and disharging ports to be for charterers account.

- Cl. 42

to add : LOI in Owners wording signed by Charterers and countersigned by receivers chrs  to provide full descr of the first parcel well prior arrival 1st  loaport. for the next parcel(s)/second lport well prior completion of the

2nd
1 port & for the 3rd lport /cgo if any well prior compl loading at 2nd lport.

Also to add the foll :

- Charterers have no right to sublet the vsl.

- No "Minermet" cargoes as Charterers or Shippers to be loaded on board

- Charterers to provide full description of the cargo for each loading and discharging port(s) respectively.

- Cargo to be separated according to bs/l issued in Charterers time and expenses.


- additional clause:

1)
providing of cargo description.
since charterers cannot supply same on lifting the subs owners the foll addit cl:

"
owners to be released from any responsibility if the cargo stowage plan will not be prepared by the master timely due to the lack of exact description of the cargo provided on fixing.
all cargo loaded, shipped and discharged to be always subject to vessel's trim and stability.
the vsl to be left in a seaworthy trim between the loading berths/ports as well as discharging berths/ports.
"

2)

"
if issuance of bs/l is delayed due to the fact that the shippers are not aware of the c/p terms agreement the owners to be not kept responsible for such delay and consequences.

each bs/l to contain the cl:

"all terms, conditions, liberties and exceptions of the c/p dated.. , incl english law and arbitration cl are herewith incorporated"

"

END

TKS AGAIN FOR FIXTURE

RGDS

ANCHOR/VG.te

08

| 1. Shipbroker | RECOMMENDED<br>THE BALTIC AND INTERNATIONAL MARITIME COUNCIL<br>UNIFORM GENERAL CHARTER (AS REVISED 1922, 1976 AND 1994)<br>(To be used for trades for which no specially approved form is in force)<br>CODE NAME "GENCON"<br>Part 1 |
|---|---|
| | 2. Place and date |
| 3. Owners/Place of business (Cl. 1) | 4. Charterers/Place if business (Cl. 1)<br><br>**Calder Seacarrier Corp.** |
| 5. Vessel's name (Cl. 1)<br>MV ABEER S – TO BE RENAMED<br>7. DWT all told on summer load line in metric (abt.) (Cl. 1)<br><br>11455 MTS | 6. GT/NT (Cl. 1)<br><br>9691/5477<br>8. Present position (Cl. 1)<br><br>TRADING |
| 9. Expected ready to load (abt.) (Cl. 1) | |
| 10. Loading port or place (Cl. 1)<br>1/3 SPS IN CHOP, BLACK SEA/EMED IN LOGIC<br>GEO ROT. | 11. Discharging port of place (Cl. 1)<br>1/3 SPS IN CHOP<br>SPORE/JAPAN RGE |
| 12. Cargo (also state quantity and margin in owners' option, if agreed; if full and complete cargo not state 'port cargo') (Cl. 1) | |
| UP TO FULL AND COMPLETE CGO OF LAWFULL GENS/MINS INCL FERROALLOYS/STEELS, LOOSE, BULK, BAGGED, CRATED ETC. OWS GUARANTEE 10.500 MTONS DWCC AND CBC CAPACITY OF 18035/17027 CBM GRAIN/BALE IN CLEAR UNOBSTRUCTED HOLDS SUITABLE FOR GRABS DISCHARGE. DECK CARGO AT CHRTS OPTION. | |
| 13. Freight rate (also state whether freight prepaid or payable on delivery) (Cl. 4)<br>LUMPSUM FIOS L/S/D free of all ordinary port disbursements at both ends except for expenses pertaining to the crew and vessel such as suplies,provisions medical services and garbage removal etc. which must be paid by the owners. | 14. Freight payment (state currency and method of payment; also beneficiary and bank account) (Cl. 4)<br><br>See Cl. 21 |
| 15. State if vessel's cargo handling gear shall be used (Cl. 5)<br>The vessel is to be sufficiently geared. | 16. Laytime (if separate laytime for load. and disch. is agreed, fill in a) and b). if total laytime for load. and disch., fill in c) only) (Cl. 6) |
| 17. Shippers/Place of business (Cl. 6)<br>To be nominated. | a) Laytime for loading |
| 18. Agents (loading) (Cl. 6)<br>To be nominated. | b) Laytime for discharging |
| 19. Agents (discharging) (Cl. 6)<br>To be nominated. | c) Total laytime for loading and discharging<br>See Cl. 22 |
| 20. demurrage rate and manner payable (loading and discharging) (Cl. 7)<br><br>See Cl. 22 | 21. Cancelling date (cl. 9) |
| | 22. General Average to be adjusted at (Cl. 12)<br>LONDON |
| 23. Freight Tax (state if for the Owners' account) (cl. 13 (c)) | 24. Brokerage commission and to whom payable (Cl. 15) |
| 25. Law and Arbitration (state 19 (a), 19 (b) or 19 (c) of Cl. 19; if 19 (c) agreed also state Place of Arbitration) if not filled in 19 (a) shall apply) (Cl. 19)<br><br>See Cl. 47 | 26. Additional clauses covering special provisions, if agreed<br><br>Total : 33 |
| (a) State maximum amount for small claims/shortened arbitration (Cl. 19) | |

Copyright, published by the Baltic And International Maritime Council (BIMCO), Copenhagen

It is mutually agreed that this Contract shall be performed subject to the conditions contained in this Charter Party which shall include Part I as well as part II. In the event of a conflict of conditions, the provisions of Part I shall prevail over those of Part II to the extent of such conflict.

1. It is agreed between the party mentioned in Box 3 as the Owners of the Vessel named in Box 5, of the GT/NT indicated in Box 6 and carrying about the number of metric tons of deadweight capacity all told on summer loadline stated in Box 7, now in position as stated in Box 8 expected ready to load under this Charter Party about the date indicated in Box 9 and the party mentioned as the Charterers in Box 4 that:
The said Vessel shall, as soon as her prior commitments have been completed, proceed to the loading port(s) of place(s) stated in Box 10 as she may safely get always afloat, and there load a full and complete cargo (if shipment on deck is agreed same to be at the Charterers' risk and responsibility) as stated in Box 12, which the Charterers bind themselves to ship, and being so loaded the Vessel shall proceed to the discharging port(s) or place(s) stated in Box 11 as ordered on signing Bills of Lading, or so near thereto as she may safely get and lie always afloat, and there deliver the cargo.

2. **Owners' Responsibility Clause** (See also Cl. 2d)
The Owners are to be responsible for loss of or damage to the goods or for delay in delivery of the goods only in case the loss, damage or delay has been caused by personal want of due diligence on the part of the Owners or their Manager to make the Vessel in all respects seaworthy and to secure that she is properly manned, equipped and supplied, or by the personal act or default of the Owners or their Manager.
And the Owners are not responsible for loss, damage or delay arising from any other cause whatsoever, even from the neglect or default of the Master or some other person employed by the Owners on board or ashore for whose acts they would, but for this Clause, be responsible, or from unseaworthiness of the Vessel on loading or commencement of the voyage or at any time whatsoever.

3. **Deviation Clause**
The Vessel has liberty to call at any port or ports in any order, for any purpose, to sail without pilots, to tow and/or assist Vessels in all situations, and also to deviate for the purpose of saving life and/or property.

4. **Payment of Freight** (See Cl. 21)
(a) The freight at the rate stated in Box 13 shall be paid in cash calculated on the intaken quantity of cargo.
(b) Freight … paid to the Owners …
Neither the Owners nor their agents shall be required to sign or endorse bills of lading showing freight prepaid unless the freight due to the Owners has actually been paid.
(c) On delivery … payable or … delivered … shall be deemed … cargo …
Notwithstanding … period … of freight … part … payable … delivery of the cargo the Owners shall have the option of … cargo … delivered … actually provide such … unloaded by … with weighing machine, joint cost survey or tally.
Cash for Vessel's ordinary disbursements at the port of loading to be advanced by the Owners, if required, at highest current rate of exchange, subject to two per cent to cover insurance and other expenses.

