```
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO                 4687
RECIPIENT ADDRESS        00390376657095
DESTINATION ID
ST. TIME                 07/09 18:03
TIME USE                 01'47
PAGES SENT               3
RESULT                   OK
```

# Fishers
## Solicitors

## fax transmission

| | |
|---|---|
| **To:** | MARCEGEGLIA SPA |
| **For the attention of:** | Mr Tontini |
| **Your reference:** | |
| **Your fax:** | +39 0376657095 |
| | |
| **Our reference:** | KS/C000910 |
| **Email:** | sharma@fishcity.co.uk |
| | |
| **Date:** | 07 September 2007 |
| **Total no of pages:** | 3    including this page |

---

## "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE
SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY
OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY
PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED                          80

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
       BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
       FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered
into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

# Fishers
## Solicitors

### fax transmission

| | |
|---|---|
| **To:** | COSTRUZIONI CIMOLAI ARMANDO SPA |
| **For the attention of:** | Mr Botaccin/ Mr Venturelli |
| **Your reference:** | |
| **Your fax:** | +39 0434558226 |
| | |
| **Our reference:** | KS/C000910 |
| **Email:** | sharma@fishcity.co.uk |
| | |
| **Date:** | 07 September 2007 |
| **Total no of pages:** | 3    including this page |

---

### "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
    BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
    FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

**Please Telephone 020 7613 8111 if any pages are unclear**

Nicholas Fisher

72 Leonard Street  London EC2A 4QX
Telephone: 020 7613 8111  Fax:020 7613 8112
E-mail info@fishcity.co.uk

This facsimile message contains information that is confidential and which may be subject to legal privilege.  If you are not the named recipient, you must not rely upon the contents of nor distribute or copy this message.  If you have received this message in error, please notify us by telephone or facsimile and return the original to us by post to the above address

CALDER provided the "VERA" to SINORICHES for the carriage of a part cargo of approx 21,000 mts of steel products from Changshu to Ravenna on terms including the Gencon 1994 form of charterparty. In breach thereof, SINORICHES have failed to pay CALDER freight in the sum of US$1,398,099.40 which sum remains due and owing to CALDER.

Clause 8 of the Fixture which is on and/or incorporates the Gencon 1994 for provides:

> **"Lien Clause**
> [CALDER] shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering the same"

In these circumstances WE HEREBY GIVE NOTICE to all those interested in, and in particular the holders of any or all of the above Bills of Lading and the shippers and notify parties thereto that our clients CALDER NOW EXERCISE A LIEN over the cargo pursuant to Clause 8 of the Fixture as set out above in respect of the outstanding amount of freight of US$1,398,099.40. This lien is further exercised on all and any sub-freights due under any sub-voyage charter or due from you or any of you by way of Bill of Lading freights. This Notice is limited to the amount of US$1,398,099.40 plus costs in relation to its enforcement but no more.

We therefore call upon you in the exercise of CALDER's lien to pay any sub-freights and/or Bill of Lading freights or howsoever TO CALDER AND TO NO OTHER PARTY up to the extent of CALDER's lien. Payment should be made to this firm's US$ Client account as below:

Allied Irish Bank
Mayfair Branch
10 Berkeley Square
London W1J 6AA

Sort Code: 23-83-97

Fishers US Dollar Client Account Number: 23928520119808
IBAN:        GB88AIBK23928520119808
SWIFT:       AIBKGB2L

Whilst we should be happy to consider any further enquiries you may have arising out of this Notice, and we must advise you that failure to comply with it will result in legal action against you. In the event you should disregard this Notice and make payment other than as instructed above then you will nonetheless remain liable to pay any freights up to the amount of our lien to CALDER even though you have already paid the same to any other party.

By this Notice we also exercise CALDER's lien over the cargo as against SINORICHES and we call upon them to honour their freight obligations under the Fixture by making payment to our above bank account forthwith.

In the event that any payment is received from any other source in respect of CALDER's lien for freight under the Fixture then we shall notify you forthwith and the lien hereby exercised will be reduced and/or extinguished accordingly. TAKE NOTICE however that until such time as CALDER's possessory lien hereunder is extinguished CALDER will not release the cargo up to the value of the lien to any party interested in it. For the avoidance of doubt, the copy Bill of Lading we have seen whilst referring to freight payment does not confirm Bill of Lading freight to have been paid and thus we consider this Notice to be entirely lawful.

In the event that you have instructed agents or any interested party in relation to the payment of sub-freight under any voyage Charter or in respect of Bill of Lading freights then we hereby call upon you to provide each with the full terms of this Notice which will, in any event, remain fully effective upon you.

Regards,

Kish Sharma

Please Telephone 020 7613 8111 if any pages are unclear

Fishers
72 Leonard Street London EC2A 4QX

```
********************
***   FX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                4686
RECIPIENT ADDRESS       00390434558226
DESTINATION ID
ST. TIME                07/09 17:59
TIME USE                01'38
PAGES SENT              3
RESULT                  OK
```

# F i s h e r s
## S o l i c i t o r s

### f a x  t r a n s m i s s i o n

**To:**  COSTRUZIONI CIMOLAI ARMANDO SPA

**For the attention of:**  Mr Botaccin/ Mr Venturelli

**Your reference:**

**Your fax:**  +39 0434558226

**Our reference:**  KS/C000910

**Email:**  sharma@fishcity.co.uk

**Date:**  07 September 2007

**Total no of pages:**  3    including this page

---

## "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

RE:   "VERA" – VOYAGE CHANGSHU TO RAVENNA
      BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
      FIXTURE DATED 07.06.07                    84

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

## fax transmission

**To:** IMS SPA

**For the attention of:**

**Your reference:**

**Your fax:** +39 0396183375

**Our reference:** KS/C000910

**Email:** sharma@fishcity.co.uk

**Date:** 07 September 2007

**Total no of pages:** 3    including this page

---

### "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
       BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
       FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

**Please Telephone 020 7613 8111 if any pages are unclear**

Nicholas Fisher

72 Leonard Street  London EC2A 4QX
Telephone: 020 7613 8111  Fax:020 7613 8112
E-mail Info@fishcity.co.uk

This facsimile message contains information that is confidential and which may be subject to legal privilege. If you are not the named recipient, you must not rely upon the contents of nor distribute or copy this message. If you have received this message in error, please notify us by telephone or facsimile and return the original to us by post to the above address

CALDER provided the "VERA" to SINORICHES for the carriage of a part cargo of approx 21,000 mts of steel products from Changshu to Ravenna on terms including the Gencon 1994 form of charterparty. In breach thereof, SINORICHES have failed to pay CALDER freight in the sum of US$1,398,099.40 which sum remains due and owing to CALDER.

Clause 8 of the Fixture which is on and/or incorporates the Gencon 1994 for provides:

> **"Lien Clause**
> [CALDER] shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering the same"

In these circumstances WE HEREBY GIVE NOTICE to all those interested in, and in particular the holders of any or all of the above Bills of Lading and the shippers and notify parties thereto that our clients CALDER NOW EXERCISE A LIEN over the cargo pursuant to Clause 8 of the Fixture as set out above in respect of the outstanding amount of freight of US$1,398,099.40. This lien is further exercised on all and any sub-freights due under any sub-voyage charter or due from you or any of you by way of Bill of Lading freights. This Notice is limited to the amount of US$1,398,099.40 plus costs in relation to its enforcement but no more.

We therefore call upon you in the exercise of CALDER's lien to pay any sub-freights and/or Bill of Lading freights or howsoever TO CALDER AND TO NO OTHER PARTY up to the extent of CALDER's lien. Payment should be made to this firm's US$ Client account as below:

Allied Irish Bank
Mayfair Branch
10 Berkeley Square
London W1J 6AA

Sort Code: 23-83-97

Fishers US Dollar Client Account Number: 23928520119808
IBAN:        GB88AIBK23928520119808
SWIFT:       AIBKGB2L

Whilst we should be happy to consider any further enquiries you may have arising out of this Notice, and we must advise you that failure to comply with it will result in legal action against you. In the event you should disregard this Notice and make payment other than as instructed above then you will nonetheless remain liable to pay any freights up to the amount of our lien to CALDER even though you have already paid the same to any other party.

