CODE NAME CONGENBILL. EDITION 1994
Case 2:07-cv-06520-LAK    Document 49    Filed 01/07/2008    Page 1 of 41
PAGE    2
BILL OF LADING
TO BE USED WITH CHARTER-PARTIES
B/L NO.1
VE34CS18

**Shipper**
YANGZHOU LONGCHUAN STEEL TUBE CO.,LTD.
-XINGGANG ROAD, DA QIAO TOWN, JIANGDU CITY,
JIANGSU PROVINCE CHINA

**Consignee**
TO THE ORDER

**Notify address**
CASTELLAN MARIA E C.SPA VIA VITTORIO VENETO,
65 30027 SAN DONA' DI PIAVE(VE) ITALY

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU PORT,CHINA |

**port of discharge**
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 582 BUNDLES | G.W.:684500 KGS |
| | | N.W.:683336 KGS |
| | SEAMLESS STEEL BLACK PIPES | |

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL FIVE HUNDRED AND EIGHTY TWO BUNDLES ONLY

(of which        NIL        on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER-PARTY dated | **S H I P P E D** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading ........................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature |

126

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L NO.

Case 2:07-cv-06520-LAK Document 49 Filed 01/07/2008 Page 2 of 41

Shipper
SINO STEEL ZHEJIANG CO., LTD.
NO.26,TIEMAO STREET,
JIANGDONG DISTRICT, NINGBO, CHINA

Consignee
TO THE ORDER

Notify address
CITMA INTERNATIONAL TRADE CO., LTD
BUILDING NO.26, GANGJING GARDEN, ZHONGSHAN
DISTRICT, DALIAN, CHINA

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 95 COILS | G.W.:511444 KGS |
| | | N.W.:508956 KGS |

COLD ROLLED STRIP Q195,SLIGHT OILED,COIL WEIGHT5-7 TON
WITH NO INTERNATL WELDED, HARDNESS 55-65HRB, TENSILE
STRENGTH 320-390N/MM2, TOLERANCE OF WIDTH+/-0.15MM,
OF THICKNESS +/-0.05MM NO SURFACE DEFECT

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL NINETY COILS ONLY

(of which          NIL                     on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.................................days..............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature |

127

Printed by the BIMCO Charter Party Editor

CODE NAME: "CONGENBILL" EDITION 1994                    BILL OF LADING                    B/L NO. 1

TO BE USED WITH CHARTER-PARTIES                    VE34CS25

Shipper
XIGANG SEAMLESS STEEL TUBE CO., LTD.

Consignee
TO THE ORDER

Notify address
MARCEGEGLIA SPA VIA BRESCIANI 16 46040
GAZOLDO IPPOLITI MN

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 66 BUNDLES | 131.5390 MT |
| | SEAMLESS STEEL BLACK PIPES ACCORDING TO API5l., GRB, STEEL, GRADE E355 | |

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL SIXTY SIX BUNDLES ONLY

(of which          NIL                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading…………………………days…………hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature |

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

PAGE 2

BILL OF LADING

TO BE USED WITH CHARTER-PARTIES    VE34CS26

Shipper
XIGANG SEAMLESS STEEL TUBE CO., LTD.

Consignee
TO THE ORDER

Notify address
MARCEGEGLIA SPA VIA BRESCIANI 16 46040
GAZOLDO IPPOLITI MN

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU PORT, CHINA |

port of discharge
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 555 BUNDLES | 818.112 MT |

SEAMLESS STEEL PIPE AS PER ASTM A106  GRB/ASTM A53 GRB/API
5L GRB STEEL GRADE ASTM A106 GRB/ASTM A53 GRB/API 5L GRB

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL FIVE HUNDRED AND FIFTY FIVE BUNDLES ONLY

(of which     NIL     on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...............................days..............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature |

129

PAGE 2

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**    B/L NO.VE34CS27

TO BE USED WITH CHARTER-PARTIES

Shipper

## VICTORY LOGISTICS INTERNATIONAL CO. , LTD.

Consignee

## CASASCO & NARDI SPA

### TEL. +39.010.27.17.339

### FAX. +39.010.27.17.332

Notify address

## SAME AS CONSIGNEE

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU , CHINA |

port of discharge

RAVENNA

Shipper's description of goods                                                                 Gross / Net Weight

HOT DIPPED GALVANIZED                    G.W.:816.350MT

STEEL SHEET IN COIL                          N.W.:814.040MT

SALES OF CONTRACT NO.:JJCRS070427          TOTAL:77COILS

N/M

FREIGHT PREPAID

CLEAN ON BOARD

SAY TOTAL SEVENTY SEVEN COILS ONLY

(of which                              on deck at Shipper's risk; the Carrier not

being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.............................days...........hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | 1.30 | Place and date of issue CHANGSHU , CHINA    JUN,2007 |

THREE ( 3 )

Number of Duplicate Sheets

AS AGENT FOR AND ON BEHALF MASTER:

YANGZHOU CHENGDE STEEL PIPE CO.,LTD.

Consignee
TO THE ORDER

Notify address
DUVAL INTERNATIONAL LLC
CORPORATE CREATIONS NETWORK, INC.
7,EVA LANE,CRANSTONS RHODE ISLAND 02921 USA

| Vessel | port of loading |
|---|---|
| VERA V. 34 | CHANGSHU, CHINA PORT |

port of discharge
RAVENNA/ITALY

| Shipper's description of goods | | Gross / Net Weight |
|---|---|---|
| | MECHANICAL TUBING | G. W. :1025. 770MT |
| | AS E355/ST52. 0 ACCORD TO | N. W. :1025. 770MT |
| | EN10297/DIN1629/2448 | TOTAL: 418PIECES |
| N/M | QUALITY:E355/ST52. 0, AS PER | |
| | SALES CONTRACT N. CD0702131 | |
| FREIGHT PREPAID | DATED FEBRUARY 2ND., 2007 | |
| SHIPPED ON BOARD | L/C NO. 61-AA0002472 | |

REMARKS:

1.  THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING RAIN BEFORE
    LOADING.
2.  ALL TUBES SURFACE PARTLY RUST STAINED.
3.  ALL TUBES SURFACE WERE SCRATHED SLIGHTLY.
4.  ALL TUBES INNER SURFACE RUST STAINED.

    ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

                    SAY TOTAL FOUR HUNDRED AND EIGHTEEN PIECES ONLY

                (of which                    on deck at Shipper's risk; the Carrier not
            being responsible for loss or damage howsoever arising)

| Freight payable as per<br>CHARTER-PARTY dated 06. 06. 2007 | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE.<br>Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading........................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| | Freight payable at | Place and date of issue<br>CHANGSHU, CHINA    29  JUN, 2007 |
|---|---|---|
| | Number of original B/L<br>THREE (3) | Signature |
| | 132 | AS AGENT FOR AND ON BEHALF OF MASTER:<br>PANSILOV YURIY |

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

PAGE    2
B/L NO.
VE34CS17

**Shipper**
YANTAI STEEL PIPE PLANT, SHANDONG
NO. 92, ZHIFUTUN ROAD, ZHIFU DISTRICT,
YANTAI CITY, SHANDONG PROVINCE, 264000,
P.R. CHINA

**Consignee**
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N° 6
FOSSALTA DI PIAVE, VENICE

**Notify address**
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N° 6
FOSSALTA DI PIAVE, VENICE

**Vessel**
MV VERA V.34

**port of loading**
CHANGSHU, CHINA

**port of discharge**
RAVENNA PORT, ITALY

---

**Shipper's description of goods**

N/M                431 BUNDLES

SEAMLESS LINE PIPE FOR HIGH TEMPERATURES

**Gross Weight**
G.W.:623.554 MT
N.W.:623.554 MT

REMARKS: 1. THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE
DURING RAIN BEFORE LOADING
2. ALL BUNDLES WITH SURFACE RUST OVER THE PAINT
3. 210 DUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN/MISSING 1~3PCS
4. 2 BUNDLES LASHING LOOSEN
5. 4PIECES BENT ALONG ENTIRE LENGTH.
6. ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007
INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

FREIGHT PREPAID

SAY TOTAL FOUR HUNDRED AND THIRTY ONE BUNDLES ONLY

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

---

**Freight payable as per**
CHARTER-PARTY dated    JUNE 06,2007

**FREIGHT ADVANCE.**
Received on account of freight:

Time used for loading...................days..............hours.

**S H I P P E D**   at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**
FREIGHT PAYABLE AS
PER CP DD 06.06.2007
ISSUED IN GREECE

**Place and date of issue**
CHANGSHU, CHINA    JUNE 30, 2007

**Number of original Bs/L**
3/3 (THREE)

**Signature**
AS AGENT FOR AND ON BEHALF OF MASTER:
PANFILOV YURIY

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

PAGE 2

B/L NO.

VE34CS18

**Shipper**
YANGZHOU LONGCHUAN STEEL TUBE CO.,LTD.
-XINGGANG ROAD, DA QIAO TOWN, JIANGDU CITY,
JIANGSU PROVINCE CHINA

**Consignee**
TO THE ORDER

**Notify address**
CASTELLAN MARIA E C.SPA VIA VITTORIO VENETO,
65 30027 SAN DONA' DI PIAVE(VE) ITALY

**Vessel**
MV VERA V.34

**port of loading**
CHANGSHU PORT.CHINA

**port of discharge**
RAVENNA PORT, ITALY

**Shipper's description of goods**

N/M      582 BUNDLES

**Gross Weight**

G.W.:684500 KGS
N.W.:683336 KGS

SEAMLESS STEEL BLACK PIPES
ACCORDING TO ASTM A106 GR.B

REMARKS: 1. THE STEEL PIPES STORED AT OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE
DURING RAIN BEFORE LOADING.
2 . ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION. VISIBLE PIPES
WITH SURFACE RUST STAINED.
3. 389 BUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN/MISSING 1-3PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

FREIGHT PREPAID

SAY TOTAL FIVE HUNDRED AND EIGHTY TWO BUNDLES ONLY

(of which    NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated JUNE 06, 2007 | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.................................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU, CHINA    JUNE 28, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE)     **134** | Signature AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

PAGE 2

B/L NO.
VE34CS20

Shipper
SINO STEEL ZHEJIANG CO., LTD.
NO.26,TIEMAO STREET,
JIANGDONG DISTRICT, NINGBO, CHINA

Consignee
TO THE ORDER

Notify address
TGD CONSOLIDATIONS ITALIA SRLVIA VARRLLO
28-FRAZION NIGGIA 28060 SAN PIETRO MOSEZZO
TEL: 0039 0321 437521
FAX: 0039 0321 437522

Vessel
MV VERA V.34

port of loading
CHANGSHU PORT,CHINA

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods

N/M          95 COILS

Gross Weight

G.W.:511444 KGS
N.W.:508956 KGS

COLD ROLLED STRIP Q195,SLIGHT OILED,COIL WEIGHT5-7 TON
WITH NO INTERNATL WELDED, HARDNESS 55-65HRB, TENSILE
STRENGTH 320-390N/MM2, TOLERANCE OF WIDTH+/-0.15MM,
OF THICKNESS +/-0.05MM NO SURFACE DEFECT

REMARKS: 1. THE COLD ROLLED STRIP STORED AT WAREHOUSE.
2. 15 COILS PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION
3. 63 COILS WERE FOUND PACKAGE IN DRAPE CONDITION.
4. 4 COILS STEEL-PROTECTING EDGE WAS FOUND CRACKED.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

FREIGHT PREPAID

SAY TOTAL NINETY FIVE COILS ONLY

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated JUNE 06, 2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading........................days ...........hours.

**SHIPPED** at the port of loading In apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| FREIGHT  PAYABLE  AS PER  CP  DD  06.06.2007 ISSUED IN GREECE | CHANGSHU, CHINA    JUNE 21, 2007 |
| Number of original Bs/L | Signature |
| 3/3 (THREE) | AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

13 5

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**Shipper**
HANGZHOU HEAVY STEEL PIPE CO. LTD
NO. 288 HONGXING RD, XIAOSHAN
DEVELOPMENT ZONE, HANGZHOU CITY
311231, CHINA

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

PAGE 2
B/L NO.VE34CS24

**Consignee**
TO ORDER

**Notify address**
PER COM S.P.A.
VIA FABIO FILZI 17
25063 GARDONE VAL TROMPIA

| Vessel | port of loading |
|---|---|
| MV.VERA V.34 | CHANGSHU PORT,CHINA |

**port of discharge**
RAVENNA,ITALY

| Shipper's description of goods | | | Quantity |
|---|---|---|---|
| N/M | PRIME, NEWLY LONGITUDINALLY WELDED (ERW) STEEL PIPES | 716 PACKAGES | G.W.:1616.451MT N.W.:1616.451MT |

1 THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SUPFACE DURING RAIN BEFORE LOADING
2 429 BUNDLES WITH SURFACE PARTLY RUST STAINED
3 287 BUNDLES WITH SURFACE RUST STAINED
4 673 BUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN /MISSING 1-3 PCS
5 54 BUNDLES LASHING LOOSEN
6 ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY
ALL TERMS AND CONDITIONS.LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

"SHIPPED ON BOARD"
"FREIGHT PREPAID"

SAY TOTAL SEVEN HUNDRED AND SIXTEEN PACKAGES ONLY
(of which                      on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated 06.06.2007 ISSUED IN GREECE | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE Received on account of freight | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading............ ............days ...... .hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of Issue CHANGSHU, CHINA JUNE 30, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE)   136 | Signature AS AGENT FOR AND ON BEHALF OF THE MASTER: PANFILOV YURIY |

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**

TO BE USED WITH CHARTER-PARTIES

B/L NO.
VE34CS25

Shipper
XIGANG SEAMLESS STEEL TUBE CO., LTD.

