UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CALDER SEACARRIER CORP.,

Plaintiff,

-against-

VIKING MARINE S.A. and SINORICHES
GLOBAL LTD, a/k/a SGL SHIPPING
LIMITED,

Defendants.

07 CV 6520 (LAK)

NOTICE OF CHANGE OF ADDRESS

S I R S :

Kindly note that effective immediately MAHONEY & KEANE, LLP counsel for the plaintiff CALDER SEACARRIER CORP. have relocated their offices to:

11 Hanover Square – 10th Floor
New York, New York 10005

Telephone no.: (212) 385-1422
Facsimile no.: (212) 385-1605
gwolfson@mahoneykeane.com

Dated:  New York, N.Y.
        May 28, 2008

MAHONEY & KEANE, LLP
Attorneys for Plaintiff
CALDER SEACARRIER CORP.

By: _____
Garth S. Wolfson (7700)
11 Hanover Square 10th Floor
New York, NY 1005
File # 12/3437/B

- 1 -