UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -x
CALDER SEACARRIER CORP.,

               Plaintiff(s)
     V.                                     07-cv-6520 (LAK)

VIKING MARINE, S.A. et al.,

               Defendant(s).
- - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

     A pretrial conference having been held on June 12, 2008, it is hereby, ORDERED that the Clerk of Court shall place this case on my suspense docket.

Dated: July 1, 2008

                                                            Lewis A. Kaplan
                                               United States District Court