5. **Loading/Discharging** (See also Cl. 22)
*(One) Costs / Risks*
The cargo shall be brought into the holds, loaded, stowed and/or trimmed, tallied, lashed and/or secured and taken from the holds and discharged by the Charterers, free of any risk, liability and expense whatsoever to the Owners. The Charterers shall provide and lay all dunnage material as required for the proper stowage and protection of the cargo on board, the Owners allowing the use of all dunnage available on board. The Charterers shall be responsible for and pay the cost of removing their dunnage after discharge of the cargo under this Charter Party and time to count until dunnage has been removed.
*(Two) Cargo Handling Gear*
Unless the Vessel is gearless or unless it has been agreed between the parties that the Vessel's gear shall not be used and stated as much in Box 16, the Owners shall throughout the duration of loading/discharging give free use of the Vessel's cargo handling gear and sufficient motive power to operate all such cargo handling gear. All such equipment to be in good working order. Unless caused by negligence of the stevedores, time lost by breakdown of the Vessel's cargo handling gear or motive power — pro rata the total number of cranes/winches required at that time for the loading/discharging of cargo under Charter Party — shall not count as laytime or time on demurrage.
On request the Owners shall provide free of charge cranemen/winchmen from the crew to operate the Vessel's cargo handling gear, unless local regulations prohibit this, in which latter event shore labourers shall be for the account of the Charterers. Cranemen/winchmen shall be under the Charterers' risk and responsibility and as stevedores to be deemed as their servants but shall always work under the supervision of the Master.
*(Three) Stevedore Damage* (See Cl. 27)
The Charterers shall be responsible for damage (beyond ordinary wear and tear) to any part of the Vessel caused by Stevedores. Such damage shall be notified as soon as reasonably possible by the Master to the Charterers or their agents and to their Stevedores, failing which the Charterers shall not be held responsible. The Master shall endeavour to obtain the Stevedores' written acknowledgement of liability.
The Charterers are obliged to repair any stevedore damage prior to completion of the voyage, but must repair stevedore damage affecting the Vessel's seaworthiness or class before the Vessel sails from the port where such damage was caused or found. All additional expenses incurred shall be for the account of the Charterers and any time lost shall be for the account of and shall be paid to the Owners by the Charterers at the demurrage rate.

6. **Laytime** (Cl. 22)
*(One) Separate laytime for loading and discharging*
The cargo shall be loaded within the number of running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used, in which event time actually used shall count.
The cargo shall be discharged within the number of running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used, in which event time actually used shall count.
*Total laytime for loading and discharging*
The cargo shall be loaded and discharged within the number of total running days/hours as indicated in Box 16, weather permitting, Sundays and holidays excepted, unless used in which event time actually used shall count.
*(Commencement of laytime (loading and discharging))*
Laytime for loading and discharging shall commence at 13.00 hours, if notice of readiness is given up to and including 12.00 hours, and at 06.00 hours next working day if notice given during office hours after 12.00 hours. Notice of

7. **Demurrage** (See Cl. 22)
Demurrage at the loading and discharging port is payable by the Charterers at the rate stated in Box 20 in the manner stated in Box 20 per day or pro rata for any part of an day. Demurrage shall fall due day by day and shall be payable upon receipt of the Owners' invoice.
In the event the demurrage is not paid in accordance with the above, the Owners shall give the Charterers 96 running hours written notice to rectify the failure. If the demurrage is not paid at the expiration of this time limit and if the vessel is in or at the loading port, the Owners are entitled at any time to terminate the Charter Party and claim damages for any losses caused thereby.

8. **Lien Clause**
The Owners shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering same.

9. **Cancelling Clause**
(a) Should the Vessel not be ready to load (whether in berth or not) by the cancelling date indicated in Box 21, the Charterers shall have the option of cancelling this Charter Party.
(b) Should the Owners anticipate that, despite the exercise of due diligence, the Vessel will not be ready to load by the cancelling date, they shall notify the Charterers thereof without delay stating the expected date of the Vessel's readiness to load and asking whether the Charterers will exercise their option of cancelling the Charter Party, or agree to a new cancelling date.
Such option must be declared by the Charterers within 48 running hours after the receipt of the Owners' notice. If the Charterers do not exercise their option of cancelling, then this Charter Party shall be deemed to be amended such that the seventh day after the new readiness date stated in the Owners' notification to the Charterers shall be the new cancelling date.
The provisions of sub-clause (b) of this Clause shall operate only once, and in case of the Vessel's further delay, the Charterers shall have the option of cancelling the Charter Party as per sub-clause (a) of this Clause.

10. **Bills of Lading** (See also Cl. 23)
Bills of Lading shall be presented and signed by the Master as per the Congenbill Bill of Lading form, Edition 1994, without prejudice to this Charter Party, or by the Owners' agents provided written authority has been given by Owners to the agents, a copy of which is to be furnished to the Charterers. The Charterers shall indemnify the Owners against all consequences or liabilities that may arise from the signing of bills of lading as presented to the extent that the terms or contents of such bills of lading impose or result in the imposition of more onerous liabilities upon the Owners than those assumed by the Owners under this Charter Party.

11. **Both-to-Blame Collision Clause**
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Owners in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Owners against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Owners. The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of collision or contact.

12. **General Average and New Jason Clause**
General average shall be adjusted in London unless otherwise agreed in Box 22 according to York-Antwerp Rules 1994 and any subsequent modification thereof. Proprietors of cargo to pay the cargo's share in the general expenses even if same have been necessitated through neglect or default of the owner's servants (see clause 2).
If general average is to be adjusted in accordance with the law and practice of the United States of America, the following Clause shall apply: "In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Owners are not responsible, by statute, contract or otherwise, the cargo shippers, consignees or the owners of the cargo shall contribute with the Owners in General Average to the payment of any sacrifices, losses or expenses of a general nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Owners, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Owners, or their agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Owners before delivery."

13. **Taxes and Dues Clause** (Cl. 19)
(a) On Vessel — The Owners shall pay all dues, charges and taxes customarily levied on the vessel, howsoever the amount thereof may be assessed.
(b) On cargo — The Charterers shall pay all dues, charges, duties and taxes customarily levied on the cargo, howsoever the amount thereof may be assessed.
(c) On freight — Unless otherwise agreed in Box 23, taxes levied on the freight shall be for the Charterers' account.

10

**14.  Agency**

**15.  Brokerage**

**16.  General Strike Clause**

**7.  War Risks ( "Voywar 1993" ) War Risk Clauses hit to apply**

**18.  General Ice Clause**

*Port of loading*

*Port of discharging*

**19.  Law and arbitration**                          (See Cl. 47)

*ADDITIONAL CLAUSES*

**Clause 20: LIEN**

Owners shall have a lien on the cargo for freight, deadfreight, and demurrage at loading and discharging ports. Any lien on cargo shall be limited to the outstanding freight, deadfreight and demurrage at loading and discharging ports. All liability of charterers of whatsoever nature and whatsoever arising shall cease on shipment of the cargo and after payment of freight/ deadfreight.

**Clause 21: FREIGHT PAYMENT**
Freight payable 95pct within 5 European banking days from completion of loading, signing and releasing Bills of Lading marked "FREIGHT PAYABLE AS PER C/P" at each load port proportionally for the quantity loaded at that port. In case of "FREIGHT PRE-PAID" Bills of Lading required same to be released.
only upon receipt of bank slip or bank irrevocable confirmation that freight has been remitted.
5% of balance freight to be paid/settled along with demurrage/dispatch after completion of discharge at last discharge port , right and true delivery of cargo and receipt and acceptance of Owners' final freight account, S/F, T/S NOR of all ports latest within 20 days. Address commission and brokerage commission to be deducted from 5% balance freight.

**Clause 22: LAYTIME**
Cargo to be loaded, spout trimmed, blocked, stowed, checked, dunnaged, lashed and secured where necessary, and discharged by Charterers, Shippers, Receivers, Stevedores, free of expenses to the vessel.
Cargo to be loaded and discharged within 8 total weather working days of 24 consecutive hours, Saturdays, Sundays and Holidays excluded, even if used; at both ends time from Friday 5 p.m. or 5 p.m. of a day preceding a Holiday till 08.00 a.m. Monday or 08.00 a.m. of next working day after Holiday, not to count as laytime even if used.-
Demurrage at loading and discharging ports at the rate of US$        -per day/pro-rata for part of day. Dispatch at half of demurrage rate per working time saved at both ends.
At first load port and at first discharge port, Gencon Charter Party time counting clause (2pm/8am) to apply and Notice of Readiness can be given by cable, radio, telex, fax day during normal working hours..and night from Monday to Friday 5 p.m., Sundays and Holidays excluded, WIBON, WIPON.
At all additional load/discharge ports, time to commence to count immediately upon vessel's arrival, if during ordinary working hours, otherwise from first official resumption of work after arrival (unless vessel on demurrage in which case time counting immediately on arrival) .
Time due to bad weather, time for shifting out and back to same or other berth, and time for shift to move from anchorage to berth, and break time due to force majeure not to count if it is ordered by port Authorities, but in any case shifting expenses to be for Charterers's account.
Charterers, Shippers, Receivers shall have the right to work during expected periods and Master to allow work to be done.
Master/shippers/receivers representatives/Agents to sign/stamp Statement of Facts for load/discharge ports making their reservation if believe to be incorrect.
Master,/Agents also to issue and sign statement that cargo stowed, trimmed, lashed and secured to his satisfaction and in accordance with master's instructions.

**Clause 23: HOLDS CONDITION**
Before commencement of loading, the vessel's holds to be in seatight, absolutely clean and dry, washed and free of smell and obstacles to Shippers' satisfaction, and in every respect suitable, fit and ready to load the cargo, failing of which Notice of Readiness will not be accepted for commencement of time counting and owners shall be responsible for possible stand by expenses of stevedores arising therefrom. (or in the event of dispute, to the satisfaction of an independent qualified Surveyor, whose cost shall be shared between Owners and Shippers.) Host test on vessel's hatchcovers to be carried out if requested by shippers and same to be for charterers expense.
Owners confirm that holds are suitable grab discharge/clear and unobstructed with flat tank top plating.