86

By this Notice we also exercise CALDER's lien over the cargo as against SINORICHES and we call upon them to honour their freight obligations under the Fixture by making payment to our above bank account forthwith.

In the event that any payment is received from any other source in respect of CALDER's lien for freight under the Fixture then we shall notify you forthwith and the lien hereby exercised will be reduced and/or extinguished accordingly. TAKE NOTICE however that until such time as CALDER's possessory lien hereunder is extinguished CALDER will not release the cargo up to the value of the lien to any party interested in it. For the avoidance of doubt, the copy Bill of Lading we have seen whilst referring to freight payment does not confirm Bill of Lading freight to have been paid and thus we consider this Notice to be entirely lawful.

In the event that you have instructed agents or any interested party in relation to the payment of sub-freight under any voyage Charter or in respect of Bill of Lading freights then we hereby call upon you to provide each with the full terms of this Notice which will, in any event, remain fully effective upon you.

Regards,

Kish Sharma

87

```
                        ***  TX REPORT  ***
                        **********************

    TRANSMISSION OK

    TX/RX NO              4685
    RECIPIENT ADDRESS     00390396183375
    DESTINATION ID
    ST. TIME              07/09 17:57
    TIME USE              01'38
    PAGES SENT            3
    RESULT               OK
```

# Fishers

## Solicitors

## fax transmission

| | |
|---|---|
| **To:** | IMS SPA |
| **For the attention of:** | |
| **Your reference:** | |
| **Your fax:** | +39 0396183375 |
| | |
| **Our reference:** | KS/C000910 |
| **Email:** | sharma@fishcity.co.uk |
| | |
| **Date:** | 07 September 2007 |
| **Total no of pages:** | 3    including this page |

---

## "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

88

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
       BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
       FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

# Fishers

## Solicitors

### fax transmission

| | |
|---|---|
| **To:** | SICAM SPA |
| **For the attention of:** | |
| **Your reference:** | |
| **Your fax:** | +39 0384202291 |
| | |
| **Our reference:** | KS/C000910 |
| **Email:** | sharma@fishcity.co.uk |
| | |
| **Date:** | 07 September 2007 |
| **Total no of pages:** | 3    including this page |

---

### "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
       BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
       FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

**Please Telephone 020 7613 8111 if any pages are unclear**

Nicholas Fisher

72 Leonard Street  London EC2A 4QX
Telephone: 020 7613 8111  Fax:020 7613 8112
E-mail info@fishcity.co.uk

89

This facsimile message contains information that is confidential and which may be subject to legal privilege. If you are not the named recipient, you must not rely upon the contents of nor distribute or copy this message. If you have received this message in error, please notify us by telephone or facsimile and return the original to us by post to the above address

CALDER provided the "VERA" to SINORICHES for the carriage of a part cargo of approx 21,000 mts of steel products from Changshu to Ravenna on terms including the Gencon 1994 form of charterparty. In breach thereof, SINORICHES have failed to pay CALDER freight in the sum of US$1,398,099.40 which sum remains due and owing to CALDER.

Clause 8 of the Fixture which is on and/or incorporates the Gencon 1994 for provides:

> **"Lien Clause**
> [CALDER] shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering the same"

In these circumstances WE HEREBY GIVE NOTICE to all those interested in, and in particular the holders of any or all of the above Bills of Lading and the shippers and notify parties thereto that our clients CALDER NOW EXERCISE A LIEN over the cargo pursuant to Clause 8 of the Fixture as set out above in respect of the outstanding amount of freight of US$1,398,099.40. This lien is further exercised on all and any sub-freights due under any sub-voyage charter or due from you or any of you by way of Bill of Lading freights. This Notice is limited to the amount of US$1,398,099.40 plus costs in relation to its enforcement but no more.

We therefore call upon you in the exercise of CALDER's lien to pay any sub-freights and/or Bill of Lading freights or howsoever TO CALDER AND TO NO OTHER PARTY up to the extent of CALDER's lien. Payment should be made to this firm's US$ Client account as below:

Allied Irish Bank
Mayfair Branch
10 Berkeley Square
London W1J 6AA

Sort Code: 23-83-97

Fishers US Dollar Client Account Number: 23928520119808
IBAN:        GB88AIBK23928520119808
SWIFT:       AIBKGB2L

Whilst we should be happy to consider any further enquiries you may have arising out of this Notice, and we must advise you that failure to comply with it will result in legal action against you. In the event you should disregard this Notice and make payment other than as instructed above then you will nonetheless remain liable to pay any freights up to the amount of our lien to CALDER even though you have already paid the same to any other party.                    **9 0**

By this Notice we also exercise CALDER's lien over the cargo as against SINORICHES and we call upon them to honour their freight obligations under the Fixture by making payment to our above bank account forthwith.

In the event that any payment is received from any other source in respect of CALDER's lien for freight under the Fixture then we shall notify you forthwith and the lien hereby exercised will be reduced and/or extinguished accordingly. TAKE NOTICE however that until such time as CALDER's possessory lien hereunder is extinguished CALDER will not release the cargo up to the value of the lien to any party interested in it. For the avoidance of doubt, the copy Bill of Lading we have seen whilst referring to freight payment does not confirm Bill of Lading freight to have been paid and thus we consider this Notice to be entirely lawful.

In the event that you have instructed agents or any interested party in relation to the payment of sub-freight under any voyage Charter or in respect of Bill of Lading freights then we hereby call upon you to provide each with the full terms of this Notice which will, in any event, remain fully effective upon you.

Regards,

Kish Sharma

91

Please Telephone 020 7613 8111 if any pages are unclear

Fishers
72 Leonard Street London EC2A 4QX

```
***********************
***  TX REPORT  ***
***********************

TRANSMISSION OK

TX/RX NO              4684
RECIPIENT ADDRESS     00390384202291
DESTINATION ID
ST. TIME              07/09 17:53
TIME USE              01'30
PAGES SENT            3
RESULT               OK
```

# Fishers
## Solicitors

### fax transmission

**To:**                        SICAM SPA
**For the attention of:**
**Your reference:**
**Your fax:**                  +39 0384202291

**Our reference:**             KS/C000910
**Email:**                     sharma@fishcity.co.uk

**Date:**                      07 September 2007
**Total no of pages:**         3       including this page

---

## "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE
## NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
       BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
       FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

# Fishers
## Solicitors

## fax transmission

| | |
|---|---|
| **To:** | EUSIDER SPA |
| **For the attention of:** | |
| **Your reference:** | |
| **Your fax:** | +39 031879105 |
| | |
| **Our reference:** | KS/C000910 |
| **Email:** | sharma@fishcity.co.uk |
| | |
| **Date:** | 07 September 2007 |
| **Total no of pages:** | 3    including this page |

---

### "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
       BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
       FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

**Please Telephone 020 7613 8111 if any pages are unclear**

Nicholas Fisher

72 Leonard Street  London EC2A 4QX
Telephone: 020 7613 8111  Fax:020 7613 8112
E-mail info@fishcity.co.uk

93

This facsimile message contains information that is confidential and which may be subject to legal privilege. If you are not the named recipient, you must not rely upon the contents of nor distribute or copy this message. If you have received this message in error, please notify us by telephone or facsimile and return the original to us by post to the above address

CALDER provided the "VERA" to SINORICHES for the carriage of a part cargo of approx 21,000 mts of steel products from Changshu to Ravenna on terms including the Gencon 1994 form of charterparty. In breach thereof, SINORICHES have failed to pay CALDER freight in the sum of US$1,398,099.40 which sum remains due and owing to CALDER.