Consignee
TO THE ORDER

Notify address
MARCEGEGLIA SPA VIA BRESCIANI 16 46040
GAZOLDO IPPOLITI MN

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods

Gross Weight

N/M          66 BUNDLES          131.5390 MT

SEAMLESS STEEL BLACK PIPES ACCORDING TO API5I.,
GRB, STEEL, GRADE E355

REMARKS: 1. THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING
RAIN BEFORE LOADING.
2. ALL BUNDLES WITH SURFACE RUST STAINED.
3. 41 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1~3PCS.
4. 175 PIECES PROTECTING CAPS WERE MISSING.
5. ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

FREIGHT PREPAID

SAY TOTAL SIXTY SIX BUNDLES ONLY

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated JUNE 06, 2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading. ................ ...... ... days... .......... hours.

**SHIPPED** at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | CHANGSHU, CHINA    JUNE 29, 2007 |
| Number of original Bs/L | Signature |
| 3/3 (THREE)  _137_ | AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L NO.
VE34CS26

Shipper
XIGANG SEAMLESS STEEL TUBE CO., LTD.

Consignee
TO THE ORDER

Notify address
MARCEGEGLIA SPA VIA BRESCIAN- 16 46040
GAZOLDO IPPOLITI MN

Vessel
MV VERA  V.34

port of loading
CHANGSHU PORT, CHINA

port of discharge
RAVENNA PORT. ITALY

Shipper's description of goods

N/M          555 BUNDLES

Gross Weight
818.112 MT

SEAMLESS STEEL PIPE AS PER ASTM A106 GRB/ASTM A53 GRB/API
5L GRB STEEL GRADE ASTM A106 GRB/ASTM A53 GRB/API 5L GRB

REMARKS: 1. THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING
RAIN BEFORE LOADING.
2. 347 BUNDLES WITH SURFACE PARTLY RUST STAINED.
3. 208 BUNDLES WITH SURFACE RUST STAINED.
4. 304 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1~3PCS
5. 747 PIECES PROTECTING CAPS WERE MISSING.
6. 69 BUNDLES LASHING LOOSEN
7. ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE
ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED
FREIGHT PREPAID
SAY TOTAL FIVE HUNDRED AND FIFTY FIVE BUNDLES ONLY

(of which        NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated JUNE 06, 2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading. . . . . . . . . . . . . ..days. . ............hours.

**SHIPPED** at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | CHANGSHU, CHINA    JUNE 26, 2007 |
| Number of original Bs/L | Signature |
| 3/3 (THREE) | AS AGENT FOR AND ON BEHALF OF MASTER: PANFILOV YURIY |

138

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**   B/L NO. VE34CS27
TO BE USED WITH CHARTER-PARTIES

Shipper
VICTORY LOGISTICS INTERNATIONAL CO., LTD.

Consignee
COMBIMAR & AGEMAR SRL(GENOA)
TEL:0039022743061
FAX:00390226921033
ADD:LARGO FRATELLI CERVI,S/N 20090 VIMODRONE
MICONT:IMPORT DEP

Notify address
SAME AS CONSIGNEE

Vessel                    port of loading
VERA V.34       CHANGSHU, CHINA

port of discharge
RAVENNA

Shipper's description of goods                                          Gross / Net Weight

                    HOT DIPPED GALVANIZED          G.W.:816.350MT
                    STEEL SHEET IN COIL            N.W.:814.040MT
                    SALES OF CONTRACT NO.:JJCRS070427   TOTAL:77COILS
                    NET WEIGHT:814040KGS
N/M
          REMARKS:
          1) THE STEEL SHEET STRIP STORED AT WAREHOUSE
FREIGHT PREPAID      2) 3 COILS WERE FOUND 1 STRAPPING BAND BROKEN
SHIPPED ON BOARD     3) 26 COILS WERE FOUND WITH STREAKY RUST INDICATES PREVIOUS
                        CONTACT WITH WATER
          4) 7 COILS PACKING TORN OPEN AT EDGE.
          5)17 COILS WERE FOUND PACKAGE IN DRAPE CONDITION

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED."


          SAY TOTAL SEVENTY SEVEN COILS ONLY


              (of which                on deck at Shipper's risk; the Carrier not
              being responsible for loss or damage howsoever arising)

Freight payable as per          **SHIPPED** at the port of loading in apparent good order and condition on board the
CHARTER-PARTY dated 06.06.2007   vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
                                 specified above.

FREIGHT ADVANCE.                Weight, measure, quality, quantity, condition, contents, and value unknown
Received on account of freight:
                                IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
                                Lading indicated below all of this tenor and date, any one of which being accomplished the
                                other shall be void.
Time used for loading. . . . . . . . . .days  . . . . . .hours.   FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

                   Freight payable at        Place and date of issue
                                             CHANGSHU, CHINA     23 JUN, 2007

                   Number of original B/L    Signature
                     THREE (3)

                                             AS AGENT FOR AND ON BEHALF OF MASTER:
                                             PANSILOV YURIY

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L  NO.VE34CS28

Shipper
CHANGSHU WALSIN SPECIALITY STEEL CO.,LTD
56 REMNIN ROAD,HAIYU TOWN CHANGSHU CITY,
JIANGSU PROVINCE CHINA 215519

Consignee
TO THE ORDER OF BANCA POPOLARE COMMIERCIO
E INDUSTRIA

Notify address
PIPEX ITALIA S.P.A.,
VIA PALEOCAPA,10-28041 ARONA-ITALY
PHONE:0039-0322-235511  FAX:0039-0322-44659

| Vessel | port of loading |
|---|---|
| MV.VERA V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA,ITALY

| Shipper's description of goods | | Quantity |
|---|---|---|
| N/M | SEAMLESS STANILESS C.D.TUBES<br>APR/MSD/BOP-S 439435294 ITEM 3<br>L/C NO:00208507AC00019<br>ISSUING BANK:BANCA POPOLARE<br>COMMERCIO E IND.SPA<br>DATE OF ISSUE:070517 | 21 CASES    G.W.:13.973MT<br>N.W.:11.873MT |

1 THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SUPFACE DURING RAIN BEFORE
  LOADING
2 ALL WOODEN BOXES WET BEFORE SHIPMENT

ALL TERMS AND CONDITIONS,LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

"SHIPPED ON BOARD"
"FREIGHT PREPAID"