**Clause 24: HATCH OPENING**
First opening and last closing of hatches, both at loading and discharging ports, to be done by ship's crew and in Charterers' time, provided permitted to local Port Authorities, otherwise for Charterers' account.

**Clause 25: BILLS OF LADING**
Master to sign Clean On Board Bills of Lading for the number and/or pieces and/or units whatever the case may be loaded, in conformity with Mate and/or Tally clerk receipt and he is to remain responsible for the number of same, sub to vessel's strength, without prejudice to this Charter Party.
Master has the right to reject prior loading on board clearly damaged cargo and Shippers to replace same with sound ones. For Master's remarks on the Mate's receipt such as atmospherically rusty and/or "wet before shipment" and/or "broken bends" and/or "missing band" Charterers to provide L.O.I. duly endorsed by Charterers in accordance with Owner's P & I Club wording against signing of Clean On Board Bills of Lading.
Master's remarks if any at mates receipts must be specific showing exact figures. General remarks are not allowed.
At any time Charterers desire Master to sign Bills of Lading as above for any quantity loaded up to that moment, and Charterers hold Owners harmless against such partial release.
Not withstanding the above, at charterers option, Master to authorize in writing the charterers agents to sign on his behalf the Bills of Lading.
Charterers have the right to issue new set of Bills of Lading with amended destination and/or consignee address and/or notify party address and/or shippers and such Bills of Lading to be released immediately upon receipt by the owners of the old original set of Bills of Lading marked "null and void".

**Clause 26: CARGO DAMAGE REPORT**
Any damage notice of cargo to be reported immediately by ships Command to Shippers representative. Any objection by the Master regarding the condition of the cargo are to be reported immediately to Shippers representative at the end of each shift and any dispute to be settled between P & I Club representative and Charterers' Surveyor at their expenses and time.

**Clause 27: FORKLIFT USED AND STEVEDORES DAMAGE**
Vessel is as described in Cl.51. Cargo is to be loaded in unobstructed main hold/tweendeck only.
Charterers have the privilege to load, stow, trim and discharge the cargo on tank top ceiling and in cargo holds by means of forklift trucks provided or rubber wheels with the maximum permissible weight and or any other suitable mechanical apparatus. Owners guarantee that vessel's tank top ceiling and all decks are in an absolute good condition.
Stevedores, although appointed and paid by Charterers/Shippers/Receivers to work under the supervision of the Master.
Owners/Master to notify stevedores/agents about stevedore damages if any within 24 hours from the time of occurrence but in any case before vessels sailing. Stevedore damages to be settled directly between owners and stevedores but charterers to assist utmost possible in order to find an amicable agreement/solution.

**Clause 28: SEAL OF HATCHES**
It is Owner's/Master's responsibility to ensure that the vessel's hatches are properly closed/sealed on sailing from each load/discharging port.

**Clause 29: VESSEL'S GEAR USE**
Vessel to load/discharge, if required, with her own gear and at safe lifting capacity. However, the vessel shall always give free use of winches and derricks up to their lifting capacity as described in Cl.51 and to supply running gear, gins, blocks, fall and runners and also to supply free of charges sufficient steam and/or power to drive all winches simultaneously, day and night if and when required. Lashing materials as on board if required to be at charterers disposal free of charge.
Any time lost by reason of vessel's defective gear shall be adjusted in laytime on a pro-rata basis
Owners will provide shore crane if required due to defective gear then full laytime to count and in this case owners will not be responsible for other related expenses except owners approved crane charges.

Vessel to supply, free of expenses, light on deck and in holds as on board, day and night, also on Saturday or legal/local Holidays, if and when required.

## Clause 30: SCALES & PLANS
Owners guarantee 10.500 mts DWCC SUMMER and bale capacity as per vessel's description in clear unobstructed holds.

Any lashing/securing required to be for Charterers/Shippers' account. Vessel to furnish a certified calibration scale for all tanks including fore peak and after peak, double bottom tanks and deeptanks. Plimsol Mark amidships and draft marks on port and starboard side, bow and stern, to be clearly cut and marked on shell and painted.

Vessel also to furnish capacity plan, displacement scale and same to be certified by Master as to correctness at time of loading.

## Clause 31:
Owners/Master to keep charterers fully informed of any change in ship's position and reason prior or during loading/discharging or during the voyage. Owners to be responsible for all consequences and damages of whatsoever nature and howsoever arising in the event of owners or master's failure to keep charterers fully informed of any change in ship's position. Owners to advise whether they intend to bunker prior/after arrival to loading port or during the voyage after sailing from last load port, the deviation if any, as well as to keep charterers fully informed on a daily basis about the delay/reason of causing the delays or repairs to be with full report and estimate time of resume sailing.

## Clause 32: OVERTIME
Overtime to be for account of the party ordering same. Officers/crew overtime to be always at owners account.

## Clause 33: TAXES/EXTRA INSURANCE
Any taxes/dues/wharfages on cargo to be for Charterers' account and any taxes/dues/wharfages on vessel and freight to be for Charterers' account too.

Free extra insurance owing to vessel's age.

River tolls/compulsory pilots pertinent to access-departure load/discharge ports to be for Charterers' account, those pertinent to navigation (for example Bosphorus-Dardanels-Suez-Panama) to be for Owners' account.

Charterers agents at both ends.

## Clause 34: NOTICES
Owners are to give first notice of vessel's arrival at load port when fixture is reconfirmed, thereafter Owners/Master to give 10/7/5 days approximately notice followed by 2/1 days definite notice of vessel's ETA at load port, which notices are all to be given to: (as will be advised by Charterers). All notices to be given during office hours on working day only. Master must advise Charterers or their nominee immediately of any change of vessel's ETA at loading and discharging port.

Master/Owners or Agents to cable Charterers immediately upon completion of loading stating date and time of completion, sailing time and Bills of Lading quantity, cargo commodity, sailing draft, as well as ETA next port. In addition Master is to cable from sea 15/10/7 days ETA notice to Charterers and Agents at discharging ports and to confirm the ETA 72/48/24 hours stating arrival draft.

If owners/master fail to give proper notices in due time as required , charterers shall be allowed 24 hours extra for each notice omitted for loading and/or discharging as the case may be.

## Clause 35: DUNNAGE
Dunnage supplied, if any, for securing of cargo shall become ship's property unless claimed by Charterers at discharging port.

## Clause 36: SHIFTING
1 / 2 SB (S) S.A., AAAA at each port: Shifting expenses, if any, between berths, anchorage to berth and berth to anchorage, to be for Charterers' account and time to count as laytime.

## Clause 37: BUNKERING
Vessel is allowed to bunker during loading/discharging operations and will not interfere with Charterers commercial operations. Any damages to cargo, or losses of time due to bunkering, if applicable, to be for Owners' account. It is understood that Owners to comply with any law or regulations concerning Oil Pollution and Owners Financial Responsibility therefore.

## Clause 38: RESPONSIBILITIES
The Pilots, Port Agents, Master, Officers, crew of vessel and any tow boat, person or facilities assisting the vessel in whichever way are considered servants of the Master/vessel and charterers shall not be responsible for any loss, damage claim or whatsoever resulting directly or indirectly from negligence, error or omission of any of them.

## Clause 39: TALLY
Shore side tally to be for Charterers/Shippers/Receivers' account. ship's side tally to be at owners' account.

## Clause 40: STOWAGE
Any cargo to be loaded in vessel's holds as customary and no cargo to be loaded in D/T or un-usual places. Should any cargo without Charterers permission be loaded in deep-tanks or places not easily accessible to Shippers/Receivers, loading/discharging, gear/grabs/magnets, any extra costs – including loss of time – for loading and discharging to be born by the Owners.

## Clause 41: P & I
Notwithstanding anything in this Charter Party to the contrary it is expressly agreed that Owners remain responsible for all personal injury. Owners guarantee to maintain a full P and I cover for the duration of this Charter Party.

## Clause 42: ABSENCE OF BILLS OF LADING
In case Bills of Lading should not be available at discharging port, on vessel's arrival Owners agree to discharge the cargo against Charterers L.O.I. in Owners P&I wording signed by Charterers authorized signatory.

## Clause 43: BREAKUP
Owners guarantee that the vessel is not intended for breaking up after completion of this voyage. Owners further guarantee that vessel's ownership and/or management will not be changed during the currency of this c/p.
Should Owners contrary to above guarantee sell the vessel for break-up then Owners to pay whatever insurance's penalty might be assessed against Charterers' forthwith.

## Clause 44: DETENTION BY PORT AUTHORITIES
Should the vessel for any reason attributable to the Owners be detained by Authorities at any port, Owners are to reimburse Charterers for any proved loss or damages due to vessel being detained.