Clause 8 of the Fixture which is on and/or incorporates the Gencon 1994 for provides:

> "**Lien Clause**
> [CALDER] shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering the same"

In these circumstances WE HEREBY GIVE NOTICE to all those interested in, and in particular the holders of any or all of the above Bills of Lading and the shippers and notify parties thereto that our clients CALDER NOW EXERCISE A LIEN over the cargo pursuant to Clause 8 of the Fixture as set out above in respect of the outstanding amount of freight of US$1,398,099.40. This lien is further exercised on all and any sub-freights due under any sub-voyage charter or due from you or any of you by way of Bill of Lading freights. This Notice is limited to the amount of US$1,398,099.40 plus costs in relation to its enforcement but no more.

We therefore call upon you in the exercise of CALDER's lien to pay any sub-freights and/or Bill of Lading freights or howsoever TO CALDER AND TO NO OTHER PARTY up to the extent of CALDER's lien. Payment should be made to this firm's US$ Client account as below:

Allied Irish Bank
Mayfair Branch
10 Berkeley Square
London W1J 6AA

Sort Code: 23-83-97

Fishers US Dollar Client Account Number: 23928520119808
IBAN:        GB88AIBK23928520119808
SWIFT:       AIBKGB2L

Whilst we should be happy to consider any further enquiries you may have arising out of this Notice, and we must advise you that failure to comply with it will result in legal action against you. In the event you should disregard this Notice and make payment other than as instructed above then you will nonetheless remain liable to pay any freights up to the amount of our lien to CALDER even though you have already paid the same to any other party.

## 94

By this Notice we also exercise CALDER's lien over the cargo as against SINORICHES and we call upon them to honour their freight obligations under the Fixture by making payment to our above bank account forthwith.

In the event that any payment is received from any other source in respect of CALDER's lien for freight under the Fixture then we shall notify you forthwith and the lien hereby exercised will be reduced and/or extinguished accordingly. TAKE NOTICE however that until such time as CALDER's possessory lien hereunder is extinguished CALDER will not release the cargo up to the value of the lien to any party interested in it. For the avoidance of doubt, the copy Bill of Lading we have seen whilst referring to freight payment does not confirm Bill of Lading freight to have been paid and thus we consider this Notice to be entirely lawful.

In the event that you have instructed agents or any interested party in relation to the payment of sub-freight under any voyage Charter or in respect of Bill of Lading freights then we hereby call upon you to provide each with the full terms of this Notice which will, in any event, remain fully effective upon you.

Regards,

Kish Sharma

95

Please Telephone 020 7613 8111 if any pages are unclear

Fishers
72 Leonard Street London EC2A 4QX

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO              4683
RECIPIENT ADDRESS     0039031879105
DESTINATION ID
ST. TIME              07/09 17:51
TIME USE              01'31
PAGES SENT            3
RESULT               OK
```

# F i s h e r s
## S o l i c i t o r s

## f a x   t r a n s m i s s i o n

| | |
|---|---|
| **To:** | EUSIDER SPA |
| **For the attention of:** | |
| **Your reference:** | |
| **Your fax:** | +39 031879105 |
| | |
| **Our reference:** | KS/C000910 |
| **Email:** | sharma@fishcity.co.uk |
| | |
| **Date:** | 07 September 2007 |
| **Total no of pages:** | 3      including this page |

### "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:                                              **96**
SINORICHES GLOBAL LIMITED

RE:   "VERA" – VOYAGE CHANGSHU TO RAVENNA
      BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
      FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

# fishers
## Solicitors

## fax transmission

**To:**                           COMMERCIALE TUBI S.P.A
**For the attention of:**
**Your reference:**
**Your fax:**                     +39 0421679679

**Our reference:**                KS/C000910
**Email:**                        sharma@fishcity.co.uk

**Date:**                         07 September 2007
**Total no of pages:**            3      including this page

---

## "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED

RE:   "VERA" – VOYAGE CHANGSHU TO RAVENNA
      BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
      FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

**Please Telephone 020 7613 8111 if any pages are unclear**

Nicholas Fisher

72 Leonard Street  London EC2A 4QX                    **97**
Telephone: 020 7613 8111  Fax:020 7613 8112
E-mail info@fishcity.co.uk

This facsimile message contains information that is confidential and which may be subject to legal privilege. If you are not the named recipient, you must not rely upon the contents of nor distribute or copy this message. If you have received this message in error, please notify us by telephone or facsimile and return the original to us by post to the above address

CALDER provided the "VERA" to SINORICHES for the carriage of a part cargo of approx 21,000 mts of steel products from Changshu to Ravenna on terms including the Gencon 1994 form of charterparty. In breach thereof, SINORICHES have failed to pay CALDER freight in the sum of US$1,398,099.40 which sum remains due and owing to CALDER.

Clause 8 of the Fixture which is on and/or incorporates the Gencon 1994 for provides:

> "**Lien Clause**
> [CALDER] shall have a lien on the cargo and on all sub-freights payable in respect of the cargo, for freight, deadfreight, demurrage, claims for damages and for all other amounts due under this Charter Party including costs of recovering the same"

In these circumstances WE HEREBY GIVE NOTICE to all those interested in, and in particular the holders of any or all of the above Bills of Lading and the shippers and notify parties thereto that our clients CALDER NOW EXERCISE A LIEN over the cargo pursuant to Clause 8 of the Fixture as set out above in respect of the outstanding amount of freight of US$1,398,099.40. This lien is further exercised on all and any sub-freights due under any sub-voyage charter or due from you or any of you by way of Bill of Lading freights. This Notice is limited to the amount of US$1,398,099.40 plus costs in relation to its enforcement but no more.

We therefore call upon you in the exercise of CALDER's lien to pay any sub-freights and/or Bill of Lading freights or howsoever TO CALDER AND TO NO OTHER PARTY up to the extent of CALDER's lien. Payment should be made to this firm's US$ Client account as below:

Allied Irish Bank
Mayfair Branch
10 Berkeley Square
London W1J 6AA

Sort Code: 23-83-97

Fishers US Dollar Client Account Number: 23928520119808
IBAN:        GB88AIBK23928520119808
SWIFT:        AIBKGB2L

Whilst we should be happy to consider any further enquiries you may have arising out of this Notice, and we must advise you that failure to comply with it will result in legal action against you. In the event you should disregard this Notice and make payment other than as instructed above then you will nonetheless remain liable to pay any freights up to the amount of our lien to CALDER even though you have already paid the same to any other party.        98

By this Notice we also exercise CALDER's lien over the cargo as against SINORICHES and we call upon them to honour their freight obligations under the Fixture by making payment to our above bank account forthwith.

In the event that any payment is received from any other source in respect of CALDER's lien for freight under the Fixture then we shall notify you forthwith and the lien hereby exercised will be reduced and/or extinguished accordingly. TAKE NOTICE however that until such time as CALDER's possessory lien hereunder is extinguished CALDER will not release the cargo up to the value of the lien to any party interested in it. For the avoidance of doubt, the copy Bill of Lading we have seen whilst referring to freight payment does not confirm Bill of Lading freight to have been paid and thus we consider this Notice to be entirely lawful.

In the event that you have instructed agents or any interested party in relation to the payment of sub-freight under any voyage Charter or in respect of Bill of Lading freights then we hereby call upon you to provide each with the full terms of this Notice which will, in any event, remain fully effective upon you.

Regards,

Kish Sharma

99