SAY TOTAL TWENTY ONE  CASES ONLY
(of which                                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per<br>CHARTER-PARTY dated 06.06.2007 ISSUED IN GREECE | **SHIPPED**  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE.<br>Received on account of freight' | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading. . . . . . . . . . . .days  . . . hours | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | Place and date of issue<br>CHANGSHU, CHINA JUNE 30 , 2007 |
| Number of original Bs/L<br>3/3 (THREE)    **140** | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER:<br>PANFILOV YURIY |

Printed by the BIMCO Charter Party Editor

Case 2:07-cv-05920-LAK   Document 49   Filed 01/07/2008   Page 18 of 41

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.
VE34CS14

| Shipper |
| --- |
| WUXI WEIPU STEEL PIPE CO.,LTD |
| NO.10 HENGOU RD.HENGYUANXIANG QIANQIAO TOWN |
| WUXI CITY,JIANGSU PROVINCE,CHINA |

| Consignee |
| --- |
| TO THE ORDER OF BANCA POPOLARE DELL EMILIA ROMAGNA |

| Notify address |
| --- |
| ARO STEEL S.R.L. |
| VIA CECATT 3 42100 REGGIO EMILIA |
| ITALY |

| Vessel | port of loading |
| --- | --- |
| VERA V.34 | CHANGSHU, CHINA |

| port of discharge |
| --- |
| RAVENNA, ITALY |

| Shipper's description of goods | | | Gross Weight |
| --- | --- | --- | --- |
| N/M | 887 BUNDLES | STEEL PIPE | 1818.336MT
1152.475CBM |

SAY TOTAL EIGHT HUNDRED AND EIGHTY SEVEN ONLY.

MARK:
THE STEEL PIPES STORED AT THE OPEN  YARD WITH TARPAULIN COVERED ON THE SURFACE DURING RAIN BEFORE LOADING.
ALL DUNDLES PACKING TORN OPEN.VISIBLE PIPES RUST OVER THE PAINT.
284 BUNDLES LASHING LOOSEN.
527 BUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN/MISSING 1-3PCS.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per
CHARTER-PARTY dated  06.06.2007 ISSUED IN GREECE

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading...........................days.............hours. | SHIPPED  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| --- | --- |
| Freight payable at | Place and date of issue
CHANGSHU PORT, CHINA
2007-6-30 |
| Number of original Bs/L

3/3 (THREE) | Signature



AS AGENT FOR AND ON BEHALF OF MASTER: |

Shipper
XINYU IRON AND STEEL CORPORATION LIMITED.
XINYU CITY,JIANGXI PROVINCE,CHINA

Consignee
TO THE ORDER

Notify address

COSTRUZIONI CIMOLAI ARMANDO SPA
VIA UNGARESCA, 38 33170 PORDENONE ITALY

| Vessel | port of loading |
|---|---|
| MV. VERA    V.34 | CHANGSHU PORT, CHINA |

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods

PAINT STENCILED

Gross Weight

953.197MT

STEEL GRADE/AND
MARKS 'CE' HEAT
NO. ....SIZE:....

PRIME HOT ROLLED STEEL PLATES

DOCUMENTARY CREDIT NUMBER: 005CI190212

SAY  TOTAL:136PCS

SHIPPED ON BOARD
FREIGHT PREPAID

SAY TOTAL ONE HUNDRED AND THIRTY SIX  PIECES ONLY

(of which      NIL      on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | S H I P P E D  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.............................days.............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | Place and date of issue

CHANGSHU,CHINA |
| Number of original Bs/L

THREE(3)      142 | Signature

AS AGENT FOR AND ON BEHALF OF MASTER : |

Printed by the BIMCO Charter Party Editor

Shipper
XINYU IRON AND STEEL CORPORATION LIMITED.
XINYU CITY,JIANGXI PROVINCE,CHINA

Consignee
TO THE ORDER

Notify address

COSTRUZIONI CIMOLAI ARMANDO S.P.A

VIA UNGARESCA, 38 33170 PORDENONE(PN) ITALY

| Vessel | port of loading |
| --- | --- |
| MV. VERA   V.34 | CHANGSHU PORT, CHINA |

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods                                                                          Gross Weight

PAINT STENCILED

2131.249MT

STEEL GRADE/AND          PRIME HOT ROLLED STEEL PLATES
MARKS CE HEAT NO.
SIZE:

L/C NUMBER:033795131804877

SAY  TOTAL:318PCS

CLEAN ON BOARD
FREIGHT PREPAID

SAY TOTAL THREE HUNDRED AND EIGHTEEN  PIECES ONLY

(of which      NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | SHIPPED at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| --- | --- |
| | Weight, measure, quality, quantity, condition, contents, and value unknown |
| FREIGHT ADVANCE. Received on account of freight: | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...........................days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | Place and date of issue CHANGSHU,CHINA |
| Number of original Bs/L | Signature |
| THREE(3)            - 143 | AS AGENT FOR AND ON BEHALF OF MASTER : |

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

PAGE 2

B/L No. VE34CS21

Shipper

**XINYU IRON AND STEEL CORPORATION LIMITED.**
**XINYU,JIANGXI 338001,CHINA**

Consignee
**TO  THE ORDER**

Notify address

**COSTRUZIONI CIMOLAI ARMANDO SPA,**
**VIA UNGARESCA 38,  33170 PORDENONE ITALY**

| Vessel | port of loading |
|---|---|
| **MV. VERA   V.34** | **CHANGSHU, CHINA** |

port of discharge
**RAVENNA,ITALY**

Shipper's description of goods                                                        Gross Weight

**PAINT STENCILED**                                                        166.737MT
**STEEL GRADE/AND MARKS**          PRIME  HOT ROLLED STEEL PLATES
**CE HEAT NO. SIZE:**

**SAY  TOTAL:18PCS**

**CLEAN ON BOARD**
**FREIGHT PREPAID**

**SAY TOTAL EIGHTEEN  PIECES ONLY**

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition 'd the vessel for carriage to the port of Discharge of so near thereto as she may safely g' 'oods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the numb 'ls o Lading indicated below all of this tenor and date, any one of which being accomplish 'the shall be void. |
| Time used for loading...........................days.............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| | **CHANGSHU,CHINA** |
| Number of original Bs/L | Signature |
| **THREE(3)** | |

144

AS AGENT FOR AND ON BEHALF OF MAS

Printed by the BIMCO Charter Party Editor

CODE NAME:"CONGENBILL EDITION 1994"

BILL OF LADING    B/L NO.VE34C808

TO BE USED WITH CHARTER-PARTIES

Shipper

YANGZHOU CHENGDE STEEL PIPE CO.,LTD.