## Clause 45: BOYCOTT
In the event of boycott or other difficulties arising due to vessel's flag, or labor boycott or any other discrimination against the ship due to her registry and/or crew, time lost and all consequences for Owners' account and time not to count if boycott/difficulties affect the loading/securing/discharging. If loading/discharging of vessel is adversely affected due to any aforementioned reasons, and if vessel is already on demurrage, such demurrage to be suspended for period during which loading/discharging cannot be carried out.

## Clause 46: CIVIL COMMOTION TUMULTS ETC.
Time lost by reason of any or all of the following causes shall not be computed in the loading or discharging time; i.e. rebellion, tumults, civil commotion, political disturbances, riots stoppage following trade union or Government orders, or other hands, strikes or stoppages at the mills or on the railroads or at seaboard, frost, flood, earthquoke, and all and every other unavoidable hindrance which beyond charterers

control, essential to working carriage, delivery, shipment or discharge of the said cargo, whether partial or general within port limits. Time lost by reason of force majeure of act of God not to count as laytime.

### Clause 47: ARBITRATION
All disputes arising from time to time out of this contract shall, unless the party agrees forthwith on a single Arbitrator, be referred to the final arbitration in London of two Arbitrators carrying business that shall be commercial men and engaged in the shipping trade. One Arbitrator to be appointed by each party with power to such arbitrators to appoint an Umpire, any claims must be made in writing and claimants Arbitrator appointed within one year of final discharge and where this position is not complied with, the claim shall be deemed waived and absolutely barred. No ward shall be questioned if invalidated on the ground that any of the Arbitrators are not qualified as above unless objection to this action is taken before the ward is make. The ward of the Arbitrator of the Umpire is binding for both parties. English Law shall govern interpretation, execution of this contract. L.M.A.A. procedure to apply.

### Clause 48: MASTER'S ASSISTANCE
Master to cooperate with Charterers representative at load and discharge ports in respect of loading/stowing and discharging of the cargo.

### Clause 49:
In addition to box 10 and box 11 of part I, charterers have the right to call under this charter party to a total of 6 ports split in charterers' option.

### Clause 50: VESSEL'S DESCRIPTION & CERTS
Vessel has following particulars and specifications guaranteed by owners:

```
FLAG : MALDIVE
GRT/NRT : 9691/5477
SUEZ GRT/NRT : 10270.41/7727.73
PANAMA GRT/NRT : 10538.70/7542.71
DEADWEIGHT/MAX DRAFT : 11455T ON 8.42M S.DRAFT
SPEED : MAXIMUM ABT 16 KTS
ECO ABT 15/14/13/12 KTS

CONSUMTIONS : AT MAX SPEED ABT 30.0
MTS IFO 380 CST   (FOR MAIN ENGINE)

AT ECO SPEEDS ABT  28/26/24/21 MTS
RESPECTIVELY (FOR  MAIN ENGINE) ALWAYS PLUS ABT 2.5
MTS IFO 380 CST  (FOR SHAFT GENERATOR)

SPEEDS/CONSUMPTIONS  ARE BASED ON GOOD
WEATHER NOT EXCEEDING  BEAUFORT SCALE 3, SMOOTH SEA NOT
EXCEEDING DOUGLAS SCALE 2

ADDITIONAL POWER FOR  REEFER CONTAINERS
OR HOLD VENTILATION FROM AUXILIARY  GENERATORS CONSUMING
2/5 MTS MDO  DEPENDING NUMBER OF  GENERATORS REQUIRED.


NO DIESEL CONSUMPTION AT SEA HOWEVER,
THE VESSEL HAS LIBERTY TO USE MDO WHILE
ENTERING/LEAVING PORT  AND WHEN MANOEUVERING IN
SHALLOW OR NARROW WATERS  RIVERS/CHANNELS OR
WHENEVER/WHEREVER  CUSTOMARY AND/OR WHEN
ENCOUNTERING HEAVY  SEAS WITH WIND FORCE
```

6 OF BEAUFORT SCALE   AND HIGH SWELL ABOVE  3 METERS

IN PORT: ABOUT 1MT IFO + ABOUT  2/5 MTS MDO
DEPENDING ON POWER REQUIRED FOR REEFER
CONTAINERS /HOLD  VENTILATION/GEAR WORKING

QUALITIES: VESSEL ALWAYS TO BE SUPPLIED WITH IFO AS
PER STD ISO 8217 RMG35  AND MDO PER STD  8217 DMB.

DATE OF BLT : 1981,POLAND
LENGTH : LOA= 146.23 M
BREADTH MLD : 21.55 M
DEPTH MLD : 11.30 M
HOLDS : 4
HATCHES : 7 (TWIN HATCHES ON
2/3/4 HOLD)
DERRICKS : 4 X 36 TS + 2 X 27 TS
SWEEDISH HALEN
TYPE WORKING LIKE CRANES
GEAR LOCATION:

HOLD 1 - 1 AFT MAX OUTREACH 10.50 M
HOLD 2 - 1 FORE + 1 AFT MAX OUTREACH 10.50 M
HOLD 3 - 1 FORE + 1 AFT MAX OUTREACH 10.50 M
HOLD 4 - 1 FORE MAX OUREACH 8.30 M

HEAVY LIFT: DERRICKS SERVING EACH HOLD 2 AND 3 CAN
BE COUPLED  BY MEANS OF TRAVERSE BEAM GIVING 69 MTS SWL FOR ONE PAIR
AND 51 MTS SWL FOR THE OTHER PAIR.
MAX OUTREACH 5.80 MTS

CARGO BATTENS : NOT EQUIPED WITH CARGO  BATTENS.
TWEEN DECKS 2,3,4 ARE BOX SHAPED WITH DOUBLE HULL.
CO2 FITTED : ALL CARGO COMPARTMENTS
HOLD VENT : 25 CHANGES/HR BSS EMPTY HOLD
BOWTHRUSTER : YES
DANGEROUS CARGO : HOLDS ARE SPECIALLY SUITABLE FOR THE
CARRIAGE OF DANGEROUS CARGOES WITH SEPARATE AIRDUCTS FOR
EACH COMPARTMENT AND SPRINKLER IN HOLD 1
FORECASTLE
FITTINGS : ALL REQUIRED SHOES/LASHINGS/SUPPORTS FOR
FULL CONTAINER LOAD ON  BOARD

REFFER PLUGS : 35 OF CEE SERIES II TYPES WITH 3 WIRES AND
4 POLES, EARTH PIN AT 3 HOUR POSITION, DELIVER 380 V 50 HZ 3
PHASE E.C.

STACK WEIGHTS : 80 MTS ON TANK TOP
40 MTS ON TWEEN DECK
60 MTS ON HATCH COVERS  2-3-4
50 MTS ON HATCH COVER 1

BUNKER CAPACITIES (100%) : IFO : 1,035 MT - MDO : 189
FRESH WATER : 285 MTS
WATER BALLAST : 2270 MTS

CONTAINER CAPACITY : 454 TEU + 12 FEU (FEUS ON
HATCH 1 WHICH  UNSUITABLE FOR TEUS)

ALTERNATIVELY 221 FEUS  + 32 TEUS

ALL CONTAINER LOADS ARE SUBJECT TO THE VESSEL'S
STABILITY,TRIM AND MASTER'S APPROVAL.

```
HATCH DIMS:
FORECASTLE UPPER DECK
TWEEN DECK
---------- ----------
----------
HATCH 1 12.50 X 7.80 12.60 X 7.80
8.40 X 6.10
TWEEN HATCH 2 19.20 X 7.80
19.20 X 5.30/7.80
TWEEN HATCH 3 25.60 X 7.80
25.60 X 7.80
TWEEN HATCH 4 12.50 X 7.80
12.80 X 7.80/5.30


HOLD DIMENSIONS (METERS)
===============
LENGTH BREADTH HEIGHT

HO-1 13.20 6.10 3.80
HO-2 28.80 6.00 (F)/10.50 (A) 5.50
-EACH PS/SB
HO-3 31.80 10.50 (F)/ 8.00 (A) 5.50
-EACH PS/SB
HO-4 16.40 8.00 (F)/ 4.00 (A) 5.50
-EACH PS/SB


TD-1 15.60 5.70 (F)/16.80 (A) 3.20
TD-2 27.40 8.00 (F)/ 9.30 (A) 5.10
-EACH PS/SB(XX)
TD-3 30.20 9.30 5.10
-EACH PS/SB(XX)
TD-4 15.20 9.30 (F)/ 8.50 (A) 5.10
-EACH PS/SB(XX)


UTD 16.00 11.40 (F)/15.80 (A) 4.30
(INCL. HA/COVER)

(XX) THESE HEIGHTS INCLUDE HATCH COVER

CUBIC CAPACITY PER HOLD (ABOUT)
===============================
GRAIN/CBF BALE/CBF
H-1 11213 10704
H-2 P+S 108530 100350
H-3 P+S 142517 131774
H-4 P+S 56412 52160

TOTAL HOLDS 318672 294988

TW.DECK 1 33425 30908
TW.DECK 2 P+S 87746 83774
TW.DECK 3 P+S 105196 100436
TW.DECK 4 P+S 50204 47936

TOTAL TWEEN DECKS 276571 263054
------ ------

H-1 FORECASTLE 41634 38498

TOTALS 636877 596540
```

```
TYPE OF HATCH COVERS
====================
FLUSH TWEENDECK HATCH COVERS
WEATHER DECK : HYDRAULIC MCGREGOR FOLDING TYPE
TWEENDECK : HYDRAULIC

DECK STRENGTHS (ALL IN MT/SQM)
==============================

INNER BOTTOM LOAD : 10.40
TWEENDECK FRAMES 38-141 : 4.00
TWEENDECK FRAMES 141-165 : 6.00
TWEENDECK HATCHCOVERS 1-4 : 4.00
WEATHERDECK FRAMES 36-141 : 2.00
WEATHERDECK FRAMES 141-165 : 3.38
WEATHERDECK HATCHCOVER 1 : 3.38
WEATHERDECK HATCHCOVERS 2-4 : 2.00
FORECASTLEDECK HATCHCOVER : 1.76


+++


-TONNAGE CERTIFICATE
-P+I CERTIFICATE
-H+M CERTIFICATE
-CERTIFICATE OF REGISTRY
-ISM CERTIFICATES (DOC,SMC)
-ISPS CERTIFICATE
-POCKET PLAN
```