```
*********************
***   TX REPORT    ***
*********************

TRANSMISSION OK

TX/RX NO            4681
RECIPIENT ADDRESS  00390421679679
DESTINATION ID
ST. TIME           07/09 17:46
TIME USE           01'38
PAGES SENT         3
RESULT             OK
```

# Fishers

## Solicitors

## fax transmission

**To:**                      COMMERCIALE TUBI S.P.A
**For the attention of:**
**Your reference:**
**Your fax:**                +39 0421679679

**Our reference:**           KS/C000910
**Email:**                   sharma@fishcity.co.uk

**Date:**                    07 September 2007
**Total no of pages:**       3     including this page

---

## "VERA": CHANGSU TO RAVENNA: B/LS VE34CS01- VE34CS31 INCLUSIVE NOTICE OF LIEN

TO:
ALL THOSE INTERESTED IN THE CARGO OR ANY PART THEREOF, THAT IS THE SUBJECT MATTER OF BILLS OF LADING VE34CS01- VE34CS31 INCLUSIVE OR ANY OF THEM (WHETHER AS HOLDERS THEREOF/SHIPPERS/CONSIGNEES/NOTIFY PARTIES/ FREIGHT FORWARDERS OR OTHERWISE OR IN ANY WAY HOWSOEVER)

AND TO:
SINORICHES GLOBAL LIMITED                        100

RE:    "VERA" – VOYAGE CHANGSHU TO RAVENNA
       BILL OF LADINGS NUMBER VE34CS01- VE34CS31 INCLUSIVE
       FIXTURE DATED 07.06.07

We are London Solicitors for CALDER SEACARRIER CORP ("CALDER") who entered into a fixture ("the Fixture") with Sinoriches Global Ltd ("SINORICHES") whereby

## Garth Wolfson [Mahoney & Keane]

**From:**    Kish Sharma [sharma@fishcity.co.uk]
**Sent:**    Friday, January 04, 2008 8:10 AM
**To:**      Garth Wolfson [Mahoney & Keane]
**Subject:** "VERA" Message 5 of 6

<<Claim v Sinoriches Bundle pp 101-163.doc>>

Dear Garth,

As stated in our first email, please find **attached** pages 101-163 of the bundle of documents served with the Claim Submissions in the Sinoriches arbitration.

Best regards,

Kish Sharma


Fishers

72 Leonard Street

London EC2A 4QX

Regulated by the Solicitors Regulation Authority

Tel: +44 (0)20 7613 8111

Fax: +44 (0)20 7613 8112

**Privilege and Disclaimer statement:** This e-mail message contains information that is confidential and which may be subject to legal privilege. If you are not the named recipient, you must not rely upon the contents of nor distribute or copy this message. Fishers does not guarantee that this message as received is in the precise form it was originally sent in. It may have become corrupted or amended and, further, its confidentiality may have been breached. Any advice herein must be subject to verification against a hard copy. Although this e-mail and any attachments to it are believed to be free of any virus or any defect which may affect any computer or IT system into which they are received and opened, no responsibility is accepted by Fishers for any loss or damage arising in any way from receipt or use of this message.

Shipper
XINYU IRON AND STEEL CORPORATION LIMITED.
XINYU,JIANGXI 338001,CHINA

Consignee
TO THE ORDER

Notify address

COSTRUZIONI CIMOLAI ARMANDO SPA,
VIA UNGARESCA 38, 33170 PORDENONE ITALY

Vessel                          port of loading
MV. VERA  V.34                  CHANGSHU, CHINA

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods                                          Gross Weight

PAINT STENCILED                                                        166.737MT
STEEL GRADE/AND MARKS          PRIME  HOT ROLLED STEEL PLATES
CE HEAT NO. SIZE:

L/C NO.: 009926006425

1.THE STEEL PLATES STORED AT THE OPEN YARD WITHOUT ANY COVER;
2.6 PCS WITH SURFACE PARTLY RUST STAINED;
3.12 PCS WITH SURFACE RUST STAINED;
4.ALL STEEL PLATE SURFACE WERE SCRATCHED SLIGHTLY;

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007
INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

SAY TOTAL:18PCS

SHIPPED ON BOARD
FREIGHT PREPAID

SAY TOTAL EIGHTEEN  PIECES ONLY

(of which       NIL            on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per | **SHIPPED**  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| CHARTER-PARTY  dated    06.06.2007    ISSUED  IN  GREECE | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

Time used for loading............................days...........hours.

| Freight payable at | Place and date of issue |
|---|---|
| | CHANGSHU,CHINA    JUN 28 , 2007 |
| Number of original Bs/L | Signature |
| THREE(3) | |
| 101 | |
| | AS AGENT FOR AND ON BEHALF OF MASTER : |

Case 2:07-cv-08825-LAK    Document 48    Filed 04/07/2008    Page 27 of 51

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO. VE34CS22

Shipper
**XINYU IRON AND STEEL CORPORATION LIMITED.**
**XINYU CITY,JIANGXI PROVINCE,CHINA**

Consignee
**TO THE ORDER**

Notify address

**COSTRUZIONI CIMOLAI ARMANDO S.P.A**
**VIA UNGARESCA, 38 33170 PORDENONE(PN) ITALY**

| Vessel | port of loading |
|---|---|
| **MV. VERA   V.34** | **CHANGSHU PORT, CHINA** |

port of discharge
**RAVENNA PORT, ITALY**

| Shipper's description of goods | Gross Weight |
|---|---|
| **PAINT STENCILED** | |
| | **2131.249MT** |
| **STEEL GRADE/AND**   **PRIME HOT ROLLED STEEL PLATES** | |
| **MARKS CE HEAT NO.** | |
| **SIZE:** | |

**L/C NUMBER:033795131804877**

1.THE STEEL PLATES STORED AT THE OPEN YARD WITHOUT ANY COVER;
2.229 PCS WITH SURFACE PARTLY RUST STAINED;
3.89 PCS WITH SURFACE RUST STAINED;
4.ALL STEEL PLATE SURFACE WERE SCRATCHED SLIGHTLY;

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007
INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

**SAY  TOTAL:318PCS**

**SHIPPED ON BOARD**
**FREIGHT PREPAID**

**SAY TOTAL THREE HUNDRED AND EIGHTEEN  PIECES ONLY**

(of which        NIL            on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per | SHIPPED at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| CHARTER-PARTY   dated     06.06.2007   ISSUED   IN GREECE | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| FREIGHT ADVANCE. Received on account of freight: | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Time used for loading............. ..............days............hours. | |

| Freight payable at | Place and date of issue |
|---|---|
| | **CHANGSHU,CHINA    JUN 26 , 2007** |
| Number of original Bs/L | Signature |
| **THREE(3)** | |
| . . . | |
| **102** | **AS AGENT FOR AND ON BEHALF OF MASTER :** |

Shipper
**XINYU IRON AND STEEL CORPORATION LIMITED.**
**XINYU CITY,JIANGXI PROVINCE,CHINA**

Consignee
**TO THE ORDER**

Notify address

**COSTRUZIONI CIMOLAI ARMANDO SPA**
**VIA UNGARESCA, 38 33170 PORDENONE ITALY**

| Vessel | port of loading |
|---|---|
| **MV. VERA    V.34** | **CHANGSHU PORT, CHINA** |

port of discharge
**RAVENNA PORT, ITALY**

Shipper's description of goods                                      Gross Weight

**PAINT STENCILED**                                                **953.197MT**

**STEEL GRADE/AND**          **PRIME HOT ROLLED STEEL PLATES**
**MARKS 'CE' HEAT**
**NO. ....SIZE:....**
                             **DOCUMENTARY CREDIT NUMBER: 005CI190212**