Consignee

TO THE ORDER

Notify address

DUVAL INTERNATIONAL LLC

CORPORATE CREATIONS NETWORK,INC.

7,EVA LANE,CRANSTONS RHODE ISLAND 02921 USA

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU,CHINA PORT |

port of discharge

RAVENNA.ITALY

Shipper's description of goods                                                          Gross / Net Weight

MECHANICAL TUBING          G.W.:1025.770MT

AS E355/ST52.0 ACCORD TO        N.W.:1025.770MT

EN10297/DIN1029/2448        TOTAL:418PIECES

N/M        QUALITY:E355/ST52.0,AS PER

SALES CONTRACT N.CD0702131

DATED FEBRUARY 2ND.,2007

L/C NO.01-AA0002472

FREIGHT PREPAID

CLEAN ON BOARD

SAY TOTAL FOUR HUNDRED AND EIGHTEEN PIECES ONLY

(of which                    on deck at Shipper's risk; the Carrier not

being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **S H I P P E D** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading...........................days...........hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| | Freight payable at | Place and date of issue CHANGSHU , CHINA    JUN,2007 |

| Number of original B/L<br>THREE ( 3 ) | Signature |
| --- | --- |
| | AS AGENT FOR AND ON BEHALF MASTER: |

146

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO. VE34CS17

**Shipper**
YANTAI STEEL PIPE PLANT, SHANDONG
NO. 92, ZHIFUTUN ROAD, ZHIFU DISTRICT,
YANTAI CITY, SHANDONG PROVINCE, 264000,
P.R. CHINA

**Consignee**
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N°6
FOSSALTA DI PIAVE , VENICE

**Notify address**
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N°6
FOSSALTA DI PIAVE , VENICE

| **Vessel** MV VERA V.34 | **port of loading** CHANGSHU, CHINA |
|---|---|

**port of discharge**
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 431 BUNDLES | G.W.:623.554 MT N.W.:623.554 MT |
| | SEAMLESS LINE PIPE FOR HIGH TEMPERATURES | |

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL FOUR HUNDRED AND THIRTY ONE BUNDLES ONLY

(of which        NIL                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.............................days...............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at                    . | Place and date of Issue CHANGSHU, CHINA    JUNE XX, 2007 |

147

| Number of original B/s | Signature |
|---|---|
| 3/3 (THREE) | |

Printed by the BIMCO Charter Party Editor

148

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING

TO BE USED WITH CHARTER-PARTIES

VE34CS18

Shipper
YANGZHOU LONGCHUAN STEEL TUBE CO.,LTD.
-XINGGANG ROAD, DA QIAO TOWN, JIANGDU CITY,
JIANGSU PROVINCE CHINA

Consignee
TO THE ORDER

Notify address
CASTELLAN MARIA E C.SPA VIA VITTORIO VENETO,
65 30027 SAN DONA' DI PIAVE(VE) ITALY

| Vessel | port of loading |
|---|---|
| MV VERA V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods

Gross Weight

N/M          582 BUNDLES

G.W.:684500 KGS
N.W.:683336 KGS

SEAMLESS STEEL BLACK PIPES

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL FIVE HUNDRED AND EIGHTY TWO BUNDLES ONLY

(of which        NIL              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading................ ............days............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature |

149

Printed by the BIMCO Charter Party Editor

PAGE 2

CODE NAME: CONGENBILL EDITION 2 LAK    Document 49    BILL OF LADING/08/2008    Page 27 of 41    VE34CS20
TO BE USED WITH CHARTER-PARTIES

Shipper
SINO STEEL ZHEJIANG CO., LTD.
NO.26,TIEMAO STREET,
JIANGDONG DISTRICT, NINGBO, CHINA

Consignee
TO THE ORDER

Notify address
CITMA INTERNATIONAL TRADE CO., LTD
BUILDING NO.26, GANGJING GARDEN, ZHONGSHAN
DISTRICT, DALIAN, CHINA

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods                                                                 Gross Weight

N/M            95 COILS                                                              G.W.:511444 KGS
                                                                                     N.W.:508956 KGS

COLD ROLLED STRIP Q195,SLIGHT OILED,COIL WEIGHT5-7 TON
WITH NO INTERNATL WELDED, HARDNESS 55-65HRB, TENSILE
STRENGTH 320-390N/MM2, TOLERANCE OF WIDTH+/-0.15MM,
OF THICKNESS +/-0.05MM NO SURFACE DEFECT

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL NINETY COILS ONLY

(of which        NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | SHIPPED at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading..............................days.............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
|---|---|
| Number of original Bs/L 3/3 (THREE) | Signature 150 |

Printed by the BIMCO Charter Party Editor

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES          VE34CS25

Shipper
XIGANG SEAMLESS STEEL TUBE CO., LTD.

Consignee
TO THE ORDER

Notify address
MARCEGEGLIA SPA VIA BRESCIANI 16 46040
GAZOLDO IPPOLITI MN

| Vessel | port of loading |
|---|---|
| MV VERA  V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
|---|---|---|
| N/M | 66 BUNDLES | 131.5390 MT |
| | SEAMLESS STEEL BLACK PIPES ACCORDING TO API5l., GRB, STEEL, GRADE E355 | |

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL SIXTY SIX BUNDLES ONLY

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.................................days.............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
| Number of original Bs/L  3/3 (THREE)    151 | Signature |

Printed by the BIMCO Charter Party Editor

PAGE    2

CODE NAME "CONGENBILL" EDITION 1990          BILL OF LADING          B/L NO.
Case 2.07-cv-08228-LAK    Document 49    Filed 07/07/2008    Page 29 of 41
                                          TO BE USED WITH CHARTER-PARTIES          VE34CS26

Shipper
XIGANG SEAMLESS STEEL TUBE CO., LTD.

Consignee
TO THE ORDER

Notify address
MARCEGEGLIA SPA VIA BRESCIANI 16 46040
GAZOLDO IPPOLITI MN

| Vessel | port of loading |
| --- | --- |
| MV VERA  V.34 | CHANGSHU PORT,CHINA |

port of discharge
RAVENNA PORT, ITALY

| Shipper's description of goods | | Gross Weight |
| --- | --- | --- |
| N/M | 555 BUNDLES | 818.112 MT |

SEAMLESS STEEL PIPE AS PER ASTM A106  GRB/ASTM A53 GRB/API
5L GRB STEEL GRADE ASTM A106 GRB/ASTM A53 GRB/API 5L GRB

FREIGHT PREPAID
CLEAN ON BOARD

SAY TOTAL FIVE HUNDRED AND FIFTY FIVE BUNDLES ONLY

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
| --- | --- |
| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading……………………days…………hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA    JUNE XX, 2007 |
| --- | --- |
| Number of original Bs/L. 3/3 (THREE) | Signature |

Printed by the BIMCO Charter Party Editor

PAGE 2

CODE NAME "CONGENBILL" EDITION 1994

BILL OF LADING    B/L NO.VE34CS27

TO BE USED WITH CHARTER-PARTIES

Shipper

VICTORY LOGISTICS INTERNATIONAL CO. , LTD.