**Clause 51: Bimco standard ISM Clause:**
From the date coming into force of the international safety management code in relation to the vessel and thereafter during the currency of this c/p, the owners shall procure that both vessel and 'the company' as defined by the ism code, shall comply with the requirements of the ism code. The owners shall provide a copy of the relevant doc and smc to the charterers.

**Clause 52:**
Under no circumstances are owners and brokers concerned in the fixture of this vessel to divulge any details whatsoever to anyone outside their own organization.

**Clause 53**
Charterers have the right to detain the vessel prior to arrival at destination and owners to instruct the master to anchor at any safe place on passage in international waters or at a safe waiting place at or off discharging port, pending charterers' further instructions. Such notices to be given to owners/master well in advance and anyhow, before the vessel has tendered notice of readiness and time to count as laytime.

The Owners                                                      The Charterers

**19**

From: "Seapride Maritime" <seapride@otenet.gr>
To: "CALDER ATH" <calder@otenet.gr>
Subject: Fw: mv vera / sinoriches  fixture recap
CC: <No CC specified>
Date: Thu, 07 Jun 2007 15:15:20 +0300


     SEA PRIDE M A R I T I M E
     145 kolokotroni str-185 36 piraeus
     tel 0030 2104186485/8956521
     fax 0030 2108995481
     mob 0030 6944657474
     Bimco reg nmbr 116552
     seapride@otenet.gr


     ===========================

          FIXTURE RECAP   ON M.TERMS AGREED

Sub  stem/shippers/rcvrs  to be lifted within tday piraeus cob

chrs :messrs sinoriches global ltd
dispows calder seacarrier corp.

-part cgo bss
-1gsb changshu /1gsb ravenna
 owners berth bends n owner to satisfy with themselved both ends
-for  20.000/21.000 mt cgo steels prods at chopt
 Prelimitory breakdown:
 5000mt s.plate length:8-12m max weight:15mt;
 4500mt s.pipes length:5-11m,o/d:60-180mm,thick:16-30mm;
 5800mt s.pipes in bundles small o/d,length:6-12m;
 2500mt s.coils weigth:7-15mt
 1200mt h-beam length:15m
 sub to know the full packing list of all  parcels. pls adv wether in
bdls or loose
      (4500 mt pipes/h-beams)
 THE Actual qty to be confirmed one day prior arrival at lport.
-No tiers limitation
-laycan 13/19th june
-cqd be /detention usd 25.000 dly/prta -detention cl as per previous
fixture
 chrs confirming 24 cons hours  loading operation  shincl
-frt usd 74 per mt or per cbm whatever is greater fios lsd payable
100pct in usa curency
 to ows nom bank/acc within 5bd after compl loading.congenbill bs'l to
be issued
 marked 'frt payable as per c/p' fdeosdanrvaoclonl.
-clean bill tobe issue and any remarks in mates receipt to be covered
by chtrs loi to
 be counter signed by shippers in owenrs pni wording.
 chrs confirming that cgo is a new production and its not rusty or
clearly
 damaged. for minor remarks only if any chrs to issue their loi in ows
p+i club
 wording counter signed by shippers against  issuance of cob bs'l.
-free exins due her age

-ows agents be
-free taxes/dues on frt/cgo
-4w and nor even by cable be
-g.a & arbitration london/english law to apply
-owise gcn 94 with 3.75pct address .owise as per previous fixture 27th
april mv str.attractor
end


pls  confirm clean by return
Vsl's eta  lport 15th june wp
reverting with lport agents nom after the lifting  of subs.
pls pass the full  packing lists.


brgrds
nnnn


vsl's name/paticulars
--------------------------------
MV VERA (EX ERA)

BC , BLT JUNE'77 JAPAN , DWT 38,931 MTS AT 11,40 MTRS SUMMER DRFT
PANAMA FLAG  - LOA:185,363 M , LBPP: 175,00 MTRS , BREADTH: 27,80 M
DEPTH: 16,20 M - GRT/NRT  23,353/12,683
4 CRNS X 15 SWL TS,  Cranes outreach abt 8,7 mtrs
5 HO/HA , HA COVERS "ERMANS STEEL ROLLING" - TPC:45,7
GRAIN/BALE :48.563 / 47.544 CBM ,
PANAMA GRT/NRT : 25006/18764 , CO2 FITTED.
HOLDS CUBIC BREAKDOWN
GRAIN M3    BALE M3
    1         8442        8244
    2        10056        9848
    3        10210        9981
    4        10045        9837
    5         9810        9634
TOTAL    G/B 48563/ 47544 m3 OR  IN CBFT : 1,714.990/1,679.000
CO2 FITTED - SUEZ/PANAMA FITTED
 AUSSIE HOLD LADDER FITTED
DIMS OF HATCHES:
H/1        - 15.07 X 11.20 M
H/2,3,4,5  - 16.80 X 14.40 M
DIMS OF HOLDS:
 H/1=LENGTH 25,34m =BRDTH F/17,60-21,20m -BRDTH A/26,95m
 H/2=LENGTH/BREADTH (L/B): 27,20/26,95m
 H/3=L/B: 26,40/26,95m
 H/4=L/B: 27,20/26,95m
 H/5=L:27,20m -BRGDTH F/26,95m -BRGDTH A/22,75-26,75m


 HOLDS HEIGHT : UP TO COMINGS     - 13.91 M
 UP TO HATCH COVERS - 18.45 M


 TANKTOP CLEAR DEMENTIONS:
 H/1=L/24,65m -BREADTH F/A 10,00/20,80m
 H/2=L/B 25,80/20,80m
 H/3=L/B 25,30/20,80m
 H/4=L/B 25,80/20,80m

```
H/5=L/26,50m -BREADTH F/20,80m
        BREADTH M/19,60m (In distance of 14,4M fm fore bulkhead-frame
NR 54)
        BREADTH A/14,40m

STRENGTH:
MAIN DECK  1,8 t/sq.m -Hcovers 0.2t/sqmtr
H/1 20,0 t/sq.m -H/2 N 4 16,80 t/sq.m -H/3 21,0 t/sq.m - H/5 17,7
t/sq.m

 =FULLY LOADED WITH DRAFT F/A 11,11/11,76m
 H/1 7,13m;   H/5 6,71m   A/DRAFT 35,48m

CLASS:R.R.S
IMO NR. 7533109
ADA  WOG

END
GLAD TO HEAR
BRGRDS
NNNN
```

To:Messrs Penavico Changshu agency dpt
Fm:Master mv "Vera"

Dear Sirs,

You are hereby authorized to sign on my behalf the Bills of lading
for the cargo of 21472,244 mts of steel products on board my vessel at
the port of Changshu ,during her present call only. This authorization
is issued subject to the following conditions:

1) All Bills of Lading signed by you, as presented ,to conform with
the qualities, description and remarks of the Mate's receipts and any
addendum thereto to be considered as incorporated herein.
2)bs/lading should be remarked:
-freight payable as per cp dd 06.06.2007 issued in Greece
3)If bsl marked as "freight prepaid" then such bsl to be kept at
agents custody and to be released only upon written confirmation from
the owners to the agents and in accordance with c/p terms and
conditions.
4)Bs/l to have the remark : "All terms and conditions , liberties and
exceptions of the Charterparty dated 06.06.2007 including the English
Law and Arbitration Clause are herewith incorporated.
5)The date of the bsl must be the actual date of completion of the
loading.
6)This authorization may be withdrawn or amended at any time in
accordance with any agreement that may be made hereafter between owners
and chrtrs.
7)Bills of Lading will be sent by fax to owners for their approval and
will be released only after owners written confirmation.