**1.THE STEEL PLATES STORED AT THE OPEN YARD WITHOUT ANY COVER;**
**2.97 PCS WITH SURFACE PARTLY RUST STAINED;**
**3.39 PCS WITH SURFACE RUST STAINED;**
**4.ALL STEEL PLATE SURFACE WERE SCRATCHED SLIGHTLY;**

**ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.**

**SAY  TOTAL:136PCS**

**SHIPPED ON BOARD**
**FREIGHT PREPAID**

**SAY TOTAL ONE HUNDRED AND THIRTY SIX  PIECES ONLY**

(of which        NIL              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per<br><br>CHARTER-PARTY  dated    06.06.2007    ISSUED  IN<br>GREECE<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>Time used for loading.............................days............hours. | **S H I P P E D**    at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified within.<br>Weight, measure, quality, quantity, condition, contents, and value unknown<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | Place and date of issue<br><br>**CHANGSHU,CHINA      JUN 25 , 2007** |
| Number of original Bs/L<br><br>**THREE(3)** | Signature<br><br><br>**AS AGENT FOR AND ON BEHALF OF MASTER :** |

103

CODE NAME "CONGENBILL" EDITION 1994

Case 2:07-cv-06520-LAK    Document 48    Filed 01/07/2008    Page 29 of 51

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.
VE34CS04

**Shipper**
WUXI DINGYUAN PRECISION COLD DRAWN
STEEL PIPE CO. LTD.
INDUSTRIAL PARK OF QIANQIAO TOWN, QIANQIAO
WUXI JIANGSU 214151

**Consignee**
TO ORDER

**Notify address**
EUROTUBI ALBERT FRANK SRL

| Vessel | port of loading |
|--------|-----------------|
| VERA V.34 | CHANGSHU, CHINA |

**port of discharge**
RAVENNA, ITALY

| Shipper's description of goods | | | Gross Weight |
|---|---|---|---|
| N/M | 101BUNDLES | G.W.: 178.948MT | 72.97M3 |

SEAMLESS CARBON STEEL TUBE/STEEL GRADE J55
(SECONDARY GRADE TUBE)
SIZE O.D.73.02WALL5.51MM 8500MM QUANTITY 1,590PCS, 139.382MT
SIZE O.D.88.90WALL6.45MM 8500MM QUANTITY 311PCS, 39.566MT
GOODS RENDERED CIF RAVENNA PORT ITALY

1) THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE
   SURFACE DURING RAIN BEFORE LOADING
2) ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION. VISIBLE
   TUBES WITH SURFACE RUST STAINED
3) 28 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1-3 PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID

SAY TOTAL ONE HUNDRED AND ONE BUNDLES ONLY

(of which        NIL        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER-PARTY dated **06 JUNE, 2007**<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>Time used for loading................................days.............hours. | **S H I P P E D**  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents, and value unknown<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
|---|---|
| **Freight payable at**<br>FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | **Place and date of issue**<br>CHANGSHU PORT, CHINA<br>2007-06-30 |
| Number of original Bs/L<br><br>3/3 (THREE) | **Signature**<br>AS AGENT FOR AND ON BEHALF OF MASTER:<br>PANFILOV YURIY |

104

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L. NO.
VE34CS03

Shipper
WUXI DINGYUAN PRECISION COLD DRAWN
STEEL PIPE CO. LTD.
INDUSTRIAL PARK OF QIANQIAO TOWN, QIANQIAO
WUXI 214151 JIANGSU / P.R.CHINA

Consignee
TO THE ORDER

Notify address
EUROTUBI ALBERT FRANK SRL
VIA TROTTI, 112
15100 ALESSANDRIA

| Vessel | port of loading |
|--------|-----------------|
| VERA V.34 | CHANGSHU, CHINA |

port of discharge
RAVENNA, ITALY

| Shipper's description of goods | | | Gross Weight |
|---|---|---|---|
| N/M | 19BUNDLES | G.W.: 32.609MT | 10.12M3 |

"SEAMLESS CARBON STEEL TUBE ACCORDING TO GB/T
8162/STEEL GRADE 16Mn"
AS PER PURCHASE CONTRACT NO.070125 DATED JAN.25,2007
GOODS DELIVERED CIF RAVENNA PORT

1) THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE
   SURFACE DURING RAIN BEFORE LOADING
2) ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION.
3) 7 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1-3 PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY
DATED 06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID

SAY TOTAL NINETEEN BUNDLES ONLY
(of which      NIL        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated  **06 JUNE, 2007**

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading....................................days............hours.

**S H I P P E D**  at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | CHANGSHU PORT, CHINA 2007-06-30 |
| Number of original Bs/L | Signature |
| 3/3 (THREE)          105 | AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

Case 2:07-cv-00026-LAK   Document 48   Filed 01/07/2008   Page 31 of 51   B/L NO.51   VE34CS01

**Shipper**
WUXI DINGYUAN PRECISION COLD-DRAWN
STEEL PIPE CO. LTD.
INDUSTRIAL PARK OF QIANQIAO TOWN, QIANQIAO
WUXI 214151 JIANGSU / P.R.CHINA

**Consignee**
TO THE ORDER OF EUROTUBI ALBERT FRANK SRL

**Notify address**
EUROTUBI ALBERT FRANK SRL
VIA CECCARDI ROCCATAGLIATA
C 4 16121 GENOVA

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU, CHINA |

**port of discharge**
RAVENNA, ITALY

| Shipper's description of goods | | | Gross Weight |
|---|---|---|---|
| N/M | 109BUNDLES | G.W.: 85.820MT | 101.09M3 |

SEAMLESS CARBON STEEL TUBE ACCORDING TO EN 10216-1/STEEL
GRADE P235TR2 AS FOLLOWS:
MT 85.820 MT 5PCT +/-

| SIZE(mm) | LENGTH(mm) | | TONS |
|---|---|---|---|
| 139.7X4 | 6000 | | 19.880 |
| 168.3X4.5 | 6000 | | 56.314 |
| 219.1X5.9 | 6000 | | 9.626 |

LENGTH TOLERANCE -0mm, +50mm
AS PER P.O.NO.061114 DATED NOV14,2006
GOODS RENDERED CIF RAVENNA

1) THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE
   SURFACE DURING RAIN BEFORE LOADING
2) ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION. VISIBLE
   TUBES WITH SURFACE RUST STAINED
3) 33 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1-3 PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID
SAY TOTAL ONE HUNDRED AND NINE BUNDLES ONLY
(of which        NIL        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading..............................days...............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-29 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

108

Printed by the BIMCO Charter Party Editor

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.
VE34C802

**Shipper**
WUXI DINGYUAN PRECISION COLD-DRAWN
STEEL PIPE CO. LTD.
INDUSTRIAL PARK OF QIANQIAO TOWN, QIANQIAO
WUXI 214151 JIANGSU / P.R.CHINA

**Consignee**
TO THE ORDER OF EUROTUBI ALBERT FRANK SRL

**Notify address**
EUROTUBI ALBERT FRANK SRL
VIA CECCARDI ROCCATAGLIATA
C 4 16121 GENOVA

| Vessel | port of loading |
|--------|-----------------|
| VERA V.34 | CHANGSHU, CHINA |

**port of discharge**
RAVENNA, ITALY

| Shipper's description of goods | | | Gross Weight |
|---|---|---|---|
| N/M | | | 151.65M3 |

171BUNDLES          G.W.: 129.992MT
SEAMLESS CARBON STEEL TUBE ACCORDING TO EN 10216-1/STEEL
GRADE P235TR2 AS FOLLOWS:
MT 129.992 MT 5PCT +/-

| SIZE(mm) | LENGTH(mm) | TONS |
|----------|------------|------|
| 139.7X4 | 6000 | 30.618 |
| 168.3X4.5 | 6000 | 68.220 |
| 219.1X5.9 | 6000 | 31.154 |

LENGTH TOLERANCE -0mm, +50mm
AS PER P.O.NO.061113 DATED NOV 13,2006
GOODS RENDERED CIF RAVENNA

1) THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE
   SURFACE DURING RAIN BEFORE LOADING
2) ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION. VISIBLE
   TUBES WITH SURFACE RUST STAINED
3) 39 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1-3 PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007
INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

FREIGHT PREPAID
SAY TOTAL ONE HUNDRED AND SEVENTY ONE BUNDLES ONLY