Consignee

CASASCO & NARDI SPA

TEL. +39.010.27.17.339

FAX. +39.010.27.17.332

Notify address

SAME AS CONSIGNEE

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU , CHINA |

port of discharge

RAVENNA

| Shipper's description of goods | Gross / Net Weight |
|---|---|

HOT DIPPED GALVANIZED         G.W.:816.350MT

STEEL SHEET IN COIL          N.W.:814.040MT

SALES OF CONTRACT NO.:JJCRS070427     TOTAL:77COILS

N/M

FREIGHT PREPAID

CLEAN ON BOARD

SAY TOTAL SEVENTY SEVEN COILS ONLY

(of which                on deck at Shipper's risk; the Carrier not

being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.........................days..............hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| | Freight payable at | Place and date of issue CHANGSHU , CHINA    JUN,2007 |

THREE ( 3 )

AS AGENT FOR AND ON BEHALF MASTER:

154

PAGE 2

CODE NAME 'CONGENBILL' EDITION 1994    Case 2:07-cv-00526-LAK    Document 49    BILL OF LADING 2008    Page 32 of 41
TO BE USED WITH CHARTER-PARTIES

Shipper
YANGZHOU CHENGDE STEEL PIPE CO., LTD.

Consignee
TO THE ORDER

Notify address
DUVAL INTERNATIONAL LLC
CORPORATE CREATIONS NETWORK, INC.
7, EVA LANE, CRANSTONS RHODE ISLAND 02921 USA

| Vessel | port of loading |
|--------|-----------------|
| VERA V. 34 | CHANGSHU, CHINA PORT |

port of discharge
RAVENNA/ITALY

Shipper's description of goods

N/M

FREIGHT PREPAID
SHIPPED ON BOARD

MECHANICAL TUBING
AS E355/ST52.0 ACCORD TO
EN10297/DIN1629/2448
QUALITY:E355/ST52.0, AS PER
SALES CONTRACT N. CD0702131
DATED FEBRUARY 2ND., 2007
L/C NO. 61-AA0002472

Gross / Net Weight
G. W. :1025.770MT
N. W. :1025.770MT
TOTAL: 418PIECES

REMARKS:
1. THE STEEL TUBES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING RAIN BEFORE LOADING.
2. ALL TUBES SURFACE PARTLY RUST STAINED.
3. ALL TUBES SURFACE WERE SCRATHED SLIGHTLY.
4. ALL TUBES INNER SURFACE RUST STAINED.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

SAY TOTAL FOUR HUNDRED AND EIGHTEEN PIECES ONLY

(of which                          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated 06. 06. 2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading................................days............hours.

**SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|--------------------|-------------------------|
| | CHANGSHU, CHINA    29  JUN, 2007 |
| Number of original B/L | Signature |
| THREE (3) | |
| 155 | AS AGENT FOR AND ON BEHALF OF MASTER: PANSILOV YURIY |

CODE NAME "CONGENBILL" EDITION 1994

Shipper
YANTAI STEEL PIPE PLANT, SHANDONG
NO. 92, ZHIFUTUN ROAD, ZHIFU DISTRICT,
YANTAI CITY,SHANDONG PROVINCE, 264000,
P.R. CHINA

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

PAGE    2
B/L NO.
VE34CS17

Consignee
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N° 6
FOSSALTA DI PIAVE.   VENICE

Notify address
COMMERCIALE TUBI SPA
VIA DELLE INDUSTRIE N° 6
FOSSALTA DI PIAVE.   VENICE

Vessel
MV VERA  V.34

port of loading
CHANGSHU,CHINA

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods

N/M              431 BUNDLES

Gross Weight

G.W.:623.554 MT
N.W.:623.554 MT

SEAMLESS LINE PIPE FOR HIGH TEMPERATURES

REMARKS: 1.THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE
         DURING RAIN BEFORE LOADING
         2. ALL BUNDLES WITH SURFACE RUST OVER THE PAINT
         3. 210 DUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN/MISSING 1~3PCS
         4. 2 BUNDLES LASHING LOOSEN
         5. 4PIECES BENT ALONG ENTIRE LENGTH.
         6. ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007
INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

FREIGHT PREPAID

SAY TOTAL FOUR HUNDRED AND THIRTY ONE BUNDLES ONLY

(of which        NIL              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated   JUNE 06,2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading.................days. ...........hours.

**SHIPPED** at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at
FREIGHT   PAYABLE   AS
PER   CP   DD   06.06.2007
ISSUED IN GREECE

Place and date of issue
CHANGSHU, CHINA    JUNE 30, 2007

Number of original Bs/L

3/3 (THREE)

Signature

AS AGENT FOR AND ON BEHALF OF MASTER:
PANFILOV YURIY

Printed by the BIMCO Charter Party Editor

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES

B/L NO.
VE34CS18

**Shipper**
YANGZHOU LONGCHUAN STEEL TUBE CO.,LTD.
-XINGGANG ROAD, DA QIAO TOWN, JIANGDU CITY,
JIANGSU PROVINCE CHINA

**Consignee**
TO THE ORDER

**Notify address**
CASTELLAN MARIA E C.SPA VIA VITTORIO VENETO,
65 30027 SAN DONA' DI PIAVE(VE) ITALY

**Vessel**
MV VERA  V.34

**port of loading**
CHANGSHU PORT,CHINA

**port of discharge**
RAVENNA PORT, ITALY

**Shipper's description of goods**

N/M          582 BUNDLES

SEAMLESS STEEL BLACK PIPES
ACCORDING TO ASTM A106 GR.B

**Gross Weight**
G.W.:684500 KGS
N.W.:683336 KGS

REMARKS: 1. THE STEEL PIPES STORED AT OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE
DURING RAIN BEFORE LOADING.
2. ALL BUNDLES PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION. VISIBLE PIPES
WITH SURFACE RUST STAINED.
3. 389 BUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN/MISSING 1-3PCS

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

FREIGHT PREPAID

SAY TOTAL FIVE HUNDRED AND EIGHTY TWO BUNDLES ONLY

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

**Freight payable as per**
CHARTER-PARTY dated  JUNE 06, 2007

**FREIGHT ADVANCE**
Received on account of freight:

Time used for loading...............................days.............hours.