Very Truly Yours,

Master of  mv "Vera"

Y.Panfilov

23

REDACTED

From: "sinoriches-wang" <mail@sinoriches.com>
To: "calder@otenet.gr" <calder@otenet.gr>
Subject: Re:
CC: "Seapride Maritime" <seapride@otenet.gr>
Date: Thu, 19 Jul 2007 11:39:25 +0800

dear sir,


fyref, below was what we received from head owner and we are facing big pressure from them !
we strongly request you to sort it out with head owner whatever the dispute is . now head
owner is threatening us that they will send vsl to singapore for selling the cargo !

+++

=========================================================================
====
            P R I A M O S
72-74, Marathonos Str., 16673 Panorama Voulas , Athens, Greece tel:+30-2108952566; fax:+
30-2108994493, telex: 214242 blct gr
E-mail: priamosmaritime@priamosmaritime.com; priamos@softway.gr
          Web: www.priamosmaritime.eu          103          24

                    1

17 Jul 2007-14:07.   Ref:12055-MAL.


Att Mr Charlie Wang

urgent   PRIVATE AND CONFIDENTIAL
        ------------------------


Dear Mr Wang

mv Vera/Calder

Reference is made to a visit of our Representative Cpt Yuri Kostenko within your premises. We do thank for taking your time and accepting this visit. Our Principals are in deep trouble with Messrs Calder Seacarriers Corp due to latter's fundamental default by non-payment of freight which was due on 6 July and was not received until now.

Apart from information that was given to you by Cpt Kostenko we would like ,in a nutshell, to present some additional facts:

We on behalf of our Principals Messrs Viking Marine Sa, the Owners of mv "Vera", have entered on June 6, 2007 into a c/p agreement with Messrs Calder Seacarrier Corporation for carriage of steel products and other generals from China to the Mediterrean. The lumpsum freight agreed was us$ 2.622.500 basis Owners guaranteeing 37,000 mt dwcc of the vessel.
The c/p was done on a "all ports free d/a basis"
The freight to be paid either in full or prorata within 5 banking days of signing and releasing Bs/L, however if "freight prepaid "
Bs/L are issued (which was the case for the Changshu cargo) the Bs/L to be only released until Owners' confirmation that the freight was received. On 2 July the Owners presented respective invoice but the freight was not paid timely and not received until now.
The vessel has loaded in Changshu 21,472.244 mt consequently the freight due for the Owners (freight prepaid Bs/L) was to be 100 pct as follows:

lps freight 2.622.500 : 37,000 dwcc x 21,472.244 = us$ 1.521.917.90 Owners are taken aback hearing from Cpt Kostenko that Calder's instructions are to remit the Owners us$ 1.140.378 mt only.
This cannot be accepted and it is again and fundamental breach of the c/p and agreed terms.

Due to such circumstances Owners consider that this c/p is NULL & VOID for the reasons such as:

-non payment of the freight timely,
-rejeciilng the responsibilit for the freight payment by  relaying the payment for the execution by the shippers, -making a sub-let of the vessel and presenting the vessel  as Calder being a Disponent Owners (they had no such right  under the existing c/p) -blocking the access to the loadport agents -non paying port d/a with exception of Changshu where d/a were  paid by Messrs Calder -ignoring Owners' argument and various suggestions to overcome the  deadlock and fell on a deaf ears

The Charterers have been informared accordingly last Friday. .     2 5



For your info Messrs Calder have lost a parcel of 8000 mt of wire rods from Jintang to Aqaba. Allegedly they hold a parcel of abt 1300 mt of generals from Lyn to Skikda when asking to discharge first Changshu cargo in Ravenna, keeping about 25 trucks to Skikda on hatch covers of 3 holds with Ravenna cargo. They have not come with any practical solutions how to do it.

In the meantime Owners were coming with various proposals to no avail. Finally in order to mitigate the losses they have decided to take the steering wheel into their hands and to get out of this disasterous situation by securing uninterrupted movement of the vessel with other cargoes.

This appears to be pretty costly for the Owners due to the fact that thy have paid or will have to pay all port d/a in China and at discharge. In China they had to pay already abt us$ 59,000 in Dalian plus if the Lyn cargo will will be rearranged they will have to pay abt $30,000 plus about $80,000 for Ravenna and Skikda.

Owners are the reputable Company and will deliver the goods to final destination. Owners lost trust in dealing with Messrs Calder, morever Calder's reputation was lately revealed by the newsmedia and Tradewinds. Copy of this was given to you by our Cpt Kostenko.
We have contacted the Owners of mv "Trader" mentioned in Tradewinds (Messrs Marinakis Chartering NY) and we were told that their case is close to ours while Messrs Calder have not paid a balance freight, d/a in Genoa as well as demurrage, all total close to us$ 1.3 mio. In addition we have also received some info that Messrs Calder had or have more non-payment cases with Messrs DC Bulk Pte Ltd Singapore (a reputable Managing Owners) and Messrs Japonica Enterprices Co. Owners do not believe that Messrs Calder would perform the their obligations as agreed.

Going back to freight for Changshu:

Under the English Law you are under the obligation to pay the freight to the Owners under the c/p terms which are incorporated into the Bs/L.
Owners, without prejudice, are ready to accept for Changshu cargo us$ 1.500.000 NET and against the Letter of Indemnity from yourselves that the c/p between Viking Marine SA, Calder Seacarriers and Sinriches is considered considered null and void.

Re Lynyungang/Skikda: We understand that there is about 4000 cbm ready. Owners are willing to book this cargo under the separate agreement/charter party at lumpsum us$ 450,000, sub to receiving more details of this cargo.

We do hope that you understand the position of the Owners and this big mess they were brought into by the Charterers Messrs Calder Seacarriers.

Due to urgency of the situation pls send us your confirmation by return say next 15 mintues.

Please keep all these facts private and confidential.

Best regards

Priamos Maritime SA
for and on behalf of the Oweners
Chris Malecki. Chartering Mgr
(by authority)



26

3

[Message sent via SOFTWAY Communication Program]

unq

await yrs.

b.rgds/ sinoriches

sinoriches-wang
  ⁷07-07-19

·¢¼þÈË_º calder@otenet.gr
·¢ËÍÊ±¼ä_º 2007-07-18 22:52:10
ÊÕ¼þÈË_º mail@sinoriches.com
__ËÍ_º
Ö÷Ìâ_º

FM: CALDER SEACARRIER CORP.
   Athens-Greece
   tel: +30210-9659910 fax: +30210-9659466
   E-Mail: calder@otenet.gr

  , Jul 2007-17:51. Ref:58200-U02

To:Sinoriches
CC:Seapride

The bs/l will be released only after messrs Sinoriches remit the freight due to us (usd
257.721,10).

We will wait until tomorrow am to receive the frt from messrs Sinoriches.

If messrs Sinoriches fal to remit the frt by tomorrow am, we will act as per our last message.

Brgrds

>To: "calder@otenet.gr" <calder@otenet.gr >
>Subject: Re:
>CC: "Seapride Maritime" <seapride@otenet.gr >
>Date: Wed, 18 Jul 2007 22:40:38 +0800
>
>dear sir,
>
>cc: paul
>
>
>pls note the head charterer of bs/l no. 14 had effected the frt payment
>to you already n you already confirmed safe receipt. but the original
>bs/l still not released yet.
>
>owner was obligaged to release original bs/l to shipper after being paid.
>
>
  ɜwait yours.
 >
>
>b.rgds/sinoriches
>
>
>
>
>
>Sinoriches Shipping Ltd
>2007-07-18
>
>
>
>·¢¼þÈË_?calder@otenet.gr
>·¢ÈÏÊ±¼ä_?2007-07-18 22:20:45
 ΞÕ¼þÈË_?mail@sinoriches.com
>__ÊÍ_?
>Ö÷Ìâ_?
>
>
>FM: CALDER SEACARRIER CORP.
>   Athens-Greece
>   tel: +30210-9659910 fax: +30210-9659466
>   E-Mail: calder@otenet.gr
>
>18 Jul 2007-01:58. Ref:58193-U02
>
>
>To:Sinoriches
>CC:Seapride
>
>Re:mv Vera/Sinoriches
>

197

28

5

>We wish to remind to messrs Sinoriches that the frt is long overdue and tomorrow
>is the final deadline of the frt payment.
>
>If messrs Sinoriches donot remit by latest tomorrow the frt due to us
>(usd 257.721,10), then the m/v 'Strange Attractor 1' will not be
>berthed at Bejaia or at any other discharging port and the d/as will not be paid.
>
>Furthermore, the issue of the bs/l nbr SGLSHA7T06001 which is marked
>clean on board and shows 'Sinoriches' as carriers and is predated 20th
>April has been done without our written confirmation and such is an action of fraud.
>
>All matters (including the very serious matter of bs/l nbr
>SGLSHA7T06001) will be solved only if messrs Sinoriches remit the frt due to us by latest tomorrow.
>
>Brgrds
>

>
>[Message sent via SOFTWAY Communication Program]


[Message sent via SOFTWAY Communication Program]


[Message sent via SOFTWAY Communication Program]

198

29

6

**Info**

| | |
|---|---|
| From: | calder@otenet.gr |
| Sent: | 19 July 2007 05:08 |
| To: | Info |

FM: CALDER SEACARRIER CORP.
   Athens-Greece
   tel: +30210-9659910 fax: +30210-9659466
   E-Mail: calder@otenet.gr

19 Jul 2007-07:08. Ref:58206-U01

to:Sinoriches /Wang
cc:Fishers Solicitors London/Mr Nick Fisher

re mv Vera

Thnks for yr msge but kindly be advised that the situation is not like the ows hve described.