(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **S H I P P E D** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
|  | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...............................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

107

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.
VE34C302

**Shipper**
WUXI DINGYUAN PRECISION COLD DRAWN
STEEL PIPE CO. LTD.
INDUSTRIAL PARK OF QIANQIAO TOWN, QIANQIAO
WUXI JIANGSU 214151 P.R CHINA

**Consignee**
TO ORDER

**Notify address**
EUROTUBI ALBERT FRANK SRL

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU, CHINA |

**port of discharge**
RAVENNA, ITALY

| Shipper's description of goods | | | Gross Weight |
|---|---|---|---|
| N/M | 115BUNDLES | G.W.: 206.063MT | 83.70M3 |

SEAMLESS CARBON STEEL TUBE/STEEL GRADE J55
(SECONDARY GRADE TUBE)
SIZE O.D.73.03 WALL5.51MM 8500MM QUANTITY 1,879PCS, 166.215MT
SIZE O.D.88.90 WALL6.45MM 8500MM QUANTITY 285PCS, 35.038MT
SIZE O.D.60.30 WALL4.85MM 8500MM QUANTITY 74PCS, 4.810MT
GOODS RENDERED CIF RAVENNA PORT ITALY

1) THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE
   SURFACE DURING RAIN BEFORE LOADING
2) ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION. VISIBLE
   TUBES WITH SURFACE RUST STAINED
3) 27 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1-3 PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID
SAY TOTAL ONE HUNDRED AND FIFTEEN BUNDLES ONLY
(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER-PARTY dated **06 JUNE, 2007** | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE.<br>Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...............................days..............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at<br>FREIGHT PAYABLE AS PER<br>CP DD 06.06.2007 ISSUED IN<br>GREECE | Place and date of issue<br>CHANGSHU PORT, CHINA<br>2007-06-30 |
|---|---|
| Number of original Bs/L<br><br>3/3 (THREE) | Signature<br>AS AGENT FOR AND ON BEHALF OF MASTER:<br>PANFILOV YURIY |

108

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

PAGE    2

B/L NO.    VB34CS009A

Case 2:07-cv-06520-LAK    Document 48    Filed 01/07/2008    Page 34 of 51

Shipper
WUXI DINGYUAN PRECISION COLD-DRAWN
STEEL PIPE CO. LTD.
INDUSTRIAL PARK OF QIANQIAO TOWN, QIANQIAO
WUXI 214151 JIANGSU / P.R.CHINA

Consignee
EUROTUBI ALBERT FRANK SRL
VIA ROCCATAGLIATA CECCARDI 4-20
16121 GENOVA ITALY

Notify address
EUROTUBI ALBERT FRANK SRL
VIA TROTTI,112
15100 ALESSANDRIA AL

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU, CHINA |

port of discharge
RAVENNA, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 354 BUNDLES | G.W.: 341.068MT |

SEAMLESS CARBON STEEL TUBE ACCORDING TO
EN 10255

1)THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED
   ON THE SURFACE DURING RAIN BEFORE LOADING
2)ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION,
   VISIBLE TUBES WITH SURFACE RUST STAINED
3)178 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS
   BROKEN/MISSING 1-3 PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

FREIGHT PREPAID

SAY TOTAL THREE HUNDRED AND FIFTY FOUR BUNDLES ONLY

(of which       NIL              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.............................days.............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

100

Printed by the BIMCO Charter Party Editor

PAGE   2

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.

Case 2:07-cv-06520-LAK    Document 48    Filed 01/07/2008    Page 35 of 51

VERA V.34 CS06B

**Shipper**
WUXI DINGYUAN PRECISION COLD-DRAWN
STEEL PIPE CO. LTD.
INDUSTRIAL PARK OF QIANQIAO TOWN, QIANQIAO
WUXI 214151 JIANGSU / P.R.CHINA

**Consignee**
EUROTUBI ALBERT FRANK SRL
VIA ROCCATAGLIATA CECCARDI 4-20
16121 GENOVA ITALY

**Notify address**
EUROTUBI ALBERT FRANK SRL
VIA TROTTI,112
15100 ALESSANDRIA AL

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU, CHINA |

**port of discharge**
RAVENNA, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 325 BUNDLES | G.W.: 243.146MT |

SEAMLESS CARBON STEEL TUBE ACCORDING TO
EN 10255

1) THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED
   ON THE SURFACE DURING RAIN BEFORE LOADING
2) ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION.
   VISIBLE TUBES WITH SURFACE RUST STAINED
3) 178 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS
   BROKEN/MISSING 1-3 PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

FREIGHT PREPAID

SAY TOTAL THREE HUNDRED AND FIFTY FOUR BUNDLES ONLY

(of which        NIL        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading..............................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

110

Printed by the BIMCO Charter Party Editor

PAGE 2

CODE NAME "CONGENBILL" EDITION 1994  Document 48 BILL OF LADING  Filed 01/07/2008  Page 36 of 51  B/L NO.

TO BE USED WITH CHARTER-PARTIES  VE34CS07

Shipper
YIEH CORPORATION LIMITED

Consignee
TO THE ORDER

Notify address
COMMERCIALE TUBI S.P.A. VIA DELLE INDUSTRIE
16 30020 FOSSALTA DI PIAVE (VE) ITALY

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU PORT, CHINA |

port of discharge
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 113BUNDLES | G.W.: 351.976 MT |

CARBON STEEL SEAMLESS PIPE
AS PER ASTM A106/ASTM A53/API 5L GRADE B, ALL ENDS WITH PLASTIC CAPS,
NO EXTERNAL COATING, MARKING ACCORDING TO NORM.

1) THE STEEL PIPES STORED AT THE OPEN YARD WITHOUT ANY COVER DURING
   RAIN BEFORE LOADING
2) ALL OF THE STEEL PIPES WITH SURFACE RUST STAINED
3) 57 PIECES PROTECTING CAPS WERE MISSING
4) 86 BUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN/MISSING 1-4PCS
5) ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID

SAY TOTAL ONE HUNDRED AND THIRTEEN BUNDLES ONLY

(of which        NIL              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...........................days...........hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|
| Number of original Bs/L 3/3 (THREE)  **111** | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

Case 2:07-cv-00520-LAK    Document 48    Filed 01/07/2008    Page 37 of 51
VB340815

**Shipper**
DAYE SPECIAL STEEL CO., LTD.
316 HUANGSHI, HUBEI, P.R.CHINA
POST CODE : 43500

**Consignee**
TO THE ORDER

**Notify address**
MOS METAL STEEL LTD.,
VIA DELLA POSTA 2,6900 LUGANO/SWITZERLNAD

| **Vessel** | **port of loading** |
|---|---|
| VERA V.34 | CHANGSHU PORT OF CHINA |

**port of discharge**
RAVENNA PORT

| **Shipper's description of goods** | | **Gross Weight** |
|---|---|---|
| N/M | 217BUNDLES | G.W.: 483.055MT |

HOT ROLLED STEEL ROUND BARS

1) THE STEEL BARS STORED AT THE OPEN YARD WITHOUT ANY COVERING
   DURING RAIN BEFORE LOADING
2) ALL OF THE STEEL BARS WITH SURFACE RUST STAINED

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID

SAY TOTAL TWO HUNDRED AND SEVENTEEN BUNDLES ONLY

(of which          NIL                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **S H I P P E D** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

112

PAGE 2

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.

CODE NAME 'CONGENBILL' EDITION 1994

Case 2:07-cv-06520-LAK    Document 48    Filed 01/07/2008    Page 39 of 51

**Shipper**
DAYE SPECIAL STEEL CO. LTD
HUANGSHI HUBEI, CHINA