**SHIPPED** at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**
FREIGHT   PAYABLE   AS
PER   CP   DD   06.06.2007
ISSUED IN GREECE

**Place and date of Issue**
CHANGSHU, CHINA      JUNE 28, 2007

**Number of original Bs/L**
3/3 (THREE) 157

**Signature**

AS AGENT FOR AND ON BEHALF OF MASTER:
PANFILOV YURIY

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

Shipper

SINO STEEL ZHEJIANG CO., LTD.
NO.26,TIEMAO STREET,
JIANGDONG DISTRICT, NINGBO, CHINA

**BILL OF LADING**

TO BE USED WITH CHARTER-PARTIES

PAGE    2
B/L NO.
VE34CS20

Consignee
TO THE ORDER

Notify address
TGD CONSOLIDATIONS ITALIA SRLVIA VARRLLO
28-FRAZION NIGGIA 28060 SAN PIETRO MOSEZZO
TEL: 0039 0321 437521
FAX: 0039 0321 437522

Vessel
MV VERA  V.34

port of loading
CHANGSHU PORT,CHINA

port of discharge
RAVENNA PORT, ITALY

Shipper's description of goods

N/M                 95 COILS

Gross Weight
G.W.:511444 KGS
N.W.:508956 KGS

COLD ROLLED STRIP Q195,SLIGHT OILED,COIL WEIGHT5-7 TON
WITH NO INTERNATL WELDED, HARDNESS 55-65HRB, TENSILE
STRENGTH 320-390N/MM2, TOLERANCE OF WIDTH+/-0.15MM,
OF THICKNESS +/-0.05MM NO SURFACE DEFECT

REMARKS: 1. THE COLD ROLLED STRIP STORED AT WAREHOUSE.
         2. 15 COILS PACKING PUNCTURED IN NUMBER POSITIONS AT LOCATION
         3. 63 COILS WERE FOUND PACKAGE IN DRAPE CONDITION.
         4. 4 COILS STEEL-PROTECTING EDGE WAS FOUND CRACKED.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

                FREIGHT PREPAID

        SAY TOTAL NINETY FIVE COILS ONLY

            (of which          NIL          on deck at Shipper's risk; the Carrier not
            being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated JUNE 06, 2007

**SHIPPED** at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

FREIGHT ADVANCE.
Received on account of freight:

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated below all of this tenor and date, any one of which being accomplished the other
shall be void.

Time used for loading... ... ...............days ...........hours.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at
FREIGHT   PAYABLE   AS
PER   CP   DD   06.06.2007
ISSUED IN GREECE

Place and date of issue
CHANGSHU, CHINA    JUNE 21, 2007

Number of original Bs/L.

3/3 (THREE) 158

Signature

AS AGENT FOR AND ON BEHALF OF MASTER:
PANFILOV YURIY

                Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994                    BILL OF LADING                B/L NO.VE34CS24
Shipper                                                TO BE USED WITH CHARTER-PARTIES
HANGZHOU HEAVY STEEL PIPE CO. LTD
NO. 288 HONGXING RD, XIAOSHAN
DEVELOPMENT ZONE, HANGZHOU CITY
311231, CHINA

Consignee
TO ORDER

Notify address
PER COM S.P.A.
VIA FABIO FILZI 17
25063 GARDONE VAL TROMPIA

Vessel                          port of loading
MV.VERA V.34                    CHANGSHU PORT,CHINA

port of discharge
RAVENNA,ITALY

| Shipper's description of goods | | | Quantity |
|---|---|---|---|
| N/M | PRIME, NEWLY LONGITUDINALLY WELDED (ERW) STEEL PIPES | 716 PACKAGES | G.W.:1616.451MT N.W.:1616.451MT |

1 THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING RAIN BEFORE LOADING
2 429 BUNDLES WITH SURFACE PARTLY RUST STAINED
3 287 BUNDLES WITH SURFACE RUST STAINED
4 673 BUNDLES OF THE STEEL PIPES WERE WITH METAL STRAPS BROKEN /MISSING 1-3 PCS
5 54 BUNDLES LASHING LOOSEN
6 ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY
ALL TERMS AND CONDITIONS,LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.


"SHIPPED ON BOARD"
"FREIGHT PREPAID"


SAY TOTAL SEVEN HUNDRED AND SIXTEEN PACKAGES ONLY
(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated 06.06.2007 ISSUED IN GREECE | **SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents, and value unknown |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void. |
| Time used for loading.......  .....  ....days  .....  .hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue CHANGSHU, CHINA  JUNE 30, 2007 |
|---|---|
| 159 | |
| Number of original Bs/L 3/3 (THREE) | Signature AS AGENT FOR AND ON BEHALF OF THE MASTER: PANFILOV YURIY |


Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

| BILL OF LADING | |
| --- | --- |
| TO BE USED WITH CHARTER-PARTIES | B/L NO.<br>VE34CS25 |

**Shipper**
XIGANG SEAMLESS STEEL TUBE CO., LTD.

**Consignee**
TO THE ORDER

**Notify address**
MARCEGEGLIA SPA VIA BRESCIANI 16 46040
GAZOLDO IPPOLITI MN

**Vessel**
MV VERA  V.34

**port of loading**
CHANGSHU PORT, CHINA

**port of discharge**
RAVENNA PORT, ITALY

**Shipper's description of goods**

N/M          66 BUNDLES

**Gross Weight**
131.5390 MT

SEAMLESS STEEL BLACK PIPES ACCORDING TO API5L.,
GRB, STEEL, GRADE E355

REMARKS: 1. THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING
RAIN BEFORE LOADING.
2. ALL BUNDLES WITH SURFACE RUST STAINED.
3. 41 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1~3PCS.
4. 175 PIECES PROTECTING CAPS WERE MISSING.
5. ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED

FREIGHT PREPAID

SAY TOTAL SIXTY SIX BUNDLES ONLY

(of which          NIL          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
| --- | --- |
| **Freight payable as per**<br>CHARTER-PARTY dated  JUNE 06, 2007<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>Time used for loading  ............ ...... . days. ..... .......hours. | **S H I P P E D**  at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents, and value unknown<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF. |
| **Freight payable at**<br>FREIGHT   PAYABLE   AS<br>PER  CP  DD  06.06.2007<br>ISSUED IN GREECE | **Place and date of issue**<br>CHANGSHU, CHINA    JUNE 29, 2007 |
| **Number of original Bs/L**<br>3/3 (THREE) | **Signature**<br><br>  AS AGENT FOR AND ON BEHALF OF MASTER:<br>  PANFILOV YURIY |

160

Printed by the BIMCO Charter Party Editor

CODE NAME "CONGENBILL" EDITION 1994

**BILL OF LADING**

TO BE USED WITH CHARTER-PARTIES

B/L NO.

VE34CS26

Shipper
XIGANG SEAMLESS STEEL TUBE CO., LTD.