Our London solicitors will write to you and explain how the reality is.

In case that you pay any freight to the ows then it might be that you will hve to pay the frt twice since the only beneficiery to rcve the frt in accordance with our c/p is Calder.

Best rgrds

>From: "sinoriches-wang" <mail@sinoriches.com>
>To: "calder@otenet.gr" <calder@otenet.gr>
>Subject: Re:
>CC: "Seapride Maritime" <seapride@otenet.gr>
>Date: Thu, 19 Jul 2007 11:39:25 +0800
>
>dear sir,
>
>
>fyref, below was what we received from head owner and we are facing big pressure
>from them !  we strongly request you to sort it out with head owner
>whatever the
>dispute is . now head owner is threatening us that they will send vsl
>to singapore for selling the cargo !
>
>+++
>

3 0

1

>          P R I A M O S
>72-74, Marathonos Str., 16673 Panorama Voulas , Athens, Greece
>tel:+30-2108952566; fax:+30-2108994493, telex: 214242 blct gr
>E-mail: priamosmaritime@priamosmaritime.com; priamos@softway.gr
>          Web: www.priamosmaritime.eu
>==========================================================
=====
>          17 Jul 2007-14:07.   Ref:12055-MAL.
>
>
>Att Mr Charlie Wang
>
>urgent   PRIVATE AND CONFIDENTIAL
>          ------------------------
>
>Dear Mr Wang

>mv Vera/Calder
>
>Reference is made to a visit of our Representative Cpt Yuri Kostenko
>within your premises. We do thank for taking your time and accepting
>this visit. Our Principals are in deep trouble with Messrs Calder
>Seacarriers Corp due to latter's fundamental default by non-payment of
>freight which was due on 6 July and was not received until now.
>
>Apart from information that was given to you by Cpt Kostenko we would
>like ,in a nutshell, to present some additional facts:
>
>We on behalf of our Principals Messrs Viking Marine Sa, the Owners of
>mv "Vera", have entered on June 6, 2007 into a c/p agreement with
>Messrs Calder Seacarrier Corporation for carriage of steel products and
>other generals from China to the Mediterrean. The lumpsum freight
> agreed was us$ 2.622.500 basis Owners guaranteeing 37,000 mt dwcc of
>the vessel.
>The c/p was done on a "all ports free d/a basis"
>The freight to be paid either in full or prorata within 5 banking days
>of signing and releasing Bs/L, however if "freight prepaid "
>Bs/L are issued (which was the case for the Changshu cargo) the Bs/L to
>be only released until Owners' confirmation that the freight was
>received. On 2 July the Owners presented respective invoice but the
>freight was not paid timely and not received until now.
>The vessel has loaded in Changshu 21,472.244 mt consequently the
>freight due for the Owners (freight prepaid Bs/L) was to be 100 pct as
>follows:
>
>lps freight 2.622.500 : 37,000 dwcc x 21,472.244 = us$ 1.521.917.90
>Owners are taken aback hearing from Cpt Kostenko that Calder's
>instructions are to remit the Owners us$ 1.140.378 mt only.
>This cannot be accepted and it is again and fundamental breach of the
>c/p and agreed terms.

31

>Due to such circumstances Owners consider that this c/p is NULL & VOID
>for the reasons such as:
>
>-non payment of the freight timely,
>-rejectiing the responsibilit for the freight payment by relaying the
>payment for the execution by the shippers, -making a sub-let of the
>vessel and presenting the vessel as Calder being a Disponent Owners
>(they had no such right under the existing c/p) -blocking the access
>to the loadport agents -non paying port d/a with exception of Changshu
>where d/a were paid by Messrs Calder -ignoring Owners' argument and
>various suggestions to overcome the deadlock and fell on a deaf ears
>
>The Charterers have been informared accordingly last Friday.
>
>For your info Messrs Calder have lost a parcel of 8000 mt of wire rods
>from Jintang to Aqaba. Allegedly they hold a parcel of abt 1300 mt of
>generals from Lyn to Skikda when asking to discharge first Changshu
 cargo in Ravenna, keeping about 25 trucks to Skikda on hatch covers of
>3 holds with Ravenna cargo. They have not come with any practical
>solutions how to do it.
>
>In the meantime Owners were coming with various proposals to no avail.
>Finally in order to mitigate the losses they have decided to take the
>steering wheel into their hands and to get out of this disasterous
>situation by securing uninterrupted movement of the vessel with other
>cargoes.
>
>This appears to be pretty costly for the Owners due to the fact that
>thy have paid or will have to pay all port d/a in China and at
>discharge. In China they had to pay already abt us$ 59,000 in Dalian
>plus if the Lyn cargo will will be rearranged they will have to pay abt
>$30,000 plus about $80,000 for Ravenna and Skikda.
>
 Owners are the reputable Company and will deliver the goods to final
>destination. Owners lost trust in dealing with Messrs Calder, morever
>Calder's reputation was lately revealed by the newsmedia and
>Tradewinds. Copy of this was given to you by our Cpt Kostenko.
>We have contacted the Owners of mv "Trader" mentioned in Tradewinds
>(Messrs Marinakis Chartering NY) and we were told that their case is
>close to ours while Messrs Calder have not paid a balance freight, d/a
>in Genoa as well as demurrage, all total close to us$ 1.3 mio. In
>addition we have also received some info that Messrs Calder had or have
>more non-payment cases with Messrs DC Bulk Pte Ltd Singapore (a
>reputable Managing Owners) and Messrs Japonica Enterprices Co. Owners
>do not believe that Messrs Calder would perform the their obligations
>as agreed.
>
>Going back to freight for Changshu:
>
>Under the English Law you are under the obligation to pay the freight
>to the Owners under the c/p terms which are incorporated into the Bs/L.

>1.500.000 NET and against the Letter of Indemnity from yourselves that
>the c/p between Viking Marine SA, Calder Seacarriers and Sinriches is
>considered considered null and void.
>
>Re Lynyungang/Skikda: We understand that there is about 4000 cbm ready.
>Owners are willing to book this cargo under the separate
>agreement/charter party at lumpsum us$ 450,000, sub to receiving more
>details of this cargo.
>
>We do hope that you understand the position of the Owners and this big
>mess they were brought into by the Charterers Messrs Calder
>Seacarriers.
>
>Due to urgency of the situation pls send us your confirmation by return
>say next 15 mintues.
>
>Please keep all these facts private and confidential.

>Best regards
>
>Priamos Maritime SA
>for and on behalf of the Oweners
>Chris Malecki. Chartering Mgr
>(by authority)
>
>
>
>[Message sent via SOFTWAY Communication Program]
>
>
>unq
>
>
 await yrs.
>
>
>b.rgds/ sinoriches
>
>
>
>
>sinoriches-wang
>2007-07-19
>
>
>
>·¢¼þÈË_º calder@otenet.gr
>·¢ÉÍÈ±¼ä_º 2007-07-18 22:52:10
>ÊÕ¼þÈË_º mail@sinoriches.com
>__ËÍ_º
>Ö÷Ìâ_º

4        33

>
>FM: CALDER SEACARRIER CORP.
>   Athens-Greece
>   tel: +30210-9659910 fax: +30210-9659466
>   E-Mail: calder@otenet.gr
>
>18 Jul 2007-17:51. Ref:58200-U02
>
>
>To:Sinoriches
>CC:Seapride
>
>The bs/l will be released only after messrs Sinoriches remit the
>freight due to us (usd 257.721,10).
>
>We will wait until tomorrow am to receive the frt from messrs Sinoriches.
>
 ⸱If messrs Sinoriches fal to remit the frt by tomorrow am, we will act
⸴as per
our
>last message.
>
>Brgrds
>
>
>
>
>>From: "Sinoriches Shipping Ltd"  <mail@sinoriches.com >
>>To: "calder@otenet.gr"  <calder@otenet.gr >
>>Subject: Re:
>>CC: "Seapride Maritime"  <seapride@otenet.gr >
>>Date: Wed, 18 Jul 2007 22:40:38 +0800
>>
 ⸱ ⸱>dear sir,
 >>
>>cc: paul
>>
>>
>>pls note the head charterer of bs/l no. 14 had effected the frt
>>payment to you already n you already confirmed safe receipt. but the
>>original bs/l still not released yet.
>>
>>owner was obligaged to release original bs/l to shipper after being paid.
>>
>>
>>await yours.
>>
>>
>>b.rgds/sinoriches
>>
>>