**Consignee**
TO THE ORDER OF 'ING BELGIUM, BRUSSELS,
GENEVA BRANCH'

**Notify address**
STEMCOR ITALIA SRL, PALAZZO TORRE TONDA,
PIAZZA MAPELLI
1, 20099 SESTO SAN GIOVANNI (MI)

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU PORT OF CHINA |

**port of discharge**
RAVENNA/ ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 243BUNDLES | G.W.: 517.870MT |

HOT ROLLED STEEL ROUND BARS

1) THE STEEL BARS STORED AT THE OPEN YARD WITHOUT ANY COVERING
   DURING RAIN BEFORE LOADING
2) ALL OF THE STEEL BARS WITH SURFACE RUST STAINED

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID

SAY TOTAL TWO HUNDRED AND FORTY THREE BUNDLES ONLY

(of which    NIL    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.........................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|
| Number of original Bs/L. 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

113

PAGE 2

CODE NAME: CONGENBILL EDITION 1994-LAK     Document 48     BILL OF LADING Filed 01/07/2008     Page 40 of 51     B/L NO.
TO BE USED WITH CHARTER-PARTIES     VE34CS19

Shipper
HUBEI XIN YEGANG CO., LTD.
HUANGSHI HUBEI, CHINA
PHONE:86 714 629 7207
FAX: 86 714 629 7225

Consignee
TO THE ORDER OF INTESA SANPAOLO SPA
CORSO MARTIRI DELLA LIBERAZIONE 37
23900 LECCO –ITALY-

Notify address
EUSIDER S.P.A.
VIA PER ROGENO FRAZ.BRENNO DELLA TORRE
23845 COSTAMASNAGA (LECCO)-ITALY-

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU PORT IN CHINA |

port of discharge
RAVENNA PORT

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 1150BUNDLES | G.W.: 3187.102MT |

HOT ROLLED SEAMLESS STEEL TUBE

1) THE STEEL TUBES STORED AT THE OPEN YARD WITHOUT ANY COVER DURING
   RAIN BEFORE LOADING
2) 630 BUNDLES WITH SURFACE PARTLY RUST STAINED
3) 520 BUNDLES WITH SURFACE RUST STAINED
4) 893 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1-3PCS
5) 69 BUNDLES LASHING LOOSEN
6) 6 PIECES BENT ALONG ENTIRE LENGTH
7) ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.
               FREIGHT PREPAID

SAY TOTAL ONE THOUSAND ONE HUNDRED AND FIFTY BUNDLES ONLY

(of which     NIL         on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **S H I P P E D** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading..............................days.............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|
| Number of original Bs/L 3/3 (THREE) 111 | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

**Shipper**
HUBEI XIN YEGANG CO LTD
316 HUANGSHI AVENUE HUANGSHI,
HUBEI PEOPLE'S REPUBLIC OF CHINA

**Consignee**
TO THE ORDER OF SICAM SPA
VIA MARZIANA 21 27020 PARONA

**Notify address**
SICAM SPA
VIA MARZIANA 21 27020 PARONA PV
PHONE 003903842021, TELEFAX 00390384202291

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU PORT IN CHINA |

**port of discharge**
RAVENNA PORT/ ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 439BUNDLES | G.W.: 1234.262MT |

SEAMLESS MECHANICAL STEEL TUBES
NUMBER OF DOCUMENTARY CREDIT CR076/174833
"DELIVERY TERMS C.AND F. LT"
RAVENNA PORT, ITALY

1) THE STEEL TUBES STORED AT THE OPEN YARD WITHOUT ANY COVER STORED
   AT THE OPEN YARD WITHOUT ANY COVER DURING RAIN BEFORE LOADING
2) 264 BUNDLES WITH SURFACE PARTLY RUST STAINED
3) 175 BUNDLES WITH SURFACE RUST STAINED
4) 253 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1-3PCS
5) 47 BUNDLES LASHING LOOSEN
6) ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED
06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH
INCORPORATED.

FREIGHT PREPAID

SAY TOTAL FOUR HUNDRED AND THIRTY NINE BUNDLES ONLY

(of which     NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **S H I P P E D** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...............................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| | Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-30 |
|---|---|---|
| | Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

11

Printed by the BIMCO Charter Party Editor

**Shipper**
JIANGYIN XING CHENG SPECIAL STEEL WORKS CO., LTD.
N.297 BINJIANG(E) ROAD, JIANGYIN CITY, JIANGSU PROVINCE, CHINA

**Consignee**
TO THE ORDER

**Notify address**
IMS SPA
VIA ALESSANDRO POLINI 450 20043 ARCORE (MI)-ITALY

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU, CHINA |

**port of discharge**
RAVENNA-ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 188BUNDLES | G.W.: 531.538MT |

HOT ROLLED HIGH QUALITY ALLOY STEEL ROUND BARS
L/C NO: 32390CI001655/07

1) THE STEEL BARS STORED AT THE OPEN YARD WITHOUT ANY COVER DURING RAIN BEFORE LOADING
2) ALL OF THE STEEL BARS WITH SURFACE RUSTY.
3) 34 BUNDLES LASHING LOOSEN

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

FREIGHT PREPAID

SAY TOTAL ONE HUNDRED AND EIGHTY EIGHT BUNDLES ONLY

(of which    NIL    on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated **06 JUNE, 2007** | **S H I P P E D** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.....................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU PORT, CHINA 2007-06-25 |
| Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF CARRIER: VIKING MARINE S.A |

116

CODE NAME "CONGENBILL" EDITION 1994
PAGE 2
BILL OF LADING
B/L NO.VE34CS28
TO BE USED WITH CHARTER PARTIES
Case 2:07-cv-06520-LAK   Document 48   Filed 07/07/2008   Page 43 of 51

Shipper
CHANGSHU WALSIN SPECIALITY STEEL CO.,LTD
56 REMNIN ROAD,HAIYU TOWN CHANGSHU CITY,
JIANGSU PROVINCE CHINA 215519

Consignee
TO THE ORDER OF BANCA POPOLARE COMMIERCIO
E INDUSTRIA

Notify address
PIPEX ITALIA S.P.A.,
VIA PALEOCAPA,10-28041 ARONA-ITALY
PHONE:0039-0322-235511  FAX:0039-0322-44659

| Vessel | port of loading |
|---|---|
| MV.VERA V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA,ITALY

| Shipper's description of goods | | Quantity |
|---|---|---|
| N/M | SEAMLESS STANLESS C.D.TUBES<br>APR/MSD/BOP-S 439435294 ITEM 3<br>L/C NO:00208507AC0019<br>ISSUING BANK:BANCA POPOLARE<br>COMMERCIO E IND.SPA<br>DATE OF ISSUE:070517 | 21 CASES  G.W.:13.973MT<br>N.W.:11.873MT |

1 THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SUPFACE DURING RAIN BEFORE
  LOADING
2 ALL WOODEN BOXES WET BEFORE SHIPMENT

ALL TERMS AND CONDITIONS,LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

"SHIPPED ON BOARD"
"FREIGHT PREPAID"

SAY TOTAL TWENTY ONE  CASES ONLY
(of which                      on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per<br>CHARTER-PARTY dated 06.06.2007 ISSUED IN GREECE | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE.<br>Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading. . . .   . . .   . . . . .days  . . . . hours | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | Place and date of issue<br>CHANGSHU, CHINA JUNE 30 , 2007 |
| Number of original Bs/L<br><br>3/3 (THREE) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER:<br>PANFILOV YURIY |

117

Printed by the BIMCO Charter Party Editor

PAGE    2

CODE NAME: "CONGENBILL" EDITION 1994-LAK   Document 48   BILL OF LADING 01/07/2008   Page 44 of 51   B/L NO.
TO BE USED WITH CHARTER-PARTIES   VE34CS14

Shipper
WUXI WEIPU STEEL PIPE CO.,LTD
NO.10 HENGOU RD.HENGYUANXIANG QIANQIAO TOWN
WUXI CITY,JIANGSU PROVINCE,CHINA

Consignee
TO THE ORDER OF BANCA POPOLARE DELL EMILIA ROMAGNA

Notify address
ARO STEEL S.R.L.
VIA CECATT 3 42100 REGGIO EMILIA
ITALY