Consignee
TO THE ORDER

Notify address
MARCEGEGLIA SPA VIA BRESCIAN: 16 46040
GAZOLDO IPPOLITI MN

Vessel                          port of loading
MV VERA  V.34          CHANGSHU PORT,CHINA

port of discharge
RAVENNA PORT. ITALY

Shipper's description of goods                                                    Gross Weight

N/M              555 BUNDLES                                              818.112 MT

SEAMLESS STEEL PIPE AS PER ASTM A106 GRB/ASTM A53 GRB/API
5L GRB STEEL GRADE ASTM A106 GRB/ASTM A53 GRB/API 5L GRB

REMARKS: 1. THE STEEL PIPES STORED AT THE OPEN YARD WITH TARPAULIN COVERED ON THE SURFACE DURING
RAIN BEFORE LOADING.
2. 347 BUNDLES WITH SURFACE PARTLY RUST STAINED.
3. 208 BUNDLES WITH SURFACE RUST STAINED.
4. 304 BUNDLES OF THE STEEL TUBES WERE WITH METAL STRAPS BROKEN/MISSING 1~3PCS
5. 747 PIECES PROTECTING CAPS WERE MISSING.
6. 69 BUNDLES LASHING LOOSEN
7. ALL BUNDLES SURFACE WERE SCRATCHED SLIGHTLY.

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING THE
ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED
FREIGHT PREPAID
SAY TOTAL FIVE HUNDRED AND FIFTY FIVE BUNDLES ONLY

(of which          NIL              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated JUNE 06, 2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading. . . . . . . . . . . .days. . . . . . . . . . .hours.

**SHIPPED** at the port of loading in apparent good order and condition on board the vessel for carriage to the port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the other shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at
FREIGHT  PAYABLE  AS
PER  CP  DD  06.06.2007
ISSUED IN GREECE

Place and date of issue
CHANGSHU, CHINA    JUNE 26, 2007

Number of original Bs/L

3/3 (THREE)          161

Signature

AS AGENT FOR AND ON BEHALF OF MASTER:
PANFILOV YURIY

Printed by the BIMCO Charter Party Editor

Shipper
VICTORY LOGISTICS INTERNATIONAL CO., LTD.

Consignee
COMBIMAR & AGEMAR SRL(GENOA)
TEL:0039022743061
FAX:00390226921033
ADD:LARGO FRATELLI CERVI,S/N 20090 VIMODRONE
MICONT:IMPORT DEP

Notify address
SAME AS CONSIGNEE

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU, CHINA |

port of discharge
RAVENNA

| Shipper's description of goods | | Gross / Net Weight |
|---|---|---|
| N/M | HOT DIPPED GALVANIZED<br>STEEL SHEET IN COIL<br>SALES OF CONTRACT NO.:JJCRS070427<br>NET WEIGHT:814040KGS | G.W.:816.350MT<br>N.W.:814.040MT<br>TOTAL:77COILS |

REMARKS:
1) THE STEEL SHEET STRIP STORED AT WAREHOUSE

FREIGHT PREPAID      2) 3 COILS WERE FOUND 1 STRAPPING BAND BROKEN
SHIPPED ON BOARD     3) 26 COILS WERE FOUND WITH STREAKY RUST INDICATES PREVIOUS
                        CONTACT WITH WATER
                     4) 7 COILS PACKING TORN OPEN AT EDGE.
                     5)17 COILS WERE FOUND PACKAGE IN DRAPE CONDITION

ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INCLUDING
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED. "

SAY TOTAL SEVENTY SEVEN COILS ONLY

(of which) .................................... on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated 06.06.2007

FREIGHT ADVANCE.
Received on account of freight.

Time used for loading. ................... days ... ...... hours.

**SHIPPED** at the port of loading in apparent good order and condition on board the
vessel for carriage to the port of Discharge of so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of
Lading indicated  below all of this  tenor and date,  any one of which being accomplished the
other shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | CHANGSHU, CHINA      23 JUN, 2007 |
| Number of original B/L<br>THREE (3)<br><br>162 | Signature<br><br><br>AS AGENT FOR AND ON BEHALF OF MASTER:<br>PANSILOV YURIY |

~~CODE NAME "CONGENBILL" EDITION 1994~~

Shipper
CHINA NATIONAL MINERALS CO.,LTD
RM-C309, NO.5 SANLIHE RD,HAIDIAN DISTRICT,
BEIJING 100044 P.R. CHINA

**BILL OF LADING    B/L NO.VE34CS30**
TO BE USED WITH CHARTER-PARTIES

Consignee
TO ORDER

Notify address
ROYAL GLOBAL EXPORTS PTE LTD
180 CECIL STREET HEX 15-02 BANGKOK BANK
BUILDING SINGAPORE 069546

| Vessel | port of loading |
|---|---|
| VERA V.34 | CHANGSHU,CHINA |

port of discharge
RAVENNA,ITALY

Shipper's description of goods
N/M
14PIECES

Gross / Net Wei
GROSS WEIGHT:41.410
NET WEIGHT:40.710'

HOT ROLLED STAINLESS STEEL PLATES
304L/316L,ASME SA-240/SA-240M
FREIGHT PREPAID

SAY TOTAL FOURTEEN PIECES ONLY.

SHIPPED ON BOARD DATE: JUNE 28, 2007
REMARKS:1)THE STEEL PLATES STORED AT THE OPEN YARD WITHOUT ANY COVER DURING RAIN BEFORE LO/        .
         2)5 PACKAGES PACKING TORN OPEN,VISIBLE UNKNOWN SPOTS APPARENT ON 2-4 UNITS.
         3)3 PCS SURFACE WERE SCRATCHED SLIGHTLY.
ALL TERMS AND CONDITIONS, LIBERTIES AND EXCEPTIONS OF THE CHARTERPARTY DATED 06.06.2007 INC        NG
THE ENGLISH LAW AND ARBITRATION CLAUSE ARE HEREWITH INCORPORATED.

(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated 06.06.2007
FREIGHT ADVANCE.
Received on account of freight:

Time used for loading.............................days..............hours.

**S H I P P E D** at the port of loading in apparent good order and conditior    rd the
vessel for carriage to the port of Discharge of so near thereto as she may safely g    loods
specified above.

Weight, measure, quality, quantity, condition, contents, and value unknown

IN WITNESS whereof the Master or Agent of the said Vessel has signed the numb    ills of
Lading indicated below all of this  tenor and date,  any one of which being accor    d the
other shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight  payable  at  FREIGHT PAYABLE AS PER CP DD 06.06.2007 ISSUED IN GREECE | Place and date of issue CHANGSHU, CHINA JUNE 28, 2007 |
|---|---|
| Number of original B/L **3/3(THREE)** | Signature AS AGENT FOR AND ON BEHALF OF MASTER : PANSILOV YURIY |

163