203    34

>>
>>
>>Sinoriches Shipping Ltd
>>2007-07-18
>>
>>
>>
>>˙¢¼þÈË_?calder@otenet.gr
>>˙¢ÏÍÊ±¼ä_?2007-07-18 22:20:45
>>ÊÕ¼þÈË_?mail@sinoriches.com
>>__ÊÍ_?
>>Ö÷Ìâ_?
>>
>>
>>FM: CALDER SEACARRIER CORP.
>>   Athens-Greece
>>   tel: +30210-9659910 fax: +30210-9659466
  >   E-Mail: calder@otenet.gr
>>
>>18 Jul 2007-01:58. Ref:58193-U02
>>
>>
>>To:Sinoriches
>>CC:Seapride
>>
>>Re:mv Vera/Sinoriches
>>
>>We wish to remind to messrs Sinoriches that the frt is long overdue
>>and
>tomorrow
>>is the final deadline of the frt payment.
>>
>>If messrs Sinoriches donot remit by latest tomorrow the frt due to us
  >(usd 257.721,10), then the m/v 'Strange Attractor 1' will not be
>>berthed at Bejaia or at any other discharging port and the d/as will not be paid.
>>
>>Furthermore, the issue of the bs/l nbr SGLSHA7T06001 which is marked
>>clean on board and shows 'Sinoriches' as carriers and is predated 20th
>>April has been done without our written confirmation and such is an action of fraud.
>>
>>All matters (including the very serious matter of bs/l nbr
>>SGLSHA7T06001) will be solved only if messrs Sinoriches remit the frt
>>due to us by latest
tomorrow.
>>
>>Brgrds
>>
>>
>>
>>[Message sent via SOFTWAY Communication Program]
>

6        204       35

18

REDACTED

Quote
==
From: "sinoriches-wang" <mail@sinoriches.com>
To: "calder@otenet.gr" <calder@otenet.gr>
Subject: Re:
CC: <No CC specified>
Date: Thu, 19 Jul 2007 17:43:55 +0800

Dear Sirs,

Attached please find the message from headowner threatening us to lien the cargo in Singapore and held the original bill of lading demanding for the full freight more than the figure you have instructed us to pay to headowner__s bank account, which make us puzzled on how to pay the ocean freight. Please discuss with the headowner on this issue and make clarification as soon as possible. We shall remind you that upon receipt of goods you as carrier and the headowner as actual carrier are liable to sign full sets of bills of lading to us. However, no bills of lading have been released by you/headowner, which has caused huge loss or damage to us, though the vessel have already sailed for 20 days, therefore, you are requested to release the full sets of clean bills of lading before C.O.B.
Friday, otherwise we will exercise our rights to lien the ocean freight or take legal steps including arrest of vessels to protect our interests.

b.rgds/ sinoriches


==
Unquote

Regards

36

1

Info

| | |
|---|---|
| From: | Info |
| Sent: | 19 July 2007 12:56 |
| To: | 'mail@sinoriches.com' |
| Cc: | Calder Seacarrier Corp (calder@otenet.gr) |
| Subject: | MV "VERA" |

For the attention of: Mr Charlie Wang

We are the London solicitors for Calder Seacarrier Corporation.  We have noted the messages
sent to you by Messrs Priamos, and in particular theirs of Tuesday, 17ᵗʰ July 2007.

May we say immediately that we very much regret that an attempt should be made to embroil
you in a dispute under a head Charter, to which you are not a party.  We appreciate how
difficult it is for you, as an innocent third party, to assess the rights and wrongs of somebody
else's dispute.  May we, however, just say this:

'  ¬d Owners have provided a regretfully biased and inaccurate analysis of the disputes between
the parties.  They also certainly misrepresent the position as a matter of law.  Regretfully, head
Owners have taken a number of steps (of which you appear to be the main recipient) of seeking
to interfere with Calder's existing (and entirely satisfactory) relationships with shippers,
encouraging those shippers to break their contracts with Calder and, rather, to contract directly
with head Owners on apparently better terms.  You will appreciate that is not in any way
conduct that Calder is able to tolerate and the matter has already been referred to Arbitration in
London in accordance with the head C/P terms.

What we do say is that it would be entirely inappropriate for you to proceed as head Owners
suggest.  As Messrs Calder have already advised, it would actually be a retrograde step for you
to pay the freight as Owners are suggesting as it might indeed render you liable to pay it again.

We are taking urgent steps to contact head Owners' solicitors to lodge the strongest protest as
to their clients' conduct.  In the meantime, we can only repeat that the advice their clients have
give you regarding your obligation to pay freight to head Owners is not correct.  We shall revert
(  ɔwing our exchange with head Owners' solicitors and we can only repeat our apology at the
inconvenience you are being caused.

Regards
Fisher

Fishers
72 Leonard Street
London EC2A 4QX
Regulated by the Solicitors Regulation Authority

Tel:  +44 (0)20 7613 8111
Fax: +44 (0)20 7613 8112

**Privilege and Disclaimer statement:**  This e-mail message contains information that is confidential and which may be subject to legal privilege.  If you are
not the named recipient, you must not rely upon the contents of nor distribute or copy this message.  Fishers does not guarantee that this message as received is in
the precise form it was originally sent in.  It may have become corrupted or amended and, further, its confidentiality may have been breached.  Any advice herein
must be subject to verification against a hard copy.  Although this e-mail and any attachments to it are believed to be free of any virus or any defect which may affect
any computer or IT system into which they are received and opened, no responsibility is accepted by Fishers for any loss or damage arising in any way from receipt or
use of this message.

37

1

REDACTED

|en

Quote
==

From: "fanxj" <pencgs@cswd.com.cn>
To: "calder@otenet.gr" <calder@otenet.gr>
Subject: MV VERA
CC: <No CC specified>
Date: Fri, 20 Jul 2007 17:44:47 +0800

GOOD DAY DEAR,

CONFIRM WELL RECEIVED BELOW NOTED.

B.RGDS!
JAMES FAN
======= 2007-07-20 17:32:16 ÄúÔÚ__ÐÅÖÐÐ____°=======

>
>FM: CALDER SEACARRIER CORP.
>   Athens-Greece
>   tel: +30210-9659910 fax: +30210-9659466
>   E-Mail: calder@otenet.gr
>
>20 Jul 2007-12:28. Ref:58233-U02
>

1

>
>To:Penavico
>CC:Global Law Office Beijing
>
>Re:mv Vera
>
>Please note that we DONOT authorize you yet to release any of the bs/l
>for the cargo loaded at Changshu.
>
>We will revert with our written instructions after we conclude
>agreement with Priamos.
>
>PLease confirm by return clear understanding.
>
>Brgrds
>Ops Dept.
>
>
>
>>From: "fanxj" <pencgs@cswd.com.cn>
>>To: "CALder" <calder@otenet.gr>
>>Subject: MV VERA    -- BS/L RELEASE
>>CC: <No CC specified>
>>Date: Fri, 20 Jul 2007 17:21:23 +0800
>>
>>KA:CAPT.PANOS
>>FM:PENAVICO CHANGSHU
>>OUR REF:JF070720E
>>
>>GOOD DAY CAPT.PANOS,
>>
>>RECEIVED BELOW FROM PRIAMOSMARITIME, PLS CONFIRM BY RETURN WE CAN
>>RELEASE THE SAID BS/L OR NOT.
>>
>>B.RGDS!
>>JAMES FAN
>>***********ÏÅÃæÊÇ×_·¢ÓÊ¼þ***********
>>Ô_ÓÊ¼þ·¢¼þþÈËÃûÖ: priamosmaritime
>>Ô_ÓÊ¼þ·¢¼þÈË_ØÖ·_°priamosmaritime@priamosmaritime.com
>>
>>>
>>>=================================================================
======
>>>          P R I A M O S
>>>72-74, Marathonos Str., 16673 Panorama Voulas , Athens, Greece
>>>tel:+30-2108952566; fax:+30-2108994493, telex: 214242 blct gr
>>>E-mail: priamosmaritime@priamosmaritime.com; priamos@softway.gr
>>>          Web: www.priamosmaritime.eu
>>>=================================================================
======
>>>      20 Jul 2007-12:02.   Ref:12869-MAL.                           39
>>>

2

>>>urgent
>>>
>>>Att Mr James
>>>
>>>cc: Mr Charlie Wong/Sinoriches
>>>
>>>mv Vera/BsL Changshu
>>>
>>>You are hereby authorised by the Owners to release Original Bs/L to
>>>the Shippers as follows:
>>>
>>>Bs/L Nos 1 to 13 unconditionally
>>>
>>>Bs/L No 14 - Owners release under protest as the freight  has not
>>>been paid to the Owners
>>>
>>>Bs/L Nos 15-29 unconditionally
>>>
>>>Bs/l No 30 - must be corrected as per our message to be sent nmow
>>>  as there is a small disrepance between M/R and its wording
>>>
>>>Bs/L No 31 unconditionally
>>>
>>>Pl confirm
>>>
>>>Regards
>>>
>>>Priamos Maritime Sa
>>>as Agents to the Owners
>>>

==
Unquote


Best regards



[Message sent via SOFTWAY Communication Program]