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU, CHINA |

port of discharge
RAVENNA, ITALY

| Shipper's description of goods | | | Gross Weight |
|---|---|---|---|
| N/M | 887 BUNDLES | STEEL PIPE | 1818.336MT |
| | | | 1152.475CBM |

SAY TOTAL EIGHT HUNDRED AND EIGHTY-SEVEN ONLY.

MARK:
THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING RAIN BEFORE
LOADING.
ALL DUNDLES PACKING TORN OPEN.VISIBLE PIPES RUST OVER THE PAINT.
284 BUNDLES LASHING LOOSEN.
527 BUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN/MISSING 1-3PCS.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE
ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

(of which        NIL        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated 06.06.2007 ISSUED IN GREECE | **S H I P P E D**  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.................... ..........days.............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| | Freight payable at | Place and date of issue CHANGSHU PORT, CHINA 2007-6-30 |
|---|---|---|
| | Number of original Bs/L 3/3 (THREE) | Signature |
| | - | 113 <br><br> AS AGENT FOR AND ON BEHALF OF MASTER: |

Printed by the BIMCO Charter Party Editor

Shipper
XINYU IRON AND STEEL CORPORATION LIMITED.
XINYU CITY,JIANGXI PROVINCE,CHINA

Consignee
TO THE ORDER

Notify address

COSTRUZIONI CIMOLAI ARMANDO SPA
VIA UNGARESCA, 38 33170 PORDENONE ITALY

| Vessel | port of loading |
|---|---|
| MV. VERA   V.34 | CHANGSHU PORT, CHINA |

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods

PAINT STENCILED

Gross Weight

953.197MT

STEEL GRADE/AND          PRIME HOT ROLLED STEEL PLATES
MARKS 'CE' HEAT
NO. ....SIZE:....

DOCUMENTARY CREDIT NUMBER: 005CI190212

SAY  TOTAL:136PCS

SHIPPED ON BOARD
FREIGHT PREPAID

SAY TOTAL ONE HUNDRED AND THIRTY SIX  PIECES ONLY

(of which         NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER-PARTY dated | **S H I P P E D**  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...........................days...........hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| | CHANGSHU,CHINA |
| Number of original Bs/L | Signature |
| THREE(3)          119 | |
| | AS AGENT FOR AND ON BEHALF OF MASTER : |

Printed by the BIMCO Charter Party Editor

Shipper
**XINYU IRON AND STEEL CORPORATION LIMITED.**
**XINYU CITY,JIANGXI PROVINCE,CHINA**

Consignee
**TO THE ORDER**

Notify address

**COSTRUZIONI CIMOLAI ARMANDO S.P.A**
**VIA UNGARESCA, 38 33170 PORDENONE(PN) ITALY**

| Vessel | port of loading |
|---|---|
| **MV. VERA   V.34** | **CHANGSHU PORT, CHINA** |

port of discharge
**RAVENNA PORT, ITALY**

Shipper's description of goods | Gross Weight

**PAINT STENCILED**

**2131.249MT**

**STEEL GRADE/AND**      **PRIME HOT ROLLED STEEL PLATES**
**MARKS CE HEAT NO.**
**SIZE:**

**L/C NUMBER:033795131804877**

**SAY  TOTAL:318PCS**

**CLEAN ON BOARD**
**FREIGHT PREPAID**

**SAY TOTAL THREE HUNDRED AND EIGHTEEN  PIECES ONLY**

(of which      NIL            on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **S H I P P E D**  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...........................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue **CHANGSHU,CHINA** |
|---|---|
| Number of original Bs/L **THREE(3)** | Signature |
| | **AS AGENT FOR AND ON BEHALF OF MASTER :** |

Printed by the BIMCO Charter Party Editor

Case 2:07-cv-06520-LAK    Document 48    Filed 01/07/2008    Page 47 of 51

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO. VE34CS21

**Shipper**
**XINYU IRON AND STEEL CORPORATION LIMITED.**
**XINYU,JIANGXI 338001,CHINA**

**Consignee**
**TO THE ORDER**

Notify address

**COSTRUZIONI CIMOLAI ARMANDO SPA,**
**VIA UNGARESCA 38, 33170 PORDENONE ITALY**

| Vessel | port of loading |
|---|---|
| **MV. VERA V.34** | **CHANGSHU, CHINA** |

port of discharge
**RAVENNA,ITALY**

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| **PAINT STENCILED** | | 166.737MT |
| **STEEL GRADE/AND MARKS** | **PRIME HOT ROLLED STEEL PLATES** | |
| **CE HEAT NO. SIZE:** | | |

**SAY TOTAL:18PCS**

**CLEAN ON BOARD**
**FREIGHT PREPAID**

**SAY TOTAL EIGHTEEN PIECES ONLY**

(of which        NIL                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition th vessel for carriage to the port of Discharge of so near thereto as she may safely g ood specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the numb ts Lading indicated below all of this tenor and date, any one of which being accomplish the shall be void. |
| Time used for loading.............................days..............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| | **CHANGSHU,CHINA** |
| Number of original Bs/L | Signature |
| **THREE(3)**   121 | |
| | AS AGENT FOR AND ON BEHALF OF MAS |

Case 2:07-cv-06520-LAK   Document 48   Filed 07/07/2008   Page 48 of 51

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.VE34CS08

**Shipper**

YANGZHOU CHENGDE STEEL PIPE CO.,LTD.

**Consignee**

TO THE ORDER

**Notify address**

DUVAL INTERNATIONAL LLC

CORPORATE CREATIONS NETWORK,INC.

7,EVA LANE,CRANSTONS RHODE ISLAND 02921 USA

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU,CHINA PORT |

**port of discharge**
RAVENNA.ITALY

| Shipper's description of goods | | Gross / Net Weight |
|---|---|---|
| | MECHANICAL TUBING | G.W.:1025.770MT |
| | AS E355/ST52.0 ACCORD TO | N.W.:1025.770MT |
| | EN10297/DIN1029/2448 | TOTAL:418PIECES |
| N/M | QUALITY:E355/ST52.0,AS PER | |
| | SALES CONTRACT N.CD0702131 | |
| | DATED FEBRUARY 2ND.,2007 | |
| | L/C NO.01-AA0002472 | |
| FREIGHT PREPAID | | |
| CLEAN ON BOARD | | |

SAY TOTAL FOUR HUNDRED AND EIGHTEEN PIECES ONLY

(of which                          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | 12 | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|---|
| | | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...........................days...............hours. | | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| | Freight payable at | Place and date of issue |
| | | CHANGSHU , CHINA    JUN,2007 |

THREE ( 3 )

AS AGENT FOR AND ON BEHALF MASTER:

123

**Shipper**
YANTAI STEEL PIPE PLANT, SHANDONG
NO. 92, ZHIFUTUN ROAD, ZHIFU DISTRICT,
YANTAI CITY,SHANDONG PROVINCE, 264000,
P.R. CHINA

**Consignee**
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N°6
FOSSALTA DI PIAVE , VENICE

**Notify address**
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N°6
FOSSALTA DI PIAVE , VENICE

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU,CHINA |

**port of discharge**
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M    431 BUNDLES | | G.W.:623.554 MT<br>N.W.:623.554 MT |

SEAMLESS LINE PIPE FOR HIGH TEMPERATURES

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL FOUR HUNDRED AND THIRTY ONE BUNDLES ONLY

(of which    NIL    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per<br>CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE.<br>Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading..............................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | . | Place and date of issue<br>CHANGSHU, CHINA    JUNE XX, 2007 |

124

| Number of original Bs/l | Signature |
| --- | --- |
| 3/3 (THREE) | |

Printed by the BIMCO Charter Party Editor